IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA RECEIVED
NORTHERN DIVISION

2007 FEB 14  P 12: 23

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| YOLANDA M. BOSWELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAMARLO K. GUMBAYTAY, )<br>  DBA/THE ELITE REAL ESTATE )<br>     CONSULTING GROUP )<br>and, )<br>MATTHEW W. BAHR, )<br>)<br>Defendants. | CASE NO. 2:07CV135-WKW |

MOTION TO PROCEED INFORMA PAUPERIS

COMES NOW the Plaintiff, in the above-styled cause, by and through her attorney of record, and hereby moves this honorable court to grant her motion to proceed *in forma pauperis* allowing her to proceed in this cause without the prepayment of fees, costs or security therefore, and for grounds therefore states the following:

1. The Plaintiff is indigent and unable to pay the filing fee as detailed in her attached affidavit which is incorporated herein by reference.

RESPECTFULLY SUBMITTED:

*[signature: Connie J. M. C. Baker]*

CONNIE J. M. C. BAKER
LEGAL SERVICES ALABAMA, INC.
ATTORNEY FOR THE PLAINTIFF
207 MONTGOMERY SREET, SUITE 1100
MONTGOMERY, AL 36104
PHONE: (334) 832-4570
FAX:   (334) 241-8683

## CERTIFICATE OF SERVICE

I hereby certify that on this the 14th day of February, 2007, I have served the above foregoing pleading upon the Defendants by placing copies of same in the U.S. Mail, postage prepaid, properly addressed as follows:

| | |
|---|---|
| Jamario K. GumBayTay | Matthew W. Bahr |
| 4013 Tiffany Drive | 1569 Amaryllis Circle |
| Montgomery, AL  36110-3003 | Orlando Florida  32825 |

*[signature: Connie J.M.C. Baker]*

CONNIE J.M.C. BAKER

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT
**District of** Middle ~~Alabama~~

*RECEIVED 2007 FEB 14 P 12: 23 HACKETT CLK DISTRICT COURT MIDDLE DISTRICT ALA*

Yolanda M. Boswell
**Plaintiff**

V.

Jarmario K. GumBay Tay, DBA/ The Elite Real Estate Consulting Group and Matthew W. Bahr,
**Defendants**

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 2:07-CV-135-WKW

I, Yolanda M. Boswell declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant     ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☐ Yes     ☒ No     (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?     ☒ Yes     ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. Eurest Dining, 700 Hyundai Blvd, Montgomery, AL 36105 — Cafeteria Worker — $350 per Month

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment     ☐ Yes     ☒ No
   b. Rent payments, interest or dividends     ☐ Yes     ☒ No
   c. Pensions, annuities or life insurance payments     ☐ Yes     ☒ No
   d. Disability or workers compensation payments     ☐ Yes     ☒ No
   e. Gifts or inheritances     ☐ Yes     ☒ No
   f. Any other sources     ☐ Yes     ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?   ☒ Yes    ☐ No

   If "Yes," state the total amount.   0 - Fluctuates

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes    ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   Mother - Jennettee Boswell — 46    100%
   Child  - Alexus Hill ———————— 7    100%
   Child  - Jamarcus Hill ——————— 6    100%
   Child  - Jadarious Hill ——————— 5    100%
   Child  - Javonta Farris ——————— 2    100%

I declare under penalty of perjury that the above information is true and correct.

2/13/2007
Date                    Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.