IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| YOLANDA M. BOSWELL, | ) |
| PLAINTIFF, | ) ) ) |
| v. | ) CIVIL CASE NO. 2:07-CV-135-WKW ) |
| JAMARLO K. GUMBAYTAY, <br>   DBA/THE ELITE REAL ESTATE <br>     CONSULTING GROUP <br> and, | ) ) ) ) |
| MATTHEW W. BAHR, | ) ) |
| DEFENDANTS. | ) |

RECEIVED 2007 FEB 14 P 12: 23

## MOTION FOR EMERGENCY INJUNCTIVE RELIEF

COMES NOW, the Plaintiff, YOLANDA M. BOSWELL, by and through the undersigned legal counsel, and requests this Court set a hearing in this matter on an emergency basis as soon as possible to prevent irreparable injury to this Plaintiff in accordance with the Federal Rules of Civil Procedure.

RESPECTFULLY SUBMITTED:

_____
KENNETH J. LAY
LEGAL SERVICES ALABAMA, INC.
P.O. BOX 11765
BIRMINGHAM, ALABAMA 35202
(205) 397-6540 EXT. 102
ATTORNEY FOR THE PLAINTIFF


SCANNED
KH 2/14/07

1

_____
CONNIE J. M. C. BAKER
LEGAL SERVICES ALABAMA, INC.
207 MONTGOMERY SREET, SUITE 1100
MONTGOMERY, AL 36104
PHONE: (334) 832-4570
FAX:   (334) 241-8683
ATTORNEY FOR THE PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this the 14th day of February, 2007, I have served the above foregoing pleading upon the Defendants by placing copies of same in the U.S. Mail, postage prepaid, properly addressed as follows:

Jamario K. GumBayTay

4013 Tiffany Drive

Montgomery, AL   36110-3003

Matthew W. Bahr

1569 Amaryllis Circle

Orlando Florida  32825

_____
CONNIE J.M.C. BAKER

2

STATE OF ALABAMA)

MONTGOMERY COUNTY)

**AFFIDAVIT**

RECEIVED
2007 FEB 14 P 12: 23
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

BEFORE ME, a NOTARY PUBLIC, in and for said County and said State, personally appeared, YOLANDA M. BOSWELL, who is known to me and who, by me first duly sworn, deposes and says as follows:

"I, YOLANDA M. BOSWELL, live at 964 North Gap Loop, Montgomery, Alabama 36110. I have lived there over four (4) months. I have been pressured in a number of ways to have sex with the manager of my rental dwelling. I do not want to have sex with this individual but I do want to live in the rental property without being harassed or threatened by the manager, Jamarlo K. GumBayTay. Ever since I moved in the rent has been $450 a month, however, since I have refused to have sex with him Mr. GumBayTay has quit accepting rent payments from me and has gone up on the rent $100, changing our rental agreement to $550 per month. He is now seeking late fees from me even though I paid the amount I was supposed to pay for rent in accordance with the lease I signed in October, 2006.

Mr. GumBayTay has been unreasonable in his demands. He appears more interested in having sex with me than taking rent. I have had to resort to sending my mother with the rent payments, but he also propositioned her. After I complained, he sent me a threatening document on January 19, 2007, another on February 2, 2007 and still

another on February 6, 2007, along with a threatening phone call on this date. All of these communications from Mr. GumBayTay have either directly or indirectly threatened eviction, if I do not give in to his sexual demands or at least meet with him by myself. To solve all my rental problem with Mr. GumBayTay all I have to do is have sex with Him, but I do not want to do this. Therefore, I am in fear of imminent eviction even though I am up to date on rent . I was forced to set up a trust account with LEGAL SERVICES ALABAMA so I along with my mother, JENNETTE BOSWELL, no longer have to be sexually harassed by the manager when we pay rent or be bother with an increase to our rent if we do not have sex with this manager.

AFFIANT SAITH NOTHING FURTHER."

_____
YOLANDA M. BOSSWELL

SWORN TO AND SUBSCRIBED
Before me this 13th day of
February, 2007.

_____
NOTARY PUBLIC