IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| YOLANDA M. BOSWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE. NO. 2:07-cv-135-WKW |
| | ) | (WO) |
| JAMARLO K. GUMBAYTAY | ) | |
| DBA/THE ELITE REAL ESTATE | ) | |
| CONSULTING GROUP, and | ) | |
| MATTHEW W. BAHR | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

For good cause shown, it is ORDERED that the plaintiff's Motion to Proceed *In Forma Pauperis* is GRANTED. The Clerk is DIRECTED to attach a copy of this Order to the Summons and Complaint to be served on the defendants.

DONE this 14th day of February, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE