AO 440 (Rev. 8/01) Summons in a Civil Action

cm

7004 2510 0004 8778 4098

# UNITED STATES DISTRICT COURT

Middle District of Alabama

Yolanda M. Boswell
Plaintiff,

V.

Jamarlo K. Gumbaytay, et al.
Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:07cv135-WKW

TO: (Name and address of Defendant)

Mr. Jarmarlo K. GumBayTay
4013 Tiffany Drive
Montgomery, AL 36110-3003

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Connie J.M.C. Baker
Kenneth James Lay
Legal Services Alabama
207 Montgomery Street, Suite 110
Montgomery, AL 36104
334-832-4570

an answer to the complaint which is served on you with this summons, within __(20) twenty__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

DEBRA P. HACKETT, Clerk

CLERK

(By) DEPUTY CLERK

2-14-07

DATE

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE ||
| NAME OF SERVER *(PRINT)* | TITLE ||

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date                *Signature of Server*

                                _____
                                *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.