| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

A. Signature

X _Vincent Camp_     ☐ Agent
                     ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery
_Jaemarlo Gumbayay_     2/16/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

1. Article Addressed to:

Mr. Jaemarlo K. Gumbaytay
4013 Tiffany Drive
Mgmonery, AL 36110-3003

07cv135 S+C+W/PP+ 2/14/07
Order

3. Service Type
   ☐ Certified Mail       ☐ Express Mail
   ☐ Registered           ☐ Return Receipt for Merchandise
   ☐ Insured Mail         ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
   (Transfer from service label)

7004 2510 0004 8778 4098

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540