**MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. KEITH WATKINS JUDGE                                      AT MONTGOMERY, ALABAMA

DATE COMMENCED   FEBRUARY 22, 2007                            AT 4:00 A.M./P.M.

DATE COMPLETED   FEBRUARY 22, 2007                            AT 4:45 A.M./P.M.

| YOLANDA M. BOSWELL | ) | |
|---|---|---|
| Plaintiff | ) | |
| | ) | CIVIL ACTION NO. |
| vs. | ) | |
| | ) | 2:07cv135-WKW |
| JAMARLO K. GUMBAYTAY, ET AL. | ) | |
| Defendants | ) | |

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| Atty. Connie Baker | X | |
| Atty. Kenneth Lay | X | |
| | X | |

COURT OFFICIALS PRESENT:

| Ann Roy | Josh Segall | Risa Entrekin |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |

COURTROOM PROCEEDINGS:

**MOTION HEARING**

4:00 PM      Court convened. Plaintiff's evidence commences re [3] Motion
             for Preliminary Injunction.  Preliminary Injunction entered.
             Rule 26  order to issue after answer is filed.
4:45 PM      Hearing concluded.

```
            IN THE UNITED STATES DISTRICT COURT FOR THE
              MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


YOLANDA M. BOSWELL

        v.                                          2:07cv135-WKW

JAMARLO K. GUMBAYTAY, ET AL.
```

_____

|     PLAINTIFF          |           DEFENDANTS           |

## WITNESS LIST

**2/22/2007**

1. Yolanda Boswell

2. Jeanette Boswell

| | | | | | YOLANDA M. BOSWELL |
|---|---|---|---|---|---|
| PLAINTIFF'S EXHIBITS | | | | | v |
| | | | | | JAMARLO K. GUMBAYTAY, ET AL. |
| 2/22/07  Motion Hearing | | | | | |
| | | | | | JUDGE KEITH WATKINS<br>Risa Entrekin, Court Reporter |

| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
|---|---|---|---|---|---|---|
| Yes | 2/22/07 | 2/22/07 | 1 | Y. Boswell | | Lease Agreement |
| Yes | 2/22/07 | 2/22/07 | 2 | Y. Boswell | | Rent Receipts |
| Yes | 2/22/07 | 2/22/07 | 3 | Y. Boswell | | Lease Change Notices |
| No | 2/22/07 | 2/22/07 | 4 | Y. Boswell | | Rental Property List |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | EXHIBITS MAINTAINED IN SEPARATE |
| | | | | | | BINDER WITH FILE |
| | | | | | | |
| | | | | | | |
| | | | | | | NO EXHIBITS FROM DEFENDANTS |
| | | | | | | |
| | | | | | | |
| | | | | | | |