**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Matthew Bahr
1569 Amaryllis Circle
Orlando, FL 32825

07cv135 S, CP, MIFP, *
2-14-07 Orders (2)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Matthew Bahr*    ☐ Agent
                     ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
   Matthew W Bahr                 2/23/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7004 2510 0004 8778 4081

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540