**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern Division**

**YOLANDA M. BOSWELL**

        **Plaintiff,**

**v.**

                                              **Civil Action No.
2:07-cv-135-WKW-TFM**

**JAMARLO K. GUMBAYTAY,
  DBA/THE ELITE REAL ESTATE
     CONSULTING GROUP**

**and,**

**MATTHEW W. BAHR,**

        **Defendants.**

### NOTICE OF APPEARANCE BY COUNSEL

Please take notice of the appearance in the above-styled matter of Allison Neal, counselor at law, as counsel for the plaintiffs.

                                        Respectfully submitted,

                                        YOLANDA M. BOSWELL
                                        Plaintiff
                                        By Counsel

s/ Allison Neal
Allison Neal
AOC # NEA008
207 Montgomery Street, Suite 910
Montgomery, AL   36104
(334) 265-2754, ext. 203
(334) 269-5666

PDF created with pdfFactory trial version www.pdffactory.com

e-mail: anaclual@bellsouth.net

Counsel for Plaintiffs

## CERTIFICATION

I hereby certify that on this 27th day of February, 2007, I filed a true copy of the foregoing Notice of Appearance by Counsel with this Court using the CM/ECF, electronic filing system, which will send notice of this filing to all counsel of record.

                        s/Allison Neal
                        Allison Neal

PDF created with pdfFactory trial version www.pdffactory.com