**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Matthew Bahr
1569 Amaryllis Circle
Orlando, FL  32825

07cv135 Order #10

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Matthew B___*   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
MAR. 0 1 2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7006 2760 0002 8193 1606

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540