IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern Division

RECEIVED

2007 MAR 19  A 10: 46

---

YOLANDA M. BOSWELL

      Plaintiff,

v.

JAMARLO K. GUMBAYTAY,
DBA/THE ELITE REAL ESTATE
CONSULTING GROUP

and,

MATTHEW W. BAHR,

      Defendants.

---

Civil Action No.
2:07-cv-135-WKW-TFM

### MOTION FOR ADMISSION OF EMILY J. MARTIN AS VISITING ATTORNEY, *PRO HAC VICE*

Pursuant to Rule 83.1(b) of the local rules of the United States District Court for the Middle District of Alabama, I, Emily J. Martin, move to be admitted *pro hac vice* to the bar of this court for the purpose of representing Plaintiff in this matter. In support of this motion, I submit a Declaration in Support of Motion for Admission *Pro Hac Vice* and a certificate of good standing from the bar of the Southern District of New York.

Dated: March 16, 2007

Respectfully submitted,

_____
Emily J. Martin, Esq. (EM-2924)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION WOMEN'S RIGHTS PROJECT
125 Broad Street, 18th Floor

New York, NY 10004
(212) 549-2615 (telephone)
(212) 549-2580 (facsimile)
EMartin@aclu.org

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on this date I served the foregoing Motion for Admission *Pro Hac Vice* on defendants by depositing a copy thereof in the United States mail first-class postage prepaid, addressed as follows:

Jamarlo K. Gumbaytay
4013 Tiffany Drive
Montgomery, AL 36110

Matthew W. Bahr
1569 Amaryllis Circle
Orlando, FL 32835

DATED this 16th day of March, 2007.

                                              _____
                                              Emily J. Martin, Esq. (EM-2924)
                                              Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern Division

RECEIVED
2007 MAR 19 A 10: 46

---

YOLANDA M. BOSWELL

      Plaintiff,

v.

JAMARLO K. GUMBAYTAY,
DBA/THE ELITE REAL ESTATE
CONSULTING GROUP

and,

MATTHEW W. BAHR,

      Defendants.

Civil Action No.
2:07-cv-135-WKW-TFM

---

## DECLARATION OF EMILY J. MARTIN IN SUPPORT OF MOTION FOR ADMISSION AS VISITING ATTORNEY, *PRO HAC VICE*

I, Emily J. Martin, certify under penalty of perjury that to the best of my knowledge and recollection, the following is true and correct:

1. I am the Deputy Director of the American Civil Liberties Union Foundation Women's Rights Project.

2. I am a member in good standing of the bar of the State of New York and have been since 2000. I am also a member in good standing of the bar of the Southern District of New York, the Eastern District of New York, and the Tenth Circuit Court of Appeals and have been since 2006, 2002, and 2006, respectively. I have been admitted to numerous state and federal courts *pro hac vice*. Attached is a certificate demonstrating my status as a member of good standing of the bar of the Southern District of New York.

3. I affirm that I am not now nor have I ever been subject to any disciplinary action by any state or federal bar association or administrative agency.

4. I affirm that criminal charges have never been instituted against me.

5. I do solemnly affirm that I will support the Constitution of the United States and that I will demean myself uprightly and according to law and the recognized standards of ethics of the legal profession.

6. I do further solemnly affirm that I have read the Federal Rules of Civil Procedure, 28 USC; the Federal Rules of Criminal Procedure, 18 USC; the Federal Rules of Evidence, 28 USC; and the Local Rules of the United States District Court for the Middle District of Alabama, and that I am fully prepared to use and abide by them in my practice before this Court.

Executed this 16th day of March, 2007.

_____
Emily J. Martin, Esq.



IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern Division

---

YOLANDA M. BOSWELL

      Plaintiff,

v.

JAMARLO K. GUMBAYTAY,
DBA/THE ELITE REAL ESTATE
CONSULTING GROUP

and,

MATTHEW W. BAHR,

      Defendants.

Civil Action No.
2:07-cv-135-WKW-TFM

---

## ORDER

This matter having come before the Court on the motion of Emily J. Martin, Esq., attorney for plaintiff Yolanda M. Boswell, for pro hac vice admission pursuant to Local Civ. R. 83.1(b); and the Court having considered the declaration in support of the application, which reflect that counsel satisfies the requirements set out in Local Civ. R. 83.1(b); and for good cause shown,

    IT IS ON THIS ___ day of _____, 2007

    ORDERED that the application for *pro hac vice* admission of counsel is granted.

                                             **UNITED STATES DISTRICT JUDGE**