IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern Division

---

YOLANDA M. BOSWELL

        Plaintiff,

v.

JAMARLO K. GUMBAYTAY,
DBA/THE ELITE REAL ESTATE
CONSULTING GROUP

and,

MATTHEW W. BAHR,

        Defendants.

Civil Action No.
2:07-cv-135-WKW-TFM

---

## MOTION FOR ADMISSION OF LENORA M. LAPIDUS AS VISITING ATTORNEY, *PRO HAC VICE*

Pursuant to Rule 83.1(b) of the local rules of the United States District Court for the Middle District of Alabama, I, Lenora M. Lapidus, move to be admitted *pro hac vice* to the bar of this court for the purpose of representing Plaintiff in this matter. In support of this motion, I submit a Declaration in Support of Motion for Admission *Pro Hac Vice* and a certificate of good standing from the bar of the Southern District of New York.

Dated: April 9, 2007        Respectfully submitted,

                                            /s/ Lenora Lapidus
                                            Lenora M. Lapidus, Esq. (LL-6592)
                                            AMERICAN CIVIL LIBERTIES UNION
                                            FOUNDATION WOMEN'S RIGHTS PROJECT
                                            125 Broad Street, 18th Floor

New York, NY 10004
(212) 549-2668 (telephone)
(212) 549-2580 (facsimile)
LLapidus@aclu.org

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on this date I served the foregoing Motion for Admission *Pro Hac Vice* on defendants by depositing a copy thereof in the United States mail first-class postage prepaid, addressed as follows:

Jamarlo K. Gumbaytay
4013 Tiffany Drive
Montgomery, AL 36110

Matthew W. Bahr
1569 Amaryllis Circle
Orlando, FL 32835


DATED this 9th day of April, 2007.

*[signature]*
Lenora M. Lapidus, Esq. (LL-6592)
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern Division

---

YOLANDA M. BOSWELL

          Plaintiff,

v.                                                                Civil Action No.
                                                   2:07-cv-135-WKW-TFM

JAMARLO K. GUMBAYTAY,
DBA/THE ELITE REAL ESTATE
CONSULTING GROUP

and,

MATTHEW W. BAHR,

          Defendants.

---

**DECLARATION OF LENORA M. LAPIDUS IN SUPPORT OF MOTION FOR
ADMISSION AS VISITING ATTORNEY, *PRO HAC VICE***

     I, Lenora M. Lapidus, certify under penalty of perjury that to the best of my knowledge and recollection, the following is true and correct:

1. I am the Director of the American Civil Liberties Union Foundation Women's Rights Project.

2. I was admitted to practice in the State of New Jersey in 1990, in the State of New York in 1991, and in the District of Columbia in 1992 (lapsed). In addition to these bars, I am a member in good standing of the bar of the United States District Court for the District of New Jersey, the Southern District of New York, and the Eastern District of New York, the Court of Appeals for the Third Circuit, and the Tenth Circuit, and the United States Supreme Court. I have been admitted to numerous state and federal courts *pro hac vice*. Attached is a certificate

   demonstrating my status as a member of good standing of the bar of the Southern District of New York.

3. I affirm that I am not now nor have I ever been subject to any disciplinary action by any state or federal bar association or administrative agency.

4. I affirm that criminal charges have never been instituted against me.

5. I do solemnly affirm that I will support the Constitution of the United States and that I will conduct myself uprightly and according to law and the recognized standards of ethics of the legal profession.

6. I do further solemnly affirm that I have read the Federal Rules of Civil Procedure, 28 USC; the Federal Rules of Criminal Procedure, 18 USC; the Federal Rules of Evidence, 28 USC; and the Local Rules of the United States District Court for the Middle District of Alabama, and that I am fully prepared to use and abide by them in my practice before this Court.

Executed this 9th day of April, 2007.

_____
Lenora M. Lapidus, Esq.

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, __J. Michael McMahon__, Clerk of this Court, certify that

__LENORA  MICHELLE  LAPIDUS__, Bar # __LL6592__

was duly admitted to practice in this Court on

__JULY  1st, 1991__, and is in good standing

as a member of the Bar of this Court.

Dated at   500 Pearl Street
           New York, New York        on   MARCH  30th, 2007

__J. MICHAEL McMAHON__                 by: _[signature]_
Clerk                                       Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern Division

---

YOLANDA M. BOSWELL

      Plaintiff,

v.

JAMARLO K. GUMBAYTAY,
DBA/THE ELITE REAL ESTATE
CONSULTING GROUP

and,

MATTHEW W. BAHR,

      Defendants.

Civil Action No.
2:07-cv-135-WKW-TFM

---

**ORDER**

This matter having come before the Court on the motion of Lenora M. Lapidus, Esq., attorney for plaintiff Yolanda M. Boswell, for *pro hac vice* admission pursuant to Local Civ. R. 83.1(b); and the Court having considered the declaration in support of the application, which reflect that counsel satisfies the requirements set out in Local Civ. R. 83.1(b); and for good cause shown,

IT IS ON THIS ___ day of _____, 2007

ORDERED that the application for *pro hac vice* admission of counsel is granted.

                                               **UNITED STATES DISTRICT JUDGE**