IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| YOLANDA M. BOSWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-135-WKW |
| | ) |
| JAMARLO K. GUMBAYTAY | ) |
| DBA/THE ELITE REAL ESTATE | ) |
| CONSULTING GROUP, and | ) |
| MATTHEW W. BAHR, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Before the court are motions for Emily J. Martin and Lenora M. Lapidus to Appear Pro Hac Vice (Docs. # 15, 16), pursuant to Local Rule 83.1(b). Upon consideration of certificates of good standing filed in support of the motions, it is ORDERED that the motions are GRANTED.

DONE this 17th day of April, 2007.

/s/ W. Keith Watkins

UNITED STATES DISTRICT JUDGE