IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 JUN 26  P 3: 27

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| YOLANDA BOSWELL, ) | |
| Plaintiff ) | |
| v. ) | 2:07CV135-WKW |
| JAMARLO K. GUMBAYTAY, PH.D., ED.S ) | |
| DBA/ELITE REAL ESTATE CONSULTING GROUP ) | |
| REAL ESTATE MANAGEMENT ) | |
| Defendants ) | |

## ANSWER

I, Jamarlo K. GumBayTay, do hereby request under #B287/ Act No. 2006 316. Division II Landlord remedies 35-9A-421, Noncompliance with Rental Agreement, Failure to pay rent, to obtain injunctive relief for noncompliance by the tenant with the Rental Agreement of Section 35-9A-301.

The tenant, Yolanda Boswell, has not paid what is required in Paragraph 5. Rent Payment: which states "Tenant agrees to pay rent unto the Landlord during the term of this lease in equal monthly installments. Said installment for each month being due and payable on or before the 1st day of the month, the first full rent payment under this lease on the 1st day of February 07.

Tenant agrees that if rent is not paid in full on or before the 5th day of the month, Tenant will pay a late charge of $50.00 as allowed by applicable Alabama law. This has not happened as reflected by the records at the Legal Services Alabama. Therefore, we are asking for the Court to find the Plaintiff in breach of stated agreement (Case #2:07CV135-WKW) and grant request to terminate said lease and allow Defendant to file for eviction.

Defendant hereby requests that Court drop this pending suit on the grounds that the Plaintiff of said suit deceived the Court into believing that the Defendant in that Case sexually

1

harassed her because she claimed Defendant would not allow her to pay $450.00 monthly for rent instead of amount ($550.00) listed in the terms of her Lease Agreement. It has been indicated here by the Plaintiff's actions in this case that the Plaintiff is unable to pay $450.00 a month per the terms of her lease and the Court's requirements. She has been late every month, paid no late fees, and currently, has not made any payments on the June rent, with July fastly approaching.

Therefore, we again ask the Court to give the Defendant permission to file an eviction notice against Ms. Yolanda Boswell at 964 North Gap Loop, Montgomery, Alabama 36110.

25 JUNE 07
DATE

Jamarlo K. GumBayTay
Elite Real Estate Consulting Group
Real Estate Management
4013 Tiffany Drive
Montgomery, AL 36110
Tel: 241-5986   Cell: 202-8676

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_Northern_ DIVISION

## CERTIFICATE OF SERVICE

I, _Jamarlo K. Gumbaytor_, do hereby Certify that a true and correct copy of the foregoing has been furnished by _Mail_ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _24th_ day of _June_ 20_07_ to:

Ronnie J. Mc Parker @ 422 Carmichael Ct, Montmont, AL

Kenneth James Lay @ Legal Services Ala., P.O. Box 11765, B'ham, AL

Emily J. Martin @ American Civil Liberties, 125 Broad Street, 18FL N.y., NY

Lenora M. Lapidus @ American Civil Lib, 125 Broad St, 18th FL, N.y., NY

_06/26/07_  _[signature] Jamarlo K. Gumbaytor_
Date                          Signature



# The Elite Real Estate Consulting Group
## Real Estate Management
4013 Tiffany Drive
Montgomery, Alabama 36110-3003

Fax:
334-241-5986

Cellular Phone
334-202-8676

## PROOF OF DELIVERY

A copy of this Notice was delivered to Tenant: _Yolanda Boswell / Jenette Boswell /_

☒ by hand

☐ by registered/certified mail at that above address, which is:
    ☒ the place designated by Tenant for receipt of communication ✱ _Legal Services of Alabama_
    ☐ Tenant's last known place of residence

☐ by posting prominently on the front door of the leased premises.

Notice delivered/mailed/posted by: _Jamarlo K. Gumbaytay_
    Jamarlo K. Gumbaytay

In his/her capacity as:    ☐ Landlord/Lessor   ☒ Manager   ☐ Agent

Notice delivered/mailed/posted on: _12 June 07_

✱ _Delivered to_
_Legal Services Alabama_
_Montgomery Office_
_207 Montgomery Street, Ste 1100_
_Montgomery, Alabama 36104_

X _Pamela A. Martin_ — Administrative Asst
  Signature    Received by (office personnel's name)

X _Pamela A. Martin_
  Print name here

## The Elite Real Estate Consulting Group
### Real Estate Management
4013 Tiffany Drive
Montgomery, Alabama 36110-3003

Fax:
334-241-5986

Cellular Phone
334-202-8676

### 7-DAY NOTICE OF TERMINATION OF RESIDENTIAL LEASE

TO: Tenant: Ms. Yolanda Boswell  
LSA Case No. 07-0004398  
964 North Gap Loop  
Montgomery, AL 36110

FROM: Landlord Matthew Bahr  
Dr. Jamarlo K. GumBayTay, Rep.  
Elite Real Estate Consulting Group  
East Estate Management  
4013 Tiffany Drive  
Montgomery, AL 36110

Address of Leased Premises:   964 North Gap Loop Road, Montgomery, AL 36110

TAKE NOTICE: your Lease is hereby terminated due to your default under the terms and conditions of said Lease Agreement, by reason of the following breach of breaches thereof:

Late Fees (February – May 2007) plus, May 2007 rent has not been paid as of 29 May 2007. Thus, you are not in compliance with the terms of your lease and the Federal Court Decree. Please be advised, said rent must be paid as soon as possible! Moreover, late fees to the expiration of this notice (7 days) or legal action will be taken.

You must vacate and surrender the leased premises unto Landlord within the seven (7) day notice period, said notice expiring at:

12 p.m. o'clock on the 20th day of June, 2007.

You must completely vacate the premises by the above-stated deadline.

THIS NOTICE OF TERMINATION IS GIVEN PURSUANT TO APPLICABLE LAW AND IN NO WAY IMPAIRS ANY OF THE OTHER REMEDIES OR RIGHTS OF THE LANDLORD UNDER THE LEASE AGREEMENT OR UNDER APPLICABLE LAW.

Issued this the 12th day of June, 2007

Signed: _____ 30 JUNE 07
Authorized Agent

cc:   Legal Services Alabama

## The Elite Real Estate Consulting Group
### Real Estate Management
4013 Tiffany Drive
Montgomery, Alabama 36110-3003

Fax:
334-241-5986

Cellular Phone
334-202-8676

## NOTICE OF BREACH OF SPECIFIC PROVISIONS OR WRITTEN LEASE WITH NO RIGHT TO CURE RESIDENTIAL

TO: Tenant: Ms. Yolanda Boswell
964 North Gap Loop
Montgomery, AL 36110

LSA Case No. 07-0004398
2:07CV135-WKW

Address of Leased Premises:   964 North Gap Loop Road, Montgomery, AL 36110

This NOTICE is provided to you regarding the lease of the above identified leased premises. You are advised that you are in violation of the following provision(s) of the lease:

Act No. 2006 316 HB 287, Division II/Landlord Remedies 35-9A-421. Non-compliance with rental agreement failure to pay rent.

The reason you are in breach of the provision above is the following:

(b) If rent is unpaid when due and the tenant fails to pay rent within seven (7) days after receipt of written notice to terminate the lease for nonpayment and if the rent is not paid within the 7-day period, the Landlord may terminate the lease, page #29.

Pursuant to the lease, you are provided with this written notice of the breach and termination of the lease due to the breach. Due to the nature of the breach and in accordance with the lease provisions, there is no right to cure this default. This lease is therefore terminated effective seven days from the date of your receipt of this notice. Please vacate the premises and provide the keys to me by the termination date.

Signed this the 12th day of June, 2007

Signed: _____
Jamarlo K. GumBayTay
Authorized Agent



**The Elite Real Estate Consulting Group**
Real Estate Management
4013 Tiffany Drive
Montgomery, Alabama 36110-3003

Fax:
334-241-5986

Cellular Phone:
334-202-8676

# FAX TRANSMITTAL FORM

TO:
CC:
ORGANIZATION:
TELEPHONE:
FAX:
DATE SENT:
TIME S
# OF P

FROM: Jamarlo K. GumBayTay, Ph.D., Ed.S.
CELL: (334) 202-8676

☐ URGENT
☐ FOR REVIEW

COMM

**U.S. Postal Service™ Delivery Confirmation™ Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.
Article Sent To: (to be completed by mailer)
Kenneth Lay
(Please Print Clearly)
P.O. Box 11765
B'ham, AL 35202

POSTAL CUSTOMER:
Keep this receipt. For Inquiries:
Access internet web site at
www.usps.com ®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☒ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

DELIVERY CONFIRMATION NUMBER: 0306 0320 0004 4885 5134

PS Form 152, May 2002                (See Reverse)

**U.S. Postal Service™ Delivery Confirmation™ Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.
Article Sent To: (to be completed by mailer)
Emily Martin
(Please Print Clearly)
125 Broad St
NY, NY 10004

POSTAL CUSTOMER:
Keep this receipt. For Inquiries:
Access internet web site at
www.usps.com ®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☒ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

DELIVERY CONFIRMATION NUMBER: 0306 0320 0004 4885 5141

PS Form 152, May 2002                (See Reverse)

**U.S. Postal Service™ Delivery Confirmation™ Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.
Article Sent To: (to be completed by mailer)
Connie Baker
(Please Print Clearly)
4820 Carmichael
Mont, AL 36106

POSTAL CUSTOMER:
Keep this receipt. For Inquiries:
Access internet web site at
www.usps.com ®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☒ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

DELIVERY CONFIRMATION NUMBER: 0306 0320 0004 4885 5165

PS Form 152, May 2002                (See Reverse)

**U.S. Postal Service™ Delivery Confirmation™ Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.
Article Sent To: (to be completed by mailer)
American Civil Liberties
(Please Print Clearly)
125 Broad St 18th Fl
NY, NY 10004

POSTAL CUSTOMER:
Keep this receipt. For Inquiries:
Access internet web site at
www.usps.com ®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☒ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

DELIVERY CONFIRMATION NUMBER: 0306 0320 0004 4885 5127

PS Form 152, May 2002                (See Reverse)