**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

YOLANDA M. BOSWELL,                    )
                                       )
    PLAINTIFF,                         )
                                       )
v.                                     )  CIVIL CASE NO. CV-07-135-WKW
                                       )
JAMARLO K. GUMBAYTAY,                  )
  DBA/THE ELITE REAL ESTATE           )
      CONSULTING GROUP                 )
and,                                   )
                                       )
MATTHEW W. BAHR,                       )
                                       )
    DEFENDANTS.                        )

---

## APPLICATION FOR CLERK TO ENTER DEFAULT

COMES NOW, Plaintiff, YOLANDA M. BOSWELL, by and through undersigned

Counsel, and files this application for the Clerk to enter Default pursuant to Rule 55 and

in support of said application states the following:

1. That the Plaintiff filed this action on February 14, 2007.

2. That Defendant Matthew Bahr was served said complaint on February 23, 2007.

3. That the Plaintiff filed an amended complaint on May 4, 2007.

4. That Defendant Matthew Bahr was served said amended complaint on May 4,
   2007.

5. That Defendant Matthew Bahr has neither answered or otherwise defended the
   Plaintiff's complaint or amended complaint.

6. That pursuant to rule 55 of the Federal rules of Civil Procedure that an entry of

1

Default of is due to be entered by the Clerk of the Court against Defendant

Matthew Bahr.

7. The Affidavit of the Plaintiff's attorney, Kenneth J. Lay, is attached hereto as an

Exhibit in support of the Application for the Clerk to enter a Default.

RESPECTFULLY SUBMITTED:

KENNETH J. LAY
LEGAL SERVICES ALABAMA, INC.
P.O. BOX 11765
BIRMINGHAM, ALABAMA 35202
(205) 397-6540 EXT. 102
ATTORNEY FOR THE PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this the 27day of June, 2007, I have served the above foregoing
pleading upon the following parties by placing copies of same in the U.S. Mail, postage
prepaid, properly addressed as follows:

Jamario K. GumBayTay

4013 Tiffany Drive

Montgomery, AL  36110-3003

Matthew W. Bahr

1569 Amaryllis Circle

Orlando Florida  32825


Allison Neal

Alabama ACLU

207 Montgomery Street Suite 910

Montgomery AL  36104

Emily Martin

ACLU Foundation

125 Broad Street  18th Floor

New York, New York  10004

KENNETH J. LAY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

YOLANDA M. BOSWELL,                )
                                   )
    PLAINTIFF,               )
                                   )
v.                                 ) CIVIL CASE NO. CV-07-135-WKW
                                   )
JAMARLO K. GUMBAYTAY,              )
  DBA/THE ELITE REAL ESTATE        )
      CONSULTING GROUP          )
and,                               )
                                   )
MATTHEW W. BAHR,                   )
                                   )
    DEFENDANTS.              

---

### AFFIDAVIT OF KENNETH JAMES LAY

The affiant, KENNETH JAMES LAY, being duly sworn, states as follows:

1.    That the affiant has personal knowledge of the facts set forth in this affidavit and is over the age of nineteen.

2.    That the Defendant Matthew Bahr was served with a summons and a copy of the Plaintiff's Complaint on February 23, 2007.

3.    That more than 20 days have elapsed since the defendant was served with a summons and a copy of the Complaint. That the Court's case action summary indicated that the Defendant Matthew Bahr's answer was due on March 15, 2007.

4.    That the Plaintiff filed an amended complaint on May 4, 2007.

5.    That Defendant Matthew Bahr was served said amended complaint on May 4, 2007. The Defendant's deadline for answering the amended complaint has passed as

well.

6.     That Defendant Matthew Bahr has failed to answer or otherwise defended the

Plaintiff's complaint or amended complaint.

7.     That this affidavit is executed by the affiant in accordance with Rule 55(a) of the

Federal Rules of Civil Procedure for the purpose of enabling the plaintiff to obtain an

entry of default against the Defendant, Matthew Bahr, for the Defendant's failing to

answer or otherwise defend against the Plaintiff's complaint and the Plaintiff's amended

complaint.

8.     That the Defendant is not an infant or incompetent person, and there has been no

violation of the provisions of the U.S. code or rules of federal court procedure.

9.     That pursuant to rule 55 of the Federal rules of Civil Procedure that an entry of

Default of is due to be entered by the Clerk of the Court against Defendant Matthew

Bahr.

KENNETH J. LAY

**STATE OF ALABAMA    )**
**JEFFERSON COUNTY    )**

     I, the undersigned, a Notary Public, in and for said County, in said State, hereby
certify that Kenneth James Lay, whose name is signed to the foregoing document, and
who is known to me, personally appeared and says she has personal knowledge of the
facts set forth in the foregoing Affidavit, and that the same are true and correct to the best
of his knowledge and belief.

     Given under my hand and official seal this 27th day of June, 2007

NOTARY PUBLIC

MY COMMISSION EXPIRES

CAROLINE SMITH-PERNELL
NOTARY PUBLIC
STATE OF ALABAMA
ALABAMA STATE AT LARGE
MY COMM. EXP. 11/21/2010