IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| YOLANDA M. BOSWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JAMARLO K. GUMBAYTAY, d/b/a ) | Civil Action No. 2:07-cv-135-WKW |
| THE ELITE REAL ESTATE ) | |
| CONSULTING GROUP; ) | |
| and MATTHEW W. BAHR, ) | |
| ) | |
| Defendants. ) | |

<u>ENTRY OF DEFAULT</u>

It appearing that defendant Matthew W. Bahr, was duly served with a copy of the summons and complaint on February 23, 2007, and served with copy of the amended complaint on May 4, 2007, and said defendant has failed to answer or otherwise defend this action as set out in the affidavit of plaintiff's attorney filed herein on June 27, 2007, as required by law.

DEFAULT is hereby entered against said defendant, Matthew W. Bahr.

DONE THIS  29TH  day of  June , 2007.

/s/ Debra P. Hackett
_____
DEBRA P. HACKETT
CLERK, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA