IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| YOLANDA M. BOSWELL,<br><br>        Plaintiff,<br><br>        v.<br><br>JAMARLO K. GUMBAYTAY,<br><br>D/B/A THE ELITE REAL ESTATE CONSULTING GROUP<br><br>AND<br><br>MATTHEW W. BAHR<br><br><br>        Defendants. | Civil Case No. 2:07-cv-135-WKW<br><br><br>**MOTION TO STRIKE DEFENDANT GUMBAYTAY'S ANSWER AND FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS GUMBAYTAY AND BAHR** |

      Plaintiff Yolanda Boswell, by and through her attorneys and pursuant to Federal Rule of Civil Procedure 55(b)(2), hereby requests that the Court strike Defendant Jamarlo K. GumBayTay's answer as untimely and nonresponsive and enter a default judgment against Defendants Jamarlo K. GumBayTay, d/b/a The Elite Real Estate Consulting Group and Matthew W. Bahr (collectively "Defendants"). For the reasons set out in the accompanying memorandum and exhibits, Plaintiffs request that the Order:

    a.    Declare default judgment against Defendant Matthew W. Bahr on the First Amended Complaint on the grounds of Defendant's failure to answer the original Complaint and the First Amended Complaint or otherwise move or appear before the time for answering such Complaint expired;

    b.    Strike the Answer of Defendant Jamarlo K. GumBayTay, d/b/a/ The Elite Real Estate Consulting Group, as untimely and unresponsive, as it was filed a month late, almost entirely ignores the substance of the Plaintiff's Complaint, and seeks to involve the Court in secondary contractual matters;

    c.    Declare default judgment against Defendant GumbayTay on the grounds that he failed to timely answer the original Complaint and the First Amended Complaint or otherwise move or appear before the time for answering such Complaint expired; and instead filed a late, unresponsive Answer;

    b.    Enter Judgment against both Defendants in the amount of $125,000 in damages;

    c.    Award attorneys' fees and costs in the amount of $10,801.50; and

    d.    Grant such other and further relief as this Court deems just and proper under the circumstances.

Plaintiffs rely on the accompanying Memorandum of Law in Support Entry of Default Judgment and Damages and the accompanying exhibits. A proposed form of Order is submitted herewith.

Date: July 9, 2007                        Respectfully submitted,

                                                  ___/s/_____
                                                  Allison E. Neal (NEA008)
American Civil Liberties Union of Alabama
207 Montgomery Street, Suite 910
Montgomery, AL 36106
Tel: 334-265-2754
Fax: 334-269-5666

Emily J. Martin (EM-2924)
Lenora M. Lapidus (LL-6592)
Women's Rights Project
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel: 212-519-7816
Fax: 212-549-2580

Kenneth J. Lay
Legal Services Alabama, Inc.

2

PO Box 11765
Birmingham, AL  35202
Tel: 205-397-6540, ext. 102

**Attorneys for Plaintiff
Yolanda M. Boswell**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 6th day of July, 2007, I have served the above foregoing Motion upon the following parties by placing copies of same in the U.S. Mail, postage prepaid, properly addressed as follows:

| | |
|---|---|
| Jamario K. GumBayTay | Matthew W. Bahr |
| 4013 Tiffany Drive | 1569 Amaryllis Circle |
| Montgomery, AL   36110-3003 | Orlando Florida  32825 |

_____/s/_____

**EMILY J. MARTIN**

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| YOLANDA M. BOSWELL,<br><br>            Plaintiff,<br><br>         v.<br><br>JAMARLO K. GUMBAYTAY,<br>D/B/A/ THE ELITE REAL ESTATE<br>CONSULTING GROUP<br><br>AND<br><br>MATTHEW W. BAHR<br><br>            Defendants. | Civil Case No. 2:07-cv-135-WKW<br><br><br><br>**ORDER GRANTING DEFAULT<br>JUDGMENT** |

       This matter having been opened to the Court by counsel for Plaintiff Yolanda Boswell, for an order striking the Answer of Jamarlo K. GumBayTay d/b/a The Elite Real Estate Consulting Group as untimely and unresponsive and granting default judgment to Plaintiff against Defendants GumBayTay and Matthew Bahr, on the amended Complaint filed May 4, 2007; and in consideration of Plaintiff's request for a default judgment; the declaration of Yolanda Boswell; the declarations of attorneys Allison Neal and Emily Martin and accompanying exhibits; the Memorandum of Law in Support of Entry of Default Judgment and Damages; and for good cause shown:

       IT IS, on this ___ day of _____, 2007, pursuant to Federal Rule of Civil Procedure 55(b)(2),

       ORDERED that Plaintiff's motion to strike Defendant GumBayTay's Answer as untimely and unresponsive is GRANTED.

5

ORDERED that Plaintiff's motion for default judgment against Defendant GumBayTay is GRANTED.

ORDERED that Plaintiff's motion for default judgment against Defendant Bahr is GRANTED.

IT IS FURTHER ORDERED that Plaintiffs recover from Defendants GumBayTay and Bahr the sum of $_____$, plus prejudgment interest in the amount of $_____$, plus attorneys' fees and costs in the amount of $_____$.

_____