IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| YOLANDA M. BOSWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-135-WKW |
| | ) |
| JAMARLO K. GUMBAYTAY | ) |
| DBA/THE ELITE REAL ESTATE | ) |
| CONSULTING GROUP, and | ) |
| MATTHEW W. BAHR, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the plaintiff's Motion for Sanctions and Expedited Modification/Enforcement of Preliminary Injunction (Doc. # 22) and Motion to Strike Defendant Gumbaytay's Answer and for Entry of Default Judgment Against Defendants Gumbaytay and Bahr (Doc. # 23), it is ORDERED that the defendants shall show cause in writing **no later than 12:00 p.m. on July 16, 2007,** why the motions should not be granted. It is further ORDERED that a hearing on the motions is set for **July 17, 2007, at 3:00 p.m.**, in Courtroom 2-E.

The Clerk is DIRECTED to mail this order via overnight delivery to the defendants.

DONE this 12th day of July, 2007.

        /s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE