**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION** RECEIVED

YOLANDA BOSWELL,                                    2007 JUL 16  A 3: 11

        Plaintiff                               )
                                            )  DEBRA P. HACKETT, CLK
v.                                                  )  U.S. DISTRICT COURT 2:07cv135-WKW
                                            )  MIDDLE DISTRICT ALA
                                            )

JAMARLO K. GUMBAYTAY, PH.D., ED.S                  )
DBA/ELITE REAL ESTATE CONSULTING GROUP             )
REAL ESTATE MANAGEMENT                             )
                                            )
        Defendants                              )


      Plaintiff, Jamarlo K. GumBayTay dba Elite Real Estate Consulting Group, Real Estate

Management, moves this Honorable Court for an order allowing him to proceed in this case

without prepayment of fees, costs, or security therefore, and for grounds therefore submits the

attached sworn affidavit in support of the motion.


_07/16/07_
Date

                             Jamarlo K. GumBayTay
                             Elite Real Estate Consulting Group
                             Real Estate Management
                             4013 Tiffany Drive
                             Montgomery, AL 36110
                             Tel: 241-5986   Cell: 202-8676

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
_Northern Division_ **DIVISION**

**CERTIFICATE OF SERVICE**

I, _Jamarlo K. GumBayTay_, do hereby Certify that a true and correct copy of the foregoing has been furnished by _Walkin Service_ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _16th_ day of _July_ 200__ to:

_Connie J. McCabe @ 4220 Carmichael Howeth, mont. AL_

_Emily J. Martin, ACLU 125 Broad St, 18 floor, NY, NY 100 04_

_Kenneth James Lay, Legal Services Ala, P.O. Box 1176 STB, h.m, AL 35202_

_Lenora M. Lapidus, ACLU, 125 Broad Street, 18 Fl. NY, NY 10004_

_16 July_
Date

_Jamarlo K. GumBayTay_
Signature