IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 JUL 16 A 3: 13

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| YOLANDA BOSWELL,<br><br>    Plaintiff<br><br>v.<br><br>JAMARLO K. GUMBAYTAY, PH.D., ED.S<br>DBA/ELITE REAL ESTATE CONSULTING GROUP<br>REAL ESTATE MANAGEMENT, and<br>MATHEW W BAHR,<br><br>    Defendants | )<br>)<br>)<br>)<br>)  2:07-cv-135-WKW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ANSWER

I, Jamarlo K. GumBayTay, do answer Plaintiff's Motion to Strike Defendant's answer, and again say that under #B287/ Act No. 2006 316. Division II Landlord remedies 35-9A-421, Noncompliance with Rental Agreement, Failure to pay rent, to obtain injunctive relief for noncompliance by the tenant with the Rental Agreement of Section 35-9A-301.

The tenant, Yolanda Boswell, has still not paid what is required in Paragraph 5. Rent Payment: which states "Tenant agrees to pay rent unto the Landlord during the term of this lease in equal monthly installments. Said installment for each month being due and payable on or before the 1st day of the month, the first full rent payment under this lease on the 1st day of February 07.

Tenant agrees that if rent is not paid in full on or before the 5th day of the month, Tenant will pay a late charge of $50.00 as allowed by applicable Alabama law. This has not happened as reflected by the records at the Legal Services Alabama. Therefore, we are asking for the Court to find the Plaintiff in breach of stated agreement (Case #2:07CV135-WKW) and grant request to terminate said lease and allow Defendant to file for eviction.

Defendant hereby requests that Court drop this pending suit on the grounds that the

1

Plaintiff of said suit deceived the Court into believing that the Defendant in that Case sexually harassed her because she claimed Defendant would not allow her to pay $450.00 monthly for rent instead of amount ($550.00) listed in the terms of her Lease Agreement. It has been indicated here by the Plaintiff's actions in this case that the Plaintiff is unable to pay $450.00 a month per the terms of her lease and the Court's requirements. She has been late every month, paid no late fees, and currently, has not made any payments on the June rent, with July fastly approaching. Plaintiff has still made to payments for June, no late payment for June, and has made no rental payment or late fee for July, 2007. Therefore, since Plaintiff has not of yet kept her part of court agreement, her Motion to Strike Defendant's Answer should not be allowed and her eviction proceeding should be allowed to go forth.

Therefore, we again ask the Court to give the Defendant permission to file an eviction notice against Ms. Yolanda Boswell at 964 North Gap Loop, Montgomery, Alabama 36110.

07/16/07
DATE

Jamarlo K. GumBayTay
Elite Real Estate Consulting Group
Real Estate Management
4013 Tiffany Drive
Montgomery, AL 36110
Tel: 241-5986   Cell: 202-8676

2

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_Northern Division_ DIVISION

CERTIFICATE OF SERVICE

I, _Jamarlo K. Gumbaytay_, do hereby Certify that a true and correct copy of the foregoing has been furnished by _Walkin Service_ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _16th_ day of _July_ 200_7_ to:

Connie J. McL. Baker 4220 Carmichael Ct North, mont. AL

Emily J. Martin, ACLU 125 Broad St, 18 Floor NY, NY 10004

Kenneth James Lay; Legal Services Ala, P.O. Box 11765 B'ham, AL 35202

Lenora M. Lapidus, ACLU, 125 Broad Street, 18 FL N.Y., N.Y. 10004

_16 July_                _Jamarlo K. Gumbaytay_
Date                                         Signature