IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern Division

| | | |
|---|---|---|
| **YOLANDA M. BOSWELL** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| v. | * | Civil Action No |
| | * | 2:07-cv-135-WKW |
| | * | |
| **JAMARLO K. GUMBAYTAY,** | * | |
| **D/B/A/ THE ELITE REAL ESTATE** | * | |
| **CONSULING GROUP** | * | |
| | * | |
| **and,** | * | |
| | * | |
| **MATTHEW W. BAHR,** | * | |
| | * | |
| **Defendants.** | * | |

### NOTICE OF APPEARANCE BY COUNSEL

Counsel hereby request that this Honorable Court grant them the opportunity to represent Defendant, Matthew W. Bahr, in the above-styled matter as his attorney of record.

Respectfully submitted this the 17th day of July 2007,

_s/ BANJAMIN E. SCHOETTKER_
BENJAMIN E. SCHOETTKER ( SCH091)
CHARLES W. BARFOOT    (BAR123)
Attorneys for Defendant Matthew Bahr

BARFOOT & SCHOETTKER, L.L.C.
608 South Hull Street
Montgomery, AL 36104
Tel. (334) 834-3444
Fax  (334) 262-8897
bes@barfootschoettker.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2007 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Allison E. Neal
American Civil Liberties Union of Alabama
207 Montgomery Street, Suite 910
Montgomery, AL 36106

Emily Martin
Lenora M. Lapidus
Women's Rights Project
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004

Kenneth J. Lay
Legal Services Alabama, Inc.
P.O. Box 11765
Birmingham, AL 35202

                                                Signed electronically
                                                s/BENJAMIN E. SCHOETTKER
                                                BANJAMIN E. SCHOETTKER
                                                ATTORNEY FOR DEFENDANT
                                                MATTHEW BAHR