IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| YOLANDA M. BOSWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-135-WKW |
| | ) |
| JAMARLO K. GUMBAYTAY | ) |
| DBA/THE ELITE REAL ESTATE | ) |
| CONSULTING GROUP, and | ) |
| MATTHEW W. BAHR, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On July 6, 2007, the plaintiff in this case, Yolanda M. Boswell, filed a Motion for Sanctions against defendant Gumbaytay. (Doc. # 22.) On July 9, 2007, the plaintiff filed a Motion to Strike Defendant Gumbaytay's Answer and for Entry of Default Judgment against Defendants Gumbaytay and Bahr. (Doc. # 23.) Defendant Bahr responded to the latter motion on July 17, 2007. (Doc. # 30.)

It is ORDERED that defendant Gumbaytay shall RESPOND in writing to the motions (Doc. # 22, 23) **on or before August 9, 2007.** Plaintiff shall REPLY to defendant Bahr's response (Doc. # 30) **on or before August 9, 2007.**

DONE this 19th day of July, 2007.

　　　　　　　　　　　　　　　　　　/s/ W. Keith Watkins
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE