**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| YOLANDA M. BOSWELL, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CIVIL CASE NO. CV-07-135-WKW |
| | ) |
| JAMARLO K. GUMBAYTAY, | ) |
|   DBA/THE ELITE REAL ESTATE | ) |
|       CONSULTING GROUP | ) |
| and, | ) |
| | ) |
| MATTHEW W. BAHR, | ) |
| | ) |
|   DEFENDANTS. | |

Notice of Appearance

To the Clerk of the Court and all parties of record:

Faith R. Cooper respectfully requests that her appearance be entered in this case as co-counsel for Plaintiff Yolanda M. Boswell.

RESPECTFULLY SUBMITTED:

/s/ Faith R. Cooper
_____
FAITH R. COOPER
Central Alabama Fair Housing Center
1817 West Second Street
Montgomery, AL  36106
(334) 263-4663

ATTORNEY FOR THE PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 30th day of July, 2007, I have served the above Notice upon the following party by placing a copy of same in the U.S. Mail, postage prepaid, and properly addressed as follows:

    Jamarlo K. GumBayTay

    4013 Tiffany Drive

    Montgomery, AL   36110-3003


    __/s/ Faith R. Cooper_____