IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__Northern__ DIVISION

Yolanda M. Boswell     )
                      )
    Plaintiff,          )
                      )
v.                    )  CASE NO. 2:07-cv-135-WKW
                      )
Jamarlo K. Gumbaytay, et al.  )
                      )
    Defendants,        )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW __Yolanda M. Boswell__, a __Plaintiff__ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party

_____              _____

_____              _____

_____              _____


8/6/2007                             /s/ Emily J. Martin
Date                                 (Signature)

                                     (Counsel's Name)
                                     **Yolanda M. Boswell**
                                     Counsel for (print names of all parties)
                                     ACLU
                                     125 Broad Street, New York, NY 10004
                                     Address, City, State Zip Code
                                     212-549-2615
                                     Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

## CERTIFICATE OF SERVICE

I, Emily J. Martin _____, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail _____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 6th _____ day of August _____ 20 07, to:

Jamarlo K. Gumbaytay, 4013 Tiffany Drive, Montgomery, AL 36110

Benjamin Edward Schoettker, Barfoot & Schoettker LLC, 608 South Hull Street, Montgomery, AL 36104

Charles Williamson Barfoot, 526 Herron Street, Montgomery, AL 36104

8/6/2007
Date

/s/ Emily J. Martin
Signature