# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| YOLANDA M. BOSWELL, | Civil Action No. 2:07-CV-135-WKW-TFM |
| Plaintiff, | Honorable W. Keith Watkins, U.S.D.J. |
| v. | |
| JAMARLO K. GUMBAYTAY, D/B/ATHE ELITE REAL ESTATE CONSULTING GROUP | **OPPOSITION TO DEFENDANT BAHR'S MOTION TO SET ASIDE DEFAULT JUDGMENT** |
| AND | |
| MATTHEW K. BAHR, | |
| Defendants. | |

COMES NOW the Plaintiff, Yolanda Boswell, by and through her lawyers and pursuant to Federal Rule of Civil Procedure 55(b)(2), and prays that this Honorable Court will deny Defendant Matthew W. Bahr's Motion to Set Aside Default Judgment,[1] affirm the entry of default entered in this matter against Defendant Bahr on the 29th of June 2007 (Doc. # 21) and enter judgment against Defendant Bahr.

Defendant Bahr's Motion alleges that set-aside is proper under Rule 55(c) of the Federal Rules of Civil Procedure, which states that "[f]or good cause shown the court may set aside an entry of default." Fed.R.Civ.P.55(c). Although "good cause" is not susceptible to a precise formula, the Eleventh Circuit has set out some factors which may aid the Court in ascertaining

---

[1] Though Defendant Bahr has styled his motion a "Motion to Set Aside Default Judgment," Ms. Boswell notes for clarity of the record that no judgment has been entered against Defendant Bahr. Rather, the clerk of the court entered a default against Defendant Bahr in this matter, and Ms. Boswell has sought default judgment.

whether such cause exists, such as (1) "whether the default was culpable or willful", which entails an assessment of the plausibility of the defaulting party's excuse; (2) "whether setting [the default] aside would prejudice the adversary," (3) "whether the defaulting party presents a meritorious defense," and (4) "whether the defaulting party acted promptly to correct the default." *Compania Interamericana Export-Import, S.A. v. Compania Dominicana De Aviacion*, 88 F.3d 948, 951 (11th Cir. 1996). Based on an application of such factors, the entry of default is proper and should be affirmed.

## ARGUMENT

### I. Defendant Bahr Has No Legitimate Excuse for Failing to Respond to the Complaint.

The Eleventh Circuit has held that if a defendant has displayed "intentional or reckless disregard for the judicial proceedings, the court need make no other findings in denying relief." *Compania*, 88 F.3d at 951-52. Ms. Boswell filed her Fair Housing Act (hereinafter "FHA") complaint in this matter on February 14, 2007, and served it on Defendant Bahr by certified U.S. Mail. Although he concedes that he duly received notice of this action by certified mail, (Doc. #30, First Motion to Set Aside Default Judgment by Matthew W. Bahr), he did not appear or respond. Ms. Boswell filed and served her amended complaint on May 4, 2007. Again, although Defendant Bahr concedes that he duly received this amended complaint, (Doc. #30), he did not appear, respond, or seek an extension of time within the 20-day period required under Rule 12(a), Fed. R. Civ. P. As a consequence, default was duly entered against Defendant Bahr on June 29, 2007.

Defendant Bahr's behavior constitutes willful default given the clear and specific warnings he was given by the Plaintiffs, his particular experience and background, and the plain language of the summons. First, Defendant Bahr was warned by Ms. Boswell's counsel on three separate occasions of both his responsibility to respond in a timely fashion and the specific

2

consequences of a failure to do so.  This fact wholly invalidates Defendant Bahr's contention that his unfamiliarity with the Federal Rules of Civil Procedure made him unaware of "his status in this lawsuit and his responsibility to respond in a timely fashion."

The first warning came after Ms. Boswell filed and served her complaint on February 14, 2007.  At that time, Defendant Bahr left a message on or about March 5, 2007 for Legal Services attorney Connie Baker, who at the time was one of Ms. Boswell's attorneys.  Connie Baker and Kenneth Lay, another Legal Services attorney and counsel for Ms. Boswell, returned Defendant Bahr's call on or about March 5, 2007 and left a message explaining that he needed to file a response or answer with the court to avoid a default judgment being entered against him.   See Exhibit 1, attached.

The second warning was given after Ms. Boswell filed and served her amended complaint on May 4, 2007.  Defendant Bahr again contacted one of Ms. Boswell's counsel, Allison E. Neal, on or about May 10, 2007, making it clear that he received service and actual notice of this action.  Allison E. Neal and Emily Martin, another of Ms. Boswell's counsel, returned Bahr's call on or about May 11, 2007.  At that time, Ms. Boswell's counsel instructed Defendant Bahr for the second time that if he did not appear in the case he would be subject to default judgment.  (Doc. #24, Declaration of Allison Neal in Support of Entry of Default, ¶¶ 9 and 10.)

The third and final warning came on or about June 6, 2007.  At that time, Defendant GumBayTay informed Ms. Boswell that the rental property at 964 North Gap Loop, Montgomery, Alabama 36110 would be foreclosed upon shortly because Defendant Bahr had ceased making mortgage payments on the property.  Ms. Boswell's counsel, Allison Neal, contacted Defendant Bahr on Ms. Boswell's behalf to verify this.  After Defendant Bahr denied that he had ceased making mortgage payments on the property, Ms. Boswell's counsel informed

Defendant Bahr for a third time that as a defendant in this case he would have to appear or be subject to default judgment. See Exhibit 2, attached. Because of these multiple warnings, it is not plausible that Defendant Bahr was unaware of his obligation to respond or risk a default judgment.

Moreover, even were Defendant Bahr's assertions credible, the fact that a party is unrepresented and allegedly unfamiliar with the law is insufficient to justify setting aside an entry of default. *Taylor v. Nagle*, 1994 U.S. Dist. LEXIS 12222 at *17-18 (S.D. Ala. 1994) (*pro se* habeas petitioner failed to properly present federal claims in state court and claims were defaulted; where no constitutional guarantee of representation exists, party "must accept responsibility for his procedural default"; otherwise "pro se petitioners would always be given a second bite at the apple"). Additionally, Defendant Bahr is not an uneducated, impoverished defendant proceeding *in forma pauperis*; he is a sophisticated businessman and property owner who purchased at least five properties in Montgomery County between June 2005 and November 2005 and who has demonstrated he has the knowledge and resources to hire private counsel to assist his defense when he chooses to do so. See Exhibits 3-7, attached.

Finally, the Defendant cannot claim ignorance where the plain language of the summons directed him to answer the summons. *U.S. v. Nalls,* 177 F.R.D. 696, 698 (S.D. Fla. Mar. 31, 1997); *see also Hunt v. Klin Motor Co*., 841 F. Supp. 1098, 1106-07 (D. Kan. 1993) (stating that a defendant's conduct is "culpable if has he has received actual or constructive notice of the action and failed to answer"), *aff'd*, 65 F.3d 178 (10th Cir. 1995) (table). Defendant Bahr received a summons in this action that stated (in relevant part): "You are hereby summoned and required to serve on Plaintiff's Attorney … an answer to the complaint which is served on you with this summons, within twenty days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief

demanded in the complaint." (Doc. #6.) This language could not have been clearer in putting Defendant Bahr on notice of his obligations and responsibilities.

For all the reasons stated above, Defendant Bahr's failure was culpable and willful, and his excuses lack plausibility. Thus, the Court should deny Defendant Bahr's motion to set aside the default and enter judgment for Ms. Boswell.

## II. Defendant Bahr's Default Has Prejudiced Ms. Boswell.

Defendant Bahr's failure to respond has contributed to Ms. Boswell's inability to receive an effective remedy to this situation. In *Rasmussen v. W.E. Hutton*, the court reasoned that where there is no meritorious defense, the mere delay in vindicating the plaintiff's rights is undue prejudice. 68 F.R.D. 231, 235 (N.D. Ga. 1975); *see also Turner Broadcasting System, Inc. v. Sanyo Electric, Inc.*, 33 B.R. 996, 1003 (N.D. Ga. 2003). As demonstrated below, Defendant Bahr does not have a meritorious defense in this case. Moreover, Defendant Bahr incorrectly asserts that Ms. Boswell has suffered no financial hardship since she is proceeding *in forma pauperis*. However, as explained in the Brief in Support of Motion for Entry of Judgment (Doc. # 24), she has suffered grievous emotional harm and expenses as a result of the conduct at issue in this case, and she lacks the financial resources to meet these consequential costs. Therefore, a delay of resolution in the case has indeed prejudiced Ms. Boswell.

## III. Defendant Bahr Has No Meritorious Defense in the Underlying Case.

Defendant Bahr alleges without any explanation or citation to legal authority that Defendant GumBayTay is not an agent, employee, or representative of Defendant Bahr and that Defendant Bahr has not subsequently ratified and/or adopted any of the actions taken by Defendant GumBayTay towards Ms. Boswell. "It is well settled that general denials and conclusive statements are insufficient to establish a meritorious defense; the movant must present a factual basis for its claims." *Turner*, 33 B.R. at 1002; *see also Gomes v. Williams*, 420 F.2d

5

1364, 1366 (10th Cir. 1970); *Madsen v. Bumb*, 419 F.2d 4, 6-7 (9th Cir. 1969); *Moldwood Corp. v. Stutts*, 410 F.2d 351, 352 (5th Cir. 1969). Neither the facts nor the law support Defendant Bahr's conclusory assertions, as Defendant GumBayTay clearly acted as the agent of Defendant Bahr and within the scope of his authority in the matters at issue in this case. Therefore, because Defendant Bahr has not presented a meritorious defense, his motion must be denied.

    a. Defendant GumBayTay is an Agent, Employee or Representative of Defendant Bahr.

    Defendant Bahr denies without any support that Defendant GumBayTay is his agent, employee, or representative. Whether an agency relationship exists for purposes of the Fair Housing Act is a question to be determined by federal law. *Northside Realty Assoc., Inc. v. United States,* 605 F.2d 1348, 1354 n. 13 (5th Cir. 1979).

    Actual agency exists when the agent and the principal agree to have the former act on the latter's behalf and subject to the latter's control. *See, e.g., Pinchback v. Armistead Homes Corp.*, 689 F. Supp. 541, 550-551 (D. Md. 1988), *aff'd in pertinent part*, 907 F.2d 1447 (4th Cir. 1990). "Agency is a legal concept which depends upon the existence of required factual elements: the manifestation by the principal that the agent shall act for him, the agent's acceptance of the undertaking and the understanding of the parties that the principal is to be in control of the undertaking." *Cabrera v. Jakabovitz*, 24 F.3d 372 (2d Cir. 1994) (quoting Restatement (Second) of Agency § 1 cmt b (1958)). According to HUD's FHA regulations, an agent "includes any person authorized to perform an action on behalf of another person regarding any matter related to the sale or rental of dwellings." 24 C.F.R. § 100.20 (definition of "Broker" or "Agent"). These requirements are undoubtedly met in the present case.

    First, Defendant Bahr has manifested that Defendant GumBayTay acts on his behalf in relation to the property rented by Ms. Boswell. The residential lease plainly states that Defendant GumBayTay is acting as an agent of Defendant Bahr, the lessor. (Doc #1-2). The

lease was signed at the place of business for GumBayTay and/or the Elite Real Estate Consulting Group. (Doc #24, Dec. of Plaintiff Boswell in Support of Damages for Default and Sanctions, ¶ 3). GumBayTay accepts rent and security deposits on Bahr's behalf. *See Cabrera*, 24 F.3d at 386 (finding an agency relationship where rent and security deposits were received on the owner's behalf and the lease was signed at the place of business of the alleged agent). Moreover, on a list of houses for rent available at the local housing authority office and dated May 16, 2007, Bahr's property at 964 North Gap Loop Road is listed, denoting Defendant GumBayTay as the contact person. See Exhibit 8, attached. And on several documents submitted by Defendant Bahr to the Montgomery Housing Authority, Defendant GumBayTay is listed as either the agent or payee of Defendant Bahr. See Exhibits 9 and 10, attached.

Second, GumBayTay has manifestly accepted the undertaking. "A person's statement that he was an agent of another … can help establish that that individual believed that he was acting on another's behalf and under another's control." *Cabrera*, 24 F.3d at 387. Here, GumBayTay represented that he was Bahr's agent by signing Ms. Boswell's lease as his agent. (Doc. #1-2).

Finally, the facts clearly support the conclusion that Defendant GumBayTay and Defendant Bahr understood that Defendant Bahr was to be in control of the undertaking. Ms. Boswell's conversations with Defendant GumBayTay made it clear that Defendant Bahr expected $550 in rent (as well as a signed lease reflecting that amount) and that Defendant GumBayTay was not free to charge whatever rent GumBayTay wished. And upon the signing of the lease, Defendant GumBayTay was to deliver copies of the completed application forms to Defendant Bahr. (Doc #24, Dec. of Plaintiff Boswell in Support of Damages for Default and Sanctions, ¶¶ 6-7).

For all the above reasons, it is undeniable that Defendant GumBayTay is an agent of Defendant Bahr. *Cabrera*, 24 F.3d at 372 (relying on similar facts to establish an agency relationship).

> b. Defendant Bahr is Vicariously Liable for Defendant GumBayTay's Discriminatory Actions Because Defendant GumBayTay, in the Course of Harassing Ms. Boswell, was Acting Within the Scope of the Authority Delegated by Defendant Bahr.

The FHA provides for vicarious liability, which "make[s] principals … vicariously liable for the acts of their agents in the scope of their authority or employment." *Meyer v. Holley*, 537 U.S. 280, 285 (2003) (generally addressing vicarious liability for damages in FHA context). *See also Burlington Indus., Inc., v. Ellerth*, 524 U.S. 742, 765 (1998) (finding employers vicariously liable for the actions of those supervisory employees creating a hostile, sexually harassing environment under Title VII); *Faragher v. City of Boca Raton*, 524 U.S. 775, 808-10 (1998) (same).

Determining vicarious liability under the FHA requires an application of traditional agency principles, which in turn examines whether the actions at issue occurred within the scope of the agent's employment or the authority delegated to the agent. *Meyer*, 537 U.S. at 285, 287. The principal need not have known of or authorized the actions, so long as they occurred within the scope of employment or delegated authority. *Meyer*, 537 U.S. at 285-86 (citing with approval *New Orleans, M & C R Co. v. Hanning*, 15 Wall 647, 649 (1873)). Moreover, when an agent is employed in a managerial capacity, as is the case here, the principal's vicarious liability extends even to punitive damages in the absence of evidence that a principal has made good-faith efforts to prevent his agent's discriminatory behavior. *Alexander v. Riga*, 208 F.3d 419, 432-34 (3d Cir. 2000) (citing *Kolstad v. Am. Dental Ass'n*, 527 U.S. 526, 546 (1999) (applying this rule under Title VII); *United States v. Habersham Properties, Inc.*, 319 F. Supp. 2d 1366, 1376 (N.D. Ga. 2003) (same).

At the time Defendant GumBayTay used the power of his authority as property manager to harass Ms. Boswell, he was acting in a managerial capacity and within the scope of his employment.  As manager of Defendant Bahr's rental property, Defendant GumBayTay was presumably empowered by Defendant Bahr to set and collect rent, maintain properties, and undertake evictions of tenants when appropriate.  In raising the rent when Ms. Boswell refused to provide sexual favors, implicitly conditioning necessary repairs to her apartment on the provision of sexual favors, and threatening her and her children with eviction and homelessness on the basis of such refusal, Defendant GumBayTay was at all times acting within the scope of his managerial authority and was empowered to harass Ms. Boswell in this manner via his status as Defendant Bahr's agent.  Nor is there any evidence that Defendant Bahr made good faith efforts to prevent Defendant GumBayTay from discriminating.  Defendant Bahr is thus vicariously liable based on the actions of his agent, Defendant GumBayTay.  *Cf. Burlington Indus.*, 524 U.S. at 761-64 (holding in Title VII context that an employer is vicariously liable for sexual harassment committed by any employee with direct authority over plaintiff who took any tangible employment action against plaintiff because the employee "has been empowered by the company as a distinct class of agent" to make such decisions and because "[a] tangible employment decision requires an official act of the enterprise").

## IV. Defendant Bahr Took No Affirmative Steps to Correct His Default

Default was entered against Defendant Bahr on June 29, 2007.  By July 9, 2007, Defendant Bahr had taken no action whatsoever to respond to the entry of default, demonstrating an "intentional or reckless disregard for the judicial proceedings." *Compania*, 88 F.3d at 951-52. At that point, Ms. Boswell requested that a default judgment be entered against Defendant Bahr. On July 12, the Court ordered that Defendant Bahr show cause in writing no later than 12:00 p.m. on July 16, 2007 as to why judgment should not be entered against him.  Defendant Bahr,

however, failed to comply with this order, filed his Motion to Set Aside Default Judgment after the deadline, and failed to ask for any extension of time or justify his delay.  This failure again demonstrates a flaunting of court procedures and judicial authority, which militates in favor of denying Defendant Bahr's motion and entering judgment against Defendant Bahr.

## PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Ms. Boswell prays that this Honorable Court will find that Defendant Bahr has not met the "good cause" standard in accordance with the Federal Rules of Civil Procedure and enter an order that a) denies Defendant Bahr's Motion to Set Aside Default; and b) enters judgment against Defendant Bahr.

Date: August 9, 2007                    Respectfully submitted:


                                        s/s Kenneth J. Lay

                                        _____
                                        Kenneth J. Lay
                                        Housing Advocacy Director
                                        Legal Services Alabama, Inc.
                                        PO Box 11765
                                        Birmingham, AL  35202
                                        Tel: 205-397-6540

                                        Allison E. Neal (NEA008)
                                        American Civil Liberties Union of Alabama
                                        207 Montgomery Street, Suite 910
                                        Montgomery, AL  36106
                                        Tel: 334-265-2754
                                        Fax: 334-269-5666

                                        Lenora M. Lapidus (LL-6592)
                                        Emily Martin (EM-2924)
                                        Women's Rights Project
                                        American Civil Liberties Union Foundation
                                        125 Broad Street, 18th Floor
                                        New York, NY 10004
                                        Tel: 212-519-7816
                                        Fax: 212-549-2580

                                        Faith R. Cooper
                                        Central Alabama Fair Housing Center
                                        1817 West Second Street
                                        Montgomery, AL  36106
                                        (334) 263-4663

                                        **Attorneys for Plaintiff**
                                        **Yolanda M. Boswell**


11

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2007, I electronically filed the foregoing with the Clerk of the

Court using the CM/ECF system which will send notification of such filing to the following:


Benjamin E. Schoettker (SCH091)
Charles W. Barfoot (BAR123)
Barfoot & Schoettker, L.L.C.
608 South Hull Street
Montgomery, AL  36104


I hereby certify that on August 9, 2007, I served the above response/reply upon the following

party by placing a copy of the same in the U.S. Mail, postage prepaid, and properly addressed as

follows:

Jamarlo K. GumBayTay
4013 Tiffany Drive
Montgomery, AL  36110-3003

                              Signed electronically
                              s/ Kenneth J. Lay
                              Kenneth j. Lay
                              Attorney for Plaintiff
                              Yolanda M. Boswell

**Exhibit 1**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| YOLANDA M. BOSWELL,<br><br>Plaintiff,<br><br>v.<br><br>JAMARLO K. GUMBAYTAY,<br>DBA/THE ELITE REAL ESTATE<br>CONSULTING GROUP<br><br>AND,<br><br>MATTHEW W. BAHR<br><br><br>Defendants. | Civil Case No. 2:07-cv-135-WKW<br><br><br><br>**DECLARATION OF KENNETH LAY<br>IN SUPPORT OF OPPOSITION TO<br>MOTION TO SET ASIDE DEFAULT<br>JUDGMENT** |

KENNETH J. LAY, Esq., declares and states the following:

1.  I am an attorney with Legal Services Alabama, and co-counsel for Plaintiff Yolanda M.

    Boswell in the above-captioned matter.

2.  I make this declaration, based upon my personal knowledge, in support of Plaintiffs'

    Opposition to Defendant Matthew Bahr's Motion to Set Aside Default Judgment.

3.  After Ms. Boswell filed and served her complaint on February 14, 2007, Defendant Bahr

    left a message on or about March 5, 2007 for Legal Services attorney Connie Baker, who

    at the time was one of Ms. Boswell's attorneys.  Connie Baker and I returned his call on

    or about March 5, 2007 and left a message explaining that we represented the Plaintiff in

    a lawsuit against him and that we could not offer him advice.  However, we did inform

    him in the message that he was being sued and need to either file a response on his behalf

or contact an attorney to file one for him in order to avoid a default judgment being

entered against him.

/s/ Kenneth Lay_____
Kenneth J. Lay
Housing Advocacy Director
Legal Services Alabama, Inc.
PO Box 11765
Birmingham, AL  35202
Tel: 205-397-6540, ext. 102

<u>**Exhibit 2**</u>

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| YOLANDA M. BOSWELL,<br><br>          Plaintiff,<br><br>          v.<br><br>JAMARLO K. GUMBAYTAY,<br>DBA/THE ELITE REAL ESTATE<br>CONSULTING GROUP<br><br>AND,<br><br>MATTHEW W. BAHR<br><br><br>               Defendants. | Civil Case No. 2:07-cv-135-WKW<br><br><br>**DECLARATION OF ALLISON NEAL<br>IN SUPPORT OF OPPOSITION TO<br>MOTION TO SET ASIDE DEFAULT<br>JUDGMENT** |

ALLISON E. NEAL, Esq., declares and states the following:

1. I am staff attorney for the American Civil Liberties Union of Alabama, co-counsel for Plaintiff Yolanda M. Boswell in the above-captioned matter.

2. I make this declaration, based upon my personal knowledge, in support of Plaintiffs' Opposition to Defendant Matthew Bahr's Motion to Set Aside Default Judgment.

3. On or about June 6, 2007, Defendant GumBayTay informed Ms. Boswell that her rental property at 964 North Gap Loop, Montgomery, Alabama 36110 would be foreclosed upon shortly because Defendant Bahr had ceased making mortgage payments on the property.

4. I contacted Defendant Bahr on Ms. Boswell's behalf to verify this, and he denied that he had ceased making mortgage payments on the property

5.  During this conversation, I informed Defendant Bahr for a third time that as a defendant in this case he would have to appear or be subject to a default judgment.  I also advised him to contact an attorney or the clerk of the Court about filing a response to this lawsuit in order to avoid a default judgment being entered against him.

/s/ Allison Neal_____

Allison Neal (NEA008)
American Civil Liberties Union of Alabama
207 Montgomery Street, Suite 910
Montgomery, AL  36104
Tel: 334-265-2754, ext. 203
Fax: 334-269-5666
Attorney for Plaintiffs

EX. ...

UNROS-00401

RLPY 3131   PAGE 0007

Send tax notice to:

This instrument prepared by:
Stewart & Associates, P.C.
3595 Grandview Pkwy, #345
Birmingham, Alabama 35243

STATE OF ALABAMA
COUNTY Montgomery

## WARRANTY DEED

KNOW ALL MEN BY THESE PRESENTS:

That is consideration of One Hundre and 00/100 Dollars ($100.00) and hand paid to the undersigned, Guest Property Sales, LLC, an Alabama Limited Liability Company (hereinafter referred to as "Grantor") by Matthew W. Bahr (hereinafter referred to as Grantee"), the receipt and sufficiency of which are hereby acknowledged, Grantor does, by these presents, grant, bargain, sell, and convey unto Grantee, the following described real estate situated in Montgomery County, Alabama, to-wit:

The North 50 feet of the South One Hundred (100') feet of Lots 29, 32 and 35, in Block C, Section 22 according to the Map of Highland Park, as same appears of record in th Office of the Judge of Probate, Montgomery County, Alabama in Plat Book 1 at page 106 1/2, said lot fronting fifty (50) feet on the East side of Boyce Street, and runninb ack East of even width 150 feet.

SUBJECT TO:
ADVALOREM TAXES DUE OCTOBER 01, 2005 AND THEREAFTER.

TO HAVE AND TO HOLD unto the Grantee, his/her heirs, executors, administrators and assigns forever.

The Grantor does for itself, its successors and assigns, covenant with the Grantee, his/her heirs, executors, administrators and assigns, that it is lawfully seized in fee simple of said premises; that they are free from all encumbrances, except as shown above; that it has a good right to sell and convey the same as aforesaid; and that it will, and its successors and assigns shall, warrant and defend the same to the Grantee, their heirs, executors, administrators and assigns forever against the lawful claims of all persons.

IN WITNESS WHEREOF, Grantor, GUEST PROPERTY SALES, LLC ,an Alabama Limited Liability Company by Robert B. Guest, Jr., its MEMBER who is authorized to execute this conveyance, has hereunto set its signature and seal on this the 30th day June, 2005.

GUEST PROPERTY SALES, LLC
an Alabama Limited Liability
Company

By: _____
ITS MEMBER

SW
10
250
1800
2650

STATE OF ALABAMA
COUNTY OF MONTGOMERY

I, the undersigned, a Notary Public in and for said County, in said State, hereby certify that rOBERT B. GUEST, JR., whose name as its MEMBER of GUEST PROPERTY SALES, LLC, an Alabama Limited Liability Company, is signed to the foregoing instrument, and who known to me, acknowledged before me on this day, that, being informed of the contents of the said instrument, she/he executed the same voluntarily for and as the act of said corporation.

Given under my hand and official seal this the _____ day of _____

JUN 3 0 2005

| INDEX | 5.00 |
| RECORD FEE | 1.00 |
| RECORD FEE | 2.50 |
| DEED TAX | 18.00 |
| CASH | 26.50 |

DEBORAH K. FARNELL
NOTARY PUBLIC - STATE OF FLORIDA
COMMISSION # DD111391
EXPIRES 06/23/2006
BONDED THRU 1-888-NOTARY1

Notary Public
Print Name:

07-08-2005 #1   ITEM   4
   1CL   0308 14:50TH

STATE OF ALABAMA
MONTGOMERY CO.
I CERTIFY THIS INSTRUMENT
WAS FILED ON

2005 JUL -8 PM 2: 51

REESE McKINNEY, JR.
JUDGE OF PROBATE

MNTOS-00400

Send tax notice to:                          This instrument prepared by:
                                             Stewart & Associates, P.C.
_____                      3595 Grandview Pkwy, #345
_____                      Birmingham, Alabama 35243
_____

STATE OF ALABAMA
COUNTY Montgomery

## WARRANTY DEED

KNOW ALL MEN BY THESE PRESENTS:

That is consideration of One Hundred and 00/100 Dollars ($100.00) in hand paid to the undersigned, Guest Property Sales, LLC, an Alabama Limited Liability Company (hereinafter referred to as "Grantor") by Matthew W Bahr (hereinafter referred to as Grantee"), the receipt and sufficiency of which are hereby acknowledged, Grantor does, by these presents, grant, bargain, sell, and convey unto Grantee, the following described real estate situated in Montgomery County, Alabama, to-wit:

Lot 5, according to the Huntingdon Heights Addition, as said Map appears of record in the Office of the Judge of Probate, Montgomery County, Alabama in Plat Book 12 at page 24.
SUBJECT TO:
ADVALOREM TAXES DUE OCTOBER 01, 2005 AND THEREAFTER.

TO HAVE AND TO HOLD unto the Grantee, his/her heirs, executors, administrators and assigns forever.

The Grantor does for itself, its successors and assigns, covenant with the Grantee, his/her heirs, executors, administrators and assigns, that it is lawfully seized in fee simple of said premises; that they are free from all encumbrances, except as shown above; that it has a good right to sell and convey the same as aforesaid; and that it will, and its successors and assigns shall, warrant and defend the same to the Grantee, their heirs, executors, administrators and assigns forever against the lawful claims of all persons.

IN WITNESS WHEREOF, Grantor, GUEST PROPERTY SALES, LLC, an Alabama Limited Liability Company by Robert B. Guest, Jr., its MEMBER who is authorized to execute this conveyance, has hereunto set its signature and seal on this the 30th day of June, 2005.

                              GUEST PROPERTY SALES, LLC
                              an Alabama Limited Liability
                              Company

                              By_____
                              Robert B. Guest, Jr.
                              ITS MEMBER

STATE OF FLORIDA
COUNTY OF ORANGE

I, the undersigned, a Notary Public in and for said County, in said State, hereby certify that Robert B. Guest, Jr., whose name as its MEMBER of GUEST PROPERTY SALES, LLC, an Alabama Limited Liability Company, is signed to the foregoing instrument, and who known to me, acknowledged before me on this day, that, being informed of the contents of the said instrument, she/he executed the same voluntarily and as the act of said corporation.

| | |
|---|---|
| INDEX | 5.00 |
| RECORD FEE | 1.00 |
| RECORD FEE | 2.50 |
| DEED TAX | 16.00 |
| CASH | 24.50 |

Given under my hand and official seal this the 30th day of June, 2005.

DEBORAH K. PARNELL
NOTARY PUBLIC - STATE OF FLORIDA
COMMISSION # DD176961
EXPIRES 06/22/2005
BONDED THRU 1-888-NOTARY1

STATE OF ALABAMA
MONTGOMERY CO.
THIS INSTRUMENT
WAS FILED ON

2005 JUL -8  PM 2: 50

REESE MCKINNEY, JR.
JUDGE OF PROBATE

07-08-2005 #1

ITEM    4
1CL       0304 14:49TH

9  .9  850 .ON                          3JTIT IJ38    Wd05:2  3002 .15 .JUL

RLPY 3130 PAGE 0985

MNTOS-00359

Send tax notice to:

_____
_____
_____

This instrument prepared by:
Stewart & Associates, P.C.
3595 Grandview Pkwy, #345
Birmingham, Alabama 35243

STATE OF ALABAMA
COUNTY Montgomery

## WARRANTY DEED

KNOW ALL MEN BY THESE PRESENTS:

That is consideration of One Hundred and No/100 ($100.00) in hand paid to the undersigned, Guest Property Sales, LLC, an Alabama Limited Liability Company (hereinafter referred to as "Grantor") by Matthew W Bahr (hereinafter referred to as Grantee"), the receipt and sufficiency of which are hereby acknowledged, Grantor does, by these presents, grant, bargain, sell, and convey unto Grantee, the following described real estate situated in Montgomery County, Alabama, to-wit:

Lot 16, according to the map of Woodhaven, a subdivision of the South half of Lot 4 and the North 55 feet of Lot 3 Block C, Goode Tract as same is recorded in the Office of the Judge of Probate, Montgomery County, Alabama in Plat Book 7 at page 58.
SUBJECT TO:
ADVALOREM TAXES DUE OCTOBER 01, 2005 AND THEREAFTER.

TO HAVE AND TO HOLD unto the Grantee, his/her heirs, executors, administrators and assigns forever.

The Grantor does for itself, its successors and assigns, covenant with the Grantee, his/her heirs, executors, administrators and assigns, that it is lawfully seized in fee simple of said premises; that they are free from all encumbrances, except as shown above; that it has a good right to sell and convey the same as aforesaid; and that it will, and its successors and assigns shall, warrant and defend the same to the Grantee, their heirs, executors, administrators and assigns forever against the lawful claims of all persons.

IN WITNESS WHEREOF, Grantor, GUEST PROPERTY SALES, LLC,, AN Alabama Limited Liability Company by Robert B. Guest, Jr., its MEMBER who is authorized to execute this conveyance, has hereunto set its signature and seal on this the 30th day of June, 2005.

GUEST PROPERTY SALES, LLC
an Alabama Limited Liability
Company

By: _____
Robert B. Guest, Jr.
ITS MEMBER

STATE OF FLORIDA
COUNTY OF ORANGE

I, the undersigned, a Notary Public in and for said County, in said State, hereby certify that Robert B. Guest, Jr., whose name as its MEMBER of GUEST PROPERTY SALES, LLC, an Alabama Limited Liability Company, is signed to the foregoing instrument, and who known to me, acknowledged before me on this day, that, being informed of the contents of the said instrument, she/he executed the same voluntarily for and as the act of said corporation.

Given under my hand and official seal this the 30th day of June

| INDEX | 5.00 |
| RECORD FEE | 1.00 |
| RECORD FEE | 2.50 |
| DEED TAX | 18.00 |
| CASH | 26.50 |

Notary Public

DEBORAH K. FARNELL
NOTARY PUBLIC · STATE OF FLORIDA
COMMISSION # DD111391
EXPIRES 06/23/2006
BONDED THRU 1-888-NOTARY1

STATE OF ALABAMA
MONTGOMERY CO
I CERTIFY THIS INSTRUMENT
WAS FILED ON

2005 JUL -8 PM 2:50

REESE McKINNEY, JR.
JUDGE OF PROBATE

ITEM   4
1CL        0306 14:50TH
JY-08-2005  #1

RLPY 03228 PAGE 0821

Send tax notice to:                                          This instrument prepared by:
                                                             Stewart & Associates, P.C.
_____                                      3595 Grandview Pkwy, #345
_____                                      Birmingham, Alabama 35243

STATE OF ALABAMA
COUNTY Montgomery

## WARRANTY DEED

KNOW ALL MEN BY THESE PRESENTS:

That is consideration of One Hundred and 00/100 Dollars ($100.00) in hand paid to
the undersigned, Guest Property Sales, LLC, a Florida Limited Liability Company
(hereinafter referred to as "Grantor") by Matthew Bahr (hereinafter referred to as
Grantee"), the receipt and sufficiency of which are hereby acknowledged, Grantor does,
by these presents, grant, bargain, sell, and convey unto Grantee, the following described
real estate situated in Montgomery County, Alabama, to-wit:

Lot 4 Block 10, according to the Plat of Ridgecrest Subdivision as same appears of record in the
Office of the Judge of Probate, Montgomery County, Alabama in Plat Book 5 at page 49.

SUBJECT TO:
ADVALOREM TAXES DUE OCTOBER 01, 2005 AND THEREAFTER.  *3524 Doris Circle*
*Mt. Al. 36105*

TO HAVE AND TO HOLD unto the Grantee, his/her heirs, executors,
administrators and assigns forever.

The Grantor does for itself, its successors and assigns, covenant with the Grantee,
his/her heirs, executors, administrators and assigns, that it is lawfully seized in fee simple
of said premises; that they are free from all encumbrances, except as shown above; that it
has a good right to sell and convey the same as aforesaid; and that it will, and its
successors and assigns shall, warrant and defend the same to the Grantee, their heirs,
executors, administrators and assigns forever against the lawful claims of all persons.

Guest Property Sales, LLC
IN WITNESS WHEREOF, Grantor, __Robert B. Guest, Jr_____, a
Florida Limited Liability Company by Robert B. Guest, ITS MEMBER who is
authorized to execute this conveyance, has hereunto set its signature and seal on this the
__27th__ day of _____November,_ 2005

STATE OF ALA. MONTGOMERY CO.
I CERTIFY THIS INSTRUMENT WAS FILED ON
RLPY 03228 PG 0821 2005 Dec 28 12:23PM
REESE MCKINNEY JR.
JUDGE OF PROBATE

GUEST PROPERTY SALES, LLC
an Florida Limited Liability
Company

By: _____
        ITS MEMBER

STATE OF ALABAMA
COUNTY OF MONTGOMERY

I, the undersigned, a Notary Public in and for said County, in said State, hereby
certify that __Robert G. Guest, Jr__ whose name as its MEMBER of ___Guest Property
Sales, LLC_____, a Florida Limited Liability Company, is signed to the foregoing
instrument, and who known to me, acknowledged before me on this day, that, being
informed of the contents of the said instrument, she/he executed the same voluntarily for
and as the act of said corporation.

Given under my hand and official seal this the 27th day of ___November, 2005__

Notary Public
Print Name: __NAN N. STINSON__
Commission Expires: _6/19/09_

NOTARY
NAN N. STINSON
ALABAMA STATE AT LARGE
PUBLIC

INDEX          $5.00
REC FEE        $2.50
CERT           $1.00
CHECK TOTAL    $8.50
11160          Clerk: NANCY 12:32PM

RLPY 03228 PAGE 0818

Send tax notice to:                                    This instrument prepared by:
_____                                Stewart & Associates, P.C.
_____                                3595 Grandview Pkwy, #345
_____                                Birmingham, Alabama 35243

STATE OF ALABAMA
COUNTY Montgomery

## WARRANTY DEED

KNOW ALL MEN BY THESE PRESENTS:

That is consideration of Thirty Eight Thousand and 00/100 Dollars ($38,000.00) in hand paid to the undersigned, GUEST PROPERTY SALES, LLC, a FLORIDALimited Liability Company (hereinafter referred to as "Grantor") by Matthew Bahr (hereinafter referred to as Grantee"), the receipt and sufficiency of which are hereby acknowledged, Grantor does, by these presents, grant, bargain, sell, and convey unto Grantee, the following described real estate situated in Montgomery County, Alabama, to-wit:

Lot 9 Block E, according to the map of Regency Forest Plat 3-A, as same appears of record in the Office of the Judge of Probate, Montgomery County, Alabama in Plat Book 28 at page 239.
SUBJECT TO:
ADVALOREM TAXES DUE OCTOBER 01, 2005 AND THEREAFTER.
TO HAVE AND TO HOLD unto the Grantee, his/her heirs, executors, administrators and assigns forever.

The Grantor does for itself, its successors and assigns, covenant with the Grantee, his/her heirs, executors, administrators and assigns, that it is lawfully seized in fee simple of said premises; that they are free from all encumbrances, except as shown above; that it has a good right to sell and convey the same as aforesaid; and that it will, and its successors and assigns shall, warrant and defend the same to the Grantee, their heirs, executors, administrators and assigns forever against the lawful claims of all persons.

IN WITNESS WHEREOF, Grantor, GUEST PROPERTY SALES, LLC _____, an Florida Limited Liability Company by Robert B. Guest, its MEMBER who is authorized to execute this conveyance, has hereunto set its signature and seal on this the ___27th___day of ___November,___ 2005

STATE OF ALA.MONTGOMERY CO.
I CERTIFY THIS INSTRUMENT WAS FILED ON
RLPY 03228 PG 0818 2005 Dec 28 12:23PM
REESE MCKINNEY JR.
JUDGE OF PROBATE

GUEST PROPERTY SALES, LLC
an Florida Limited Liability
Company

By: _____
    ITS MEMBER

STATE OF ALABAMA
COUNTY OF MONTGOMERY

I, the undersigned, a Notary Public in and for said County, in said State, hereby certify that _Robert B. Guest, Jr_, whose name as its MEMBER of _GUEST PROPERTY SALES LLC_ _____, a Florida Limited Liability Company, is signed to the foregoing instrument, and who known to me, acknowledged before me on this day, that, being informed of the contents of the said instrument, she/he executed the same voluntarily for and as the act of said corporation.

Given under my hand and official seal this the _27th_ day of ___November   2005__

Notary Public
Print Name:
Commission Expires: 6/17/09

| | |
|---|---|
| INDEX | $5.00 |
| REC FEE | $2.50 |
| CERT | $1.00 |
| CHECK TOTAL | $8.50 |
| 11160 | Clerk: NANCY 12:36PM |

# HOUSES LISTED FOR RENT

| ADDRESS | CONTACT PERSON/ NUMBER | BEDROOM / BATH | RENT / DEPOSIT | DESCRIPTION |
|---|---|---|---|---|
| **36104~DOWNTOWN, OLD CLOVERDALE AREA** | | | | |
| 16 Flood Street 36104 | Sharron Smith (334) 281-7375 | 2/1 | 475/475 | Stove, refrigerator, w/d hookup, storage, fenc yard |
| 425 South Jackson Street 36104 | Joe Reed (334) 262-2555 | 3/2 | 475 | Central h/a, stove, living room, dining room, storage |
| 522 Virginia Ave 36104 | Dr. Richard Bailey(334) 224-2346 | 5/2 | 650/650 | Central h/a, w/d hookup, refrigerator, stove |
| 1100 Goode Street 36104 | Richard Bailey (334) 224-2346 | 5/1.5 | 725/725 | Stove, refrigerator, new ,central h/a, w/ d hookup, fenced yard, new carpet, next door to E.D. Nixon school |
| 1315 Finley Curve 36104 | Joe Reed (334) 262-2555 | 3/2 | 525 | Stove, living room, dining room, central h/a, storage, |
| 1469 Finley Curve 36104 | Joe Reed (334) 262-2555 | 2/1.5 | 475 | Stove, kitchen, dining room, central h/a, backyard |
| **36105~NORMAN BRIDGE AREA** | | | | |
| 105 Stuart Street 36105 | Jamarlo K. Gumbaytay(334) 202-8676 | 4/2 | 800/450 | Central h/a, stove, refrigerator, two story, ½ fi month rent |
| 76 West South Blvd. 36105 | Luke Boswell (334) 414-5720 | 3/1 | 685/685 | Stove, newly remodeled |
| 120 Canna Drive 36105 | Corjus Investment (877) 464-3414 | 3/1 | 600/500 | Central h/a, w/d hookup, small storage, fencec backyard(partial) |
| 204 W. Patton Ave 36105 | Roxie Foston (334) 281-0434 | 3/1 | 500/500 | Stove, refrigerator, central h/a, w/d hookup, |
| 346 Larchmont 36105 | Jamarlo Gumbaytay (334) 202-8676 | 3/1 | 585/450 | Stove, refrigerator, central h/a, fenced backyar |
| 563 Virginia Avenue 36105 | Mamie Long (334) 285-4285 | 3/1 | 600/600 | Central h/a, w/d hookup, storage, fenced backyard |
| 615/617 National Avenue 36105 | Eddie Marshall (501)412-8783 | 2/1 | 575/250 | Duplex includes water & gas, stove, refrigera central h/a, w/d hookup, fenced front yard |
| 616 Cloverhill 36105 | John D. Carter (334) 538-9725 | 3/1 | 495/400 | Stove, refrigerator, w/d hookup, storage |
| 720 West April Street 36105 | Nathaniel Lane Jr., (334) 430-2414 | 2/1 | 550/550 | Stove, refrigerator, central h/a, carpet |
| 827 West Canyon Ct. 36105 | Mr. Jackson (334) 391-1875 | 3/2 | 595/500 | |
| 3413 Oak Street 36105 | Patricia Ringstaff (334) 240-2299, (334) 221-3943 | 4/1 | 700/650 | Stove, refrigerator, central h/a, w/d hookup, po above ground, fenced backyard |
| 3423 Gilmer Court Apt. 4 36105 | Teresa Jackson (334) 313-2457 | 1 Br apt on 2nd floor | 420/420 | Central h/a, hardwood and tile floors, balcony, off street parking, privacy fence, tenant pays gas, water/sanitation and electric |
| 3428 A-Norman Bridge Rd. 36105 | John D. Carter (334) 538-9725 | 2/1 | 400/300 | Stove, refrigerator, central h/a, w/d hookup |
| 3423 Gilmer Court Apt. 1 36105 | Teresa Jackson (334) 313-2457 | Studio Apt on 1st Floor | 420/420 | Central h/a, w/d hookup, large handicap accessible bathroom, hardwood/tile floors, offi street parking, privacy fence, tenant pays gas, water/sanitation and electric |
| 3480 Crescent Rd 36105 | Mr. Jackson (334) 391-1875 | 2/1 | 395/300 | |
| 3484 Crescent Rd. 36105 | Mr. Jackson (334) 391-1875 | 2/1 | 395/300 | |
| 3490 Norman Bridge Rd. 36105 | Bobby/J.M. Harrison (334) 263-2539 | 2/1 | 450/450 | Stove, central h/a |
| 3540 Whiting Avenue 36105 | Jamarlo K. Gumbaytay (334) 202-8676 | 3/1 | 600/500 | Central h/a, stove, refrigerator |
| 3582 Wilmington Rd. 36105 | Rebecca Dunn (334) 868-0037 | 3/2 | 600/450 | Stove, new carpet, window units, ceiling fans, central heat, fenced backyard, security lights |
| 3492 Norman Bridge Rd. 36105 | Bobby/J.M. Harrison (334) 263-2539 | 2/1 | 450/450 | Stove, central h/a |
| 3634 Kelly Lane 36105 | Sandra Gipson (334) 799-4530, (334) 288-7282 | 3/1 | 575/500 | Ceiling fans, central h/a, w/d hookup, fireplace, refrigerator, stove |
| 3652 Kelly Lane 36105 | Ms. Boykin (334) 284-1306 | 3/1 | 625/550 | Living room, dining room, kitchen, central h/a |
| 3725 Gaston Avenue 36105 | Dominque Robinson (229) 255-6564 | 3/1 | 650/500 | Stove, refrigerator, central h/a, w/d hookup, storage, fenced yard |
| 3749 Whiting Avenue 36105 | Jamarlo K. Gumbaytay(334) 202-8676 | 3/1 | 600/500 | Central h/a, stove, refrigerator |
| 3772 Whiting Avenue 36105 | Dr. Maudie Williams(334) 201-8074 | 5/2 | 1200/600 | Stove, refrigerator, central h/a, w/d hookup, storage, fenced backyard, house newly renovate |
| 3823 Southmont Drive 36105 | Latanya Myricks (334) 294-3857 | 3/1 | 560/350/Pet Deposit 25.00 | Stove, refrigerator, carpet |
| 4124 Goode Street 36105 | Levi Richardson (334) 538-0912 | 3/1 | 500/500 | Stove, central h/a, w/d hookup, fenced backyar |

# 36106~FOREST AVE, PROMENADE, INSIDE THE BLVD AREA

| | | | | |
|---|---|---|---|---|
| 130 South Street 36106 | Lawritzi Inc. (334) 318-1059, (334) 538-4879 | 2/1 | 375/375 | Stove, refrigerator, central h/a, fenced yar |
| 2436 E. 5th Street 36106 | Nancy Stucky (334) 221-2112, (334) 269-5600 | 3/1 | 600/600 | Stove, refrigerator, central heat, window units(3), w/d hookup, fenced yard, no pet |
| 2061 Gorgas Street 36106 | Torrance Walker (678) 772-5236 | 3/2 | 995/750 | Stove, refrigerator, central h/a, w/d hookup, storage |
| 2212 E. 5th Street 36106 | Gold Star Realty (334) 215-0755 | 2/1 | 495/495 | Freshly Painted |
| 2226 E. Third 36106 | Goldstar Realty (334)215-0755 | 3/1 | 675/675 | Hardwood floors, w/d hookup, central h/a |
| 2412 E. 4th Street 36106 | Pyramid Property Man (334) 324-1806 | 3/1 | 770/350 | Central h/a, new stove, new refrigerator |

# 36107~CAPITAL HEIGHTS AREA

| | | | | |
|---|---|---|---|---|
| 340 Buford Street Apt. B 36107 | Lauren Smith (334) 244-6846 | 1/1 | 450/350 | Stove, refrigerator, central h/a |
| 357 Park Street 36107 | Larry Alfred (334) 318-3850, (334) 270-5553 | 2/1 | 500/500 | Living Room, Dining Room, Laundry Room, Detached garage/storage, central h/a, wood floors |
| 434 Ryan Street 36107 | GoldStar Realty (334) 215-0755 | 5/2 | 1150/750 | Carpet, central h/a, w/d hookup |
| 725 Federal Drive Apt C. | Emma Lee Donaldson (334) 277-5208, (334) 263-2567 | 3/1 | 500/250 | Stove, refrigerator, central h/a, washer hookup storage, fenced backyard |
| 1713 Robinson Hill Rd. 36107 | Belinda Dunn | 4/2 | 1049/1049 | Stove, refrigerator, w/d hookup, storage, fence backyard |
| 1502 Winona 36107 | Brown Properties Inc. (334) 273-8160 | 3/1 | 500/200 | Stove, refrigerator, window units |
| 1823 Plum Street 36107 | Gold Star Realty (334) 215-0755 | 5/2 | 1150/750 | Carpet, central h/a, w/d hookup |
| 2205 Chestnut Street 36107 | Latanya Myricks (334) 294-3857 | 3/1 | 630/350/Pet Security 25 | Dead end street, stove, refrigerator, w/d hooku |
| 2225 McKinley Avenue 36107 | Cecilia Dees (334) 657-7027 | 3/2 | 750/500 | Stove, refrigerator, central h/a, w/d hookup, storage, fenced backyard |
| 2308 Highland Avenue 36107 | Levi Richardson (334) 538-0912 | 3/1 | 600/600 | Stove, refrigerator, central ha/, w/d hookup, storage, fenced backyard |
| 2323 Windsor Avenue 36107 | Isaiah Parks Jr. (678) 491-0229 | 3/2 | 795/550 | Stove, refrigerator, central h/a, w/d hookup, storage, fenced backyard |
| 2236 Highland Avenue 36107 | Gary Brown (334) 416-7470 | 4/2 | 720/720 | Central h/a, fenced backyard, home all electric |
| 2803 Mallory Street 36107 | Dr. Jamarlo Gumbaytay(334) 202-8676 | | 550/450 | Fenced backyard, rear corner, stove, refrigerat central h/a, behind Lee high school, rear corne privacy fence |
| 1800 A Highland Avenue 36107 | Marsha Raines (334) 514-4774 | 1/1 | 532/350 | Stove, refrigerator, window unit |

# 36108~SOUTHEAST AREA

| | | | | |
|---|---|---|---|---|
| 344 Bitford Way 36108 | Leonard Pettway (334) 467-7975 | 3/2 | 585/175 | Stove, refrigerator, central h/a, w/d hookup, fenced backyard |
| 626 Clinton Street 36108 | Calvin Lamar (334) 301-1518 | 2/1 | 325/325 | Stove, refrigerator, window unit, wall heaters, w/d hookup, burglar bars |
| 627 Greenleaf Drive 36108 | Rue P. Brown (334) 288-0412, (334)430-0666 | 3/2 | 675/400 | Central h/a, w/d hookup, storage, fenced backyard |
| 635 Underwood 36108 | McQueen Properties (334) 303-1393 | 3/1 | 450/300 | Stove, refrigerator, central h/a, w/d hookup, fenced backyard |
| 653 Clinton Street 36108 | Calvin Lamar | 1/1 duplex | 275/275 | Stove, refrigerator, central heat, wall units, fenced backyard |
| 2402 W. Edgemont Avenue 36108 | Tyna Davis (334) 399-9797, (334) 279-6499, (334) 834-9790 | 3/1 | 500/500 | Stove, refrigerator, central h/a, w/d hookup, fenced backyard |
| 2640 Westwood Dr. 36108 | Lillie Knox (334) 207-6847, (334)265-9571 | 4/3 | 900/900 | Stove, refrigerator, central h/a, window unit, w hookup, storage, fenced front and back yard (Available August 1st ) |
| 3906 Twin Lakes Loop 36108 | F& L Investment (334) 538-9371 | 4/2 | 709/550 | Stove, central h/a, w/d hookup |
| 4108 Lone Oak Drive 36108 | Jimmy/Mary Sawyer(334) 286-2130, (334) 322-3638 | 3/1 | 550/300 | Central h/a, w/d hookup, stove, new carpet, ne tile, inside laundry room |
| 4307 Danville Street 36108 | Hamilton Realty (334)272-8500 | 3/2 | 600/600 | Central h/a, gas & electric stove |

2

| Address | Contact | Bed/Bath | Rent/Deposit | Features |
|---|---|---|---|---|
| 4324 Richardson Rd. 36108 | Donald Moore (334)281-1960 | 3/1 | 550/500 | Burglar bars, pest control |
| 4537 Pine Park Drive 36108 | Bernard Williams (334) 285-0838, (334) 467-3063 cell | 3/2 | 540/500 | Central h/a, w/d hookup, |
| 4585 Lonesome Pine Drive 36108 | Hamilton Realty Co. (334) 272-8500 | 3/2 | 550/550 | Central H/A, all electric |
| 5116 E. Linda Circle 36108 | Larry Bradley (256) 990-0236 | 3/2 | 700/700 | Stove, refrigerator, central h/a, w/d hookup, storage, fenced backyard |
| 5136 Levenson Road 36108 | Shay Shannon (850)528-8582, (334) 239-7935 | 3/2 | 700/300 | No Pets Allowed, gas stove, central h/a, refrigerator, alarm and privacy fence, fireplace, (Available August 1st, 2007) |
| 5305 Diane Lane 36108 | Hamilton Realty Co. (334) 272-8500 | 3/2 | 550/550 | Central h/a all electric |
| 5415 Connie Circle 36108 | Wilbert & Maggrine Chambliss (334) 281-5220, (334) 324-6614 | 3/2 | 600/500 | Stove, central h/a, w/d hookup, storage, fenced backyard |

## 36109~PERRY HILL AREA

## 36110~NORTHERN AREA

| Address | Contact | Bed/Bath | Rent/Deposit | Features |
|---|---|---|---|---|
| 204 Dunn Drive 36109 | 4 M Real Estate Investment (334) 467-0284 | 3/1 | | Stove, refrigerator, central h/a, w/d hookup, storage, fenced backyard |
| 5 Johnson Avenue 36110 | H.S. Real Estate (334) 233-1338 | 2/1 | 550/500 | Stove, refrigerator, central h/a, w/d hookup, storage, front and backyard fenced |
| 8 Houser 36110 | Gold Star Realty (334)215-0755` | 3/1.5 | 595/595 | Refrigerator, stove, w/d hookup |
| 2426 Cherry Street 36109 | Jessie & Monica Burgher (334) 294-1150 | 2/1 | 500/500 | Stove, refrigerator, central h/a, w/d hookup, fenced backyard |
| 2428 Cherry Street 36109 | Jessie & Monica Burgher(334) 294-1150 | 2/1 | 550/550 | Stove, refrigerator, central h/a, w/d hookup, fenced backyard |
| 102 Bradley Drive 36109 | Dorell Owens (251) 769-7678 | 3/1 | 750/500 | Gas stove, refrigerator, central h/a, w/d hookup, fenced backyard, storage |
| 114 Chisholm Street 36110 | Dr. Jamarlo K. Gumbaytay(334) 202-8676 | 3/1 | 650/450 | Central h/a, stove, refrigerator |
| 112 Destin Street 36110 | Mrs. Carpenter (334) 215-3298 | 3/1 | 625/400 | Central h/a, living room, kitchen, dining room, carport, fenced backyard, carport |
| 113 E. Park Ave. 36110 | Gold Star Realty (334) 215-0755 | 3/1 | 595/595 | Central h/a, w/d hookup, refrigerator, stove |
| 118 Chisholm Street 3610 | Dr. Jamarlo Gumbaytay(334) 202-8676 | 4/2 | 800/450 | Central h/a, stove, refrigerator |
| 127 Rotary Street 36110 | Winona Mosley (334) 262-2504 | 3/1 | 550/500 | Stove, central heat, 4 window units, w/d hookup, storage, fenced yard |
| 128 E. Park 36110 | Gold Star Realty (334) 215-0755 | 3/1 | 650/650 | Central h/a, w/d hookup, refrigerator, stove |
| 144 Cedar Street 36110 | Gold Star Realty(334) 215-0755 | 3/1 | 650/650 | Central h/a, stove, refrigerator |
| 208 E. Park Avenue 36110 | J.K. Gumbaytay (334) 202-8676 | 3/1 | 585/450 | Stove, refrigerator, central h/a |
| 211 E. Park Avenue 36110 | Gold Star Realty (334) 215-0755 | 3/1 | 595/595 | Refrigerator, stove, w/d hookup |
| 215 E. Park Avenue 36110 | Jerome Person (334) 284-8903, (334) 207-3787 | 3/1 | 650/500 | Stove, refrigerator, central h/a, w/d hookup, storage, fenced backyard |
| 218 E. Park Avenue 36110 | Hamilton Realty Co. (334) 272-8500 | 3/1 | 450/450 | Central h/a, gas & electric |
| 222 Broadway Street 36110 | Nora (334) 233-1338 | 2/1 | 575/500 | Stove, central heat, (3) window units, storage, fenced front and backyard |
| 249 Amanda Loop 36110 | Hamilton Realty Co. (334) 272-8500 | 3/1 | 350/350 | Central h/a, gas and electric |
| 331 Gardendale Drive 36110 | Levi Richardson (334) 538-0912 | 3/1 | 600/600 | Stove, refrigerator, central h/a, w/d hookup, storage, fenced backyard |
| 336 Chisholm Street 36110 | GoldStar Realty (334) 215-0755 | 2/1 | 550/550 | Central h/a, refrigerator, stove, w/d hookup, full fence |
| 337 Milton Rd. 36110 | Sadie M.R. Bethly (619)793-9060, (619)5272263 | 3/1 | 500/250 | Central h/a, w/d hookup, refrigerator, stove, burglar bars with keys |
| 425 Chisholm Street 36110 | J.K. Gumbaytay(334) 202-8676 | 2/1 | 550/450 | Central h/a, stove, refrigerator |
| 430 E. Park Ave. 36110 | J.K.Gumbaytay(334) 202-8676 | 2/1 | 550/450 | Central h/a, stove, refrigerator |
| 440 Shannon Hill Rd. 36110 | Charmine Bradley (334) 303-6222 | 3/1 | 650/650 | Stove, refrigerator, central h/a, window unit(1), w/d hookup |
| 829 North Pass Rd. 36110 | Mr. or Mrs. Buskey (334) 315-3520 | 3/2 | 550/500 | Stove, central h/a, w/d hookup, new carpet, ceramic tile, |
| 879 North Gap Loop 36110 | Lanetta Coleman (334) 354-7565 | 3/2 | 650/650 | Central h/a, w/d hookup, fenced in backyard, storage, new carpet, refrigerator, customized inside plantation shelters, marble kitchen floor and dishwasher |

3

| Address | Contact | BR/BA | Rent | Features |
|---|---|---|---|---|
| 956 North Gap Loop 36110 | Jamarlo K. Gumbaytay (334) 202-8676 | 3/2 | 600/450 | Alarm system, central h/a, large fenced backyard |
| 964 Gap Loop Drive 36110 | Jamarlo Gumbaytay (334) 202-8676 | 3/2 | 585/400 | Stove, refrigerator, central h/a |
| 1520 Gibson Street 36110 | Gary Brown (334) 416-7470 | 3/1.5 | 595/595 | Central h/a, fenced backyard |
| 14 Arden Road 36109 | Bob Stacey (760)703-0815 | 2/1 | 425 | Duplex |
| 124 Michigan 36110 | Gold Star Realty (334) 215-0755 | 3/1 | 625/625 | Central h/a, refrigerator, stove, w/d hookup |
| 126 Kiwanis Street 36110 | Jamarlo Gumbaytay (334) 202-8676 | 3/1 | 600/550 | Central h/a, stove, refrigerator |
| 304 Vandiver Blvd. 36110 | Calvin Lamar (301-1518) | 3/1 | 550/550 | Stove, refrigerator, central h/a, w/d hookup, |
| 521 Chisholm 36110 | Gold Star Realty (334)215-075 5 | 2/1 | 550/550 | |
| 680 North Pass Rd. 36110 | Joyce C. Johnson (334) 215-6636, (334) 270-9511 | 3/2 | 475/300 | No Pets, stove, blinds, central h/a, all electric new carpet, ceiling fans, |
| 726 North Pass Rd. 36110 | Joe Elzey (334) 538-6914 | 2/1.5 | 495 | Stove, refrigerator, central h/a, w/d hookup, storage, fenced backyard |
| 840 East Canyon Ct. 36110 | James Godman (334) 430-0404 | 4/2 | 750/750 | Stove, refrigerator, central h/a, w/d hookup, storage, fenced backyard |
| 1605 Yarbrough Street 36110 | Gary Brown (334) 416-7470 | 3/1 | 585/585 | Central h/a, back yard fenced, outside storage, brick home, quiet neighborhood |
| 1714 Champion Street 36110 | John M. Shirley (334) 315-3968 | 3/2 | 700/700 | Central h/a, refrigerator, stove, storage building fenced backyard |
| 1724 Champion 36110 | Gold Star Realty (334) 215-0755 | 3/1 | 595/595 | |
| 1808 Spiegle Street 36110 | Gary Brown (334) 416-7470 | 3/1 | 585/585 | Central h/a, fenced yard, outside storage, brick home, quiet neighborhood |
| 1831 Austin Street 36110 | CMC Properties(334) 467-6811 | 3/1 | 700/700 | Refrigerator, |
| 1955 Johnson Avenue 36110 | Ben Hammond (334) 265-7027 | 3/1 | 635/550 | Stove, central ha/, w/d hookup, storage, fenced backyard |
| 2102 Yarbrough 36110 | Gold Star Realty (334) 215-0755 | 3/1 | 625/625 | Carpet, central h/a, refrigerator, stove |
| 3047 George B. Edmondson 36110 | Elizabeth Nguyen (334) 220-2113 | 3/1 | 600/550 | Central h/a, w/d hookup, ceiling fans in all rooms, fenced backyard and patio |
| 3109 Michigan Ct. 36110 | H. S. Real Estate (334) 233-1338 | 4/1 | 650/600 | Central h/a, w/d hookup, fenced backyard |
| 3012 Sunset Street 36110 | Scott Gilreath (334) 546-9517 | 3/1 | 600 | Central h/a, fenced yard, large downstairs den, |
| 3023 Milton Rd. 36110 | Tyna Davis (334) 399-9797, (334) 279-6499 | 3/1 | 550/550 | Stove, refrigerator, central h/a, w/d hookup, carport, storage, fenced backyard |
| 3054 George B. Edmondson Drive 36110 | Robert Carter (205) 428-5599 | 3/1 | 635/275 | Stove, central h/a, w/d hookup, storage, fenced yard |
| 3400 Flintstone Ct, 36110 | Jason Nguyen (334) 808-2124, (334) 220-0861 | 3/1 | 600/550 | Central h/a, new roof, ceiling fans in all rooms, w/d hookups, gas stove, new dishwasher, large backyard |
| 3553 Jason Court 36110 | Hamilton Realty (334) 272-8500 | 3/1 | 400/400 | Central h/a all electric |
| 4552 Gordon Ct. 36110 | Burt Powell (334) 567-5304 | 3/2 | 540/540 | Stove, central h/a, w/d hookup, storage, fenced backyard |

## 36111~MONTGOMERY MALL, SOUTHEAST AREA

| Address | Contact | BR/BA | Rent | Features |
|---|---|---|---|---|
| 2014 Fairway Ct. 36111 | Reed Properties (334) 546-9291 | 3/1 | 650/650 | Stove, refrigerator, central h/a, w/d hookup, storage, fenced yard |
| 3756 Stanley Drive 36111 | Alvin Palmer (334) 356-7385 | 3/1 | 625/625 | Central h/a, ceiling fans(2), w/d hookup, stove |
| 3983 Thomas Ave 36111 | James Milledge (256)683-1352 | 4/1 | 725/625 | Central h/a, w/d hookup, stove, refrigerator, fenced yard |

## 36116~TROY HIGHWAY, WOODLEY RD, EAST MONTGOMERY AREA

| Address | Contact | BR/BA | Rent | Features |
|---|---|---|---|---|
| 627 Iris Lane 36116 | Jamarlo Gumbaytay (334) 202-8676 | 3/1 | 600/450 | Central h/a, stove, refrigerator |
| 1251 Seth Johnson Drive 36116 | James Milledge (256) 683-1352 | 3/2 | 650/550 | Central h/a, w/d hookup, stove, refrigerator, fenced yard |
| 3120 Gentilly Ct. 36116 | Dr. Jamarlo K. Gumbaytay (334) 202-8676 | 3/2.5 | 675/450 | Central h/a, stove, refrigerator, fenced backyard |
| 2040 Merrily 36116 | Darryl Mann (334) 300-5758 | 3/1 | 575/300 | Stove, refrigerator, central h/a, w/d hookup, storage, fenced yard |
| 2305 Elmsmeade Drive 36116 | Luke Boswell (334) 414-5720 | 3/2 | 700/700 | Stove, newly remodeled |
| 2600 Shadowood Court 36116 | Emma Wiley (334) 288-4177 | 2/2 | 525/500 | W/d hookup |
| 2722 Gwynbrook Drive 36116 | Gilbert/Melanie Darrington (334) 279-1121 | 3/2 | 794/794 | Stove, refrigerator, central h/a, w/d hookup, storage, fenced front sides |
| 3113 Fredericksburgh Dr.36116 | Elsie Stewart(334)953-6997,(334) 613-9016 | 3/2 | 794/794 | Stove, refrigerator, dishwasher, fenced backyard |

4

| Address | Contact | Bed/Bath | Rent/Deposit | Description |
|---|---|---|---|---|
| 3134 Meadow Lane Dr. 36116 | Luke Boswell (334) 414-5720 | 4/1 | 900/900 | Stove, newly remodeled |
| 3513 Hunter Branch Rd. 36116 | Alvin & Tracy Hendricks (334) 538-0368 | 3/2 | 770/750 | Stove, refrigerator, central h/a, fireplace |
| 3945 Matterhorn Street 36116 | Yolanda Willis (334) 322-5717 | 3/2 | 725/725 | Central h/a, stove, refrigerator, w/d hookup, greatroom with fireplace, fenced backyard, tile kitchen |
| 4031 Narrow Lane, 36116 | Nolan Lang (334) 233 4696 | 3/2 | 740/500 | Stove, refrigerator, central heat, 1 window unit, w/d hookup, storage, fenced back yard. |
| 4130 Narrow Lane, 36116 | Nolan Lang (334) 221 5137 | 3/2 | 715/500 | Stove, refrigerator, w/d hookup, fence yard, storage. |
| 4306 Sunshine Drive 36116 | Beverlyn Dean (334) 242-1867, (334) 462-9842 | 3/2 | 650/250 | Fenced in backyard, hardwood floors, 2 full baths |
| 4341 Wimbledon Rd. 36116 | Jim Dahl (334) 549-4375, (334) 279-1966 | 2/2 | 575/575 | Stove, refrigerator, central h/a, w/d hookup, free paint, garden tub, burglar bars on windows, doo quiet neighborhood |
| 4719 Queensbury ct. 36116 | Tamika Brown (334) 324-1633 | 3/2 | 725/500 | Washer, dryer, alarm system, will keep yard up, stove, refrigerator, central h/a, carpet, blinds |
| 4589 Honey Bee Ct. 36116 | Lorenzo Robinson (334) 651-3073 | 3/2 | 650/650 | Stove, refrigerator, central h/a, w/d hookup, storage connected to the house, fenced backyard |
| 4638 Conti Lane 36116 | Jim Dahl (334) 279-1966, (334) 549-4375 | 3/2 | 700/500 | All electric utility , refrigerator, stove, central h/a, fenced backyard, |
| 5101 Stone Pine Drive 36116 | Elmo Quinnie (334) 356-7184 | 3/2 | 575/575 | Stove, refrigerator, central h/a, |
| 5905 Provost Avenue 36116 | Emma Wiley (334) 288-4177 | 3/2.5 | | Large greatroom w/fireplace, wet bar, stove, refrigerator, w/d hookup, dryer included, centra h/a, fenced backyard |
| 5907 Provost Avenue 36116 | Yelanda Collins (404) 993-0593 | 3/2.5 | 550/500 | Townhouse, central h/a, carpet, applicances, security system |
| 5915 Singleton Street 36116 | Joe Elzey (334) 538-6914 | 3/2.5 | 595 | Stove, refrigerator, central ha/, w/d hookup, storage, townshouse |
| 5928 Provost Avenue 36116 | McQueen's Properties (334) 303-1393 | 3/2.5 | 450/400 | Stove, refrigerator, central h/a, w/d hookup, storage, fenced backyard |
| 5927 Provost Avenue 36116 | McQueen Properties(334) 303-1393 | 3/2.5 | 550/400 | Stove, refrigerator, central h/a, w/d hookup, storage, fenced backyard |
| 5931Provost Avenue 36116 | George Tate (334) 590-6750 | 3/2.5 | 575/250 | Stove, refrigerator, central h/a, w/d hookup, storage, fenced backyard |
| 5938 Provost Avenue 36116 | Rodney Johnson (334) 590-2529 | 3/2.5 | 575/575 | Townhouse, stove, refrigerator, central h/a, w/d hookup |
| 5932 Provost Ave., 36116 | Chrystal Properties (334) 318 5593 | 2/1.5 | 410/300 | 2 story Townhouse, central h/a, refrigerator, stove, w/d hookup. |
| 5939 Provost Avenue 36116 | Kelvin Billups (334) 301-2338 | 2/1.5 | 500/450 | Stove, refrigerator, central h/a, w/d hookup, storage, gated patio |
| 5940 Provost Avenue 36116 | McQueen Properties(334)303-1393 | 3/2.5 | 550/400 | Stove, refrigerator, central h/a, w/d hookup, storage, fenced backyard |
| 5932 Cherry Hill Rd., 36116 | Winstar Rentals (334) 264 1000 | 3/1 | 575/250 | Range, Central h/a. |
| 5917 East Oakleigh Rd 36116 | Ron (334) 260-9054 | 4/2 | 650/650 | Central h/a, all electric, fenced backyard, w/d hookup, stove, storage room, refrigerator |
| 5956 Oakleigh Rd 36116 | Jim Dahl (334) 279-1966, (334) 549-4375 | 3/1 | 575/575 | Gas and electric utilities, stove, refrigerator, central h/a, fenced backyard with storage building |
| 5969 Oakleigh Rd. 36116 | Ralph Stanford (334) 303-3009 | 4/2 | 650/650 | Stove, refrigerator furnished |
| 6000 Oakleigh Rd. 36116 | Leslie Chandler (334) 207-0469 | 3/1 | 550/250 | Stove, refrigerator, central h/a, w/d hookup, storage, fenced  backyard |
| 6040 Oakleigh Rd.,36116 | Leon Carmichael(Ask for Valeria) | 3/2 | 550/550 | Stove, refrigerator, central ha/, w/d hookup, fenced backyard |
| 6040 Eric Lane 36116 | Jason Nguyen (334) 220-0861 | 3/1.5 | 575/500 | Central h/a, new roof, new carpet in all rooms, completely repainted, w/d hookup, gas stove, dishwasher |
| 6061 Oakleigh Rd.,36116 | Jesse Williams (334) 207 5254 | 3/2 | 515/600 | Stove, refrigerator, central h/a, w/d hookup, fenced yard. |
| 6064 Eric Lane 36116 | Molton A. Mayberry (334) 546-8282 | 3/2 | 675/675 | Stove, refrigerator, central h/a, w/d hookup, fenced yard, storage |
| 6108 Cherry Hill Rd 36116 | LW Rental Property (334) 265-7738, (334) 233-8008 | 3./2 | 575/550 | |
| 6109 Cherry Hill Rd. 36116 | Ron @ (334) 260-9054 | 3/2 | 650/650 | Fenced in backyard, ceramic tile in kitchen, and baths, refrigerator, range, security system, centr air conditioner |
| 6112 Provost Avenue 36116 | Jamarlo K. Gumbaytay (334) 202-8676 | 3/2 | 650/450 | Large fenced backyard, central h/a |
| 6137 Jennifer Lane 36116 | John Carter (334) 284-4877 | 3/2 | 600/600 | Central h/a, carpet in bedroom, ceiling fans, fenced in backyard, fireplace, burglar bars |
| 6257 Eric Lane 36116 | Eddie Caldwell  303-3009 | 3/2 | 525/500 | Central h/a, fenced backyard, w/d hookup |
| | | | | |

## 36117~EAST MONTGOMERY

## OUTSIDE OF THE MONTGOMERY AREA

| Address | Contact | Beds/Baths | Rent/Deposit | Features |
|---|---|---|---|---|
| 220 Vista Del Verde Hope Hull, Al 36043 | Clark Stoudemire (334) 365-6821 | 3/2 | 625/400 | Carpet, central h/a, laundry room, w/d hookup, large backyard |
| 458 Booth Street 36066 | John L & Frances Howard | 3/1 | 500/500 | Ceiling fans, w/d hookup, |
| 106 Buckner Street, Prattville, Al 36066 | Angie Astin (334) 358-8180, (334) 353-3981 | 3/1 | 705/705 | Stove, central h/a, w/d hookup, storage, fenced backyard |
| 869 Newton Street, Prattville, Al 36066 | Angie Astin (334) 358-8180, (334) 353-3981 | 3/1 | 695/695 | Stove, refrigerator, central h/a, w/d hookup, storage, fenced backyard |
| 1579 McCain Rd., Wetumpka 36092 | Martha Peak (334) 567 8138 | 1/1 | 375/300 | Central h/a, w/d hookup washer included, storage, fenced yard |
| 5221 Peachtree Street, Millbrook, Alabama 36154 | James & Wendy Hamilton (334) 294-1194 | 4/2 | 970/450 | Stove, central h/a, w/d hookup, fenced backyard |
| 6715 Governors Drive Millbrook, Ala 36025 | Crawford Kennedy (334) 567-9334 | 3/2 | 750/500 | Central h/a, stove, w/d hookup, storage |

August 3, 2007



'05



**MONTGOMERY HOUSING AUTHORITY**
1020 BELL STREET ♦ MONTGOMERY ♦ ALABAMA ♦ 36104-3006
(334) 206-7200 ♦ (334) 206-7222 Fax ♦ MHAToday.org

EHO ♦ EOE

LEMUEL E. BOGGS, JR.
INTERIM EXECUTIVE DIRECTOR

JOHN F. KNIGHT, JR.
CHAIRMAN

## Section 8 HAP Program
Fax (334) 206-7204   Office (334) 206-7159

TO:  ALL PARTICIPATING LANDLORDS

RE:  INFORMATION NEEDED

PLEASE ENTER BELOW THE REQUESTED INFORMATION IN PROVIDED SPACE.

OWNER OF PROPERTY: *Matthew W. Bahr*

NAME RENT CHECK TO BE MADE PAYABLE TO:
*Matthew W. Bahr*

ADDRESS CHECK SHOULD BE MAILED TO:
*1569 Amaryllis Trail*
*Orlando Fl 32825*

TELEPHONE NUMBER: *407-342-9918*

YOUR SOCIAL SECURITY OR TAX IDENTIFICATION NUMBER:
███████

IF OTHER THAN ABOVE, OWNER'S SECURITY NUMBER OR TAX
IDENTIFICATIONS:

TELEPHONE NUMBER(S):

AGENT INFORMATION (If Applicable):

NAME: *Juanarlo K. Cambaylay*

ADDRESS: *4013 Tiffany Drive, Montgomery AL 36110*

1099 FORM WILL BE MAILED TO:   [ X ] OWNER      [ ] AGENT

COMMISSIONERS:  RICHARD N. BOLLINGER    THOMAS TAYLOR    ANNE B. UPCHURCH    RON DRINKARD    CAROLYN EAVES    PAUL HANKINS

# REQUIRED

**The Housing Authority of the City of Montgomery, Alabama
Authorization Agreement for Direct Deposit (ACH Credits)**

Landlord SSN: |___|___|___|-|__|__|-|__|__|__|__| or Tax ID Number: |__|__|-|__|__|__|__|__|__|__|

Landlord Name: _Matthew Bahr_

Payee / Agent Name: _Jamarlo K. GumBayTay_

Please check one of the following:

☒ Check here if you are a current Section 8 Landlord enrolling for the first time

☐ Check here if you are changing any portion of this form from the original submission

☐ Check here if you are a new Section 8 Landlord

Please check one of the following:

☒ Start depositing the monthly housing assistance payment(s) to my account, as indicated below.

☐ Change the account information for my direct deposit, as indicated below.

Financial Institution Name: _Washington Mutual Bank, FA_

Financial Institution Address: _881 N. Alafaya Trail Orlando FL 32828_

Financial Institution Phone #: _1-800-788-7000_

Routing Transit Number of Account: (Must be 9 digits) _267084131_

Account Number: _4927727638_ |__|__|__|__|__|__|__|__|__|__|__|__|

Type of Account: (check the appropriate box)

☒ Checking Account    ☐ Saving Account

I hereby authorize the Housing Authority of the City of Montgomery, Alabama, and the financial institution identified above to electronically deposit my housing assistance payment(s) into my designated account and to correct my account for any amounts deposited to it which I am not entitled.

This authorization shall remain in effect until I submit a new authorization for, or until revoked by me in writing, or upon termination of my contract with said COMPANY. I understand that a reasonable time period is needed to implement this authorization.

Landlord Signature: X _Mattha W Bah_          Date: _6-5-06_