IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
CIVIL DIVISION

| | |
|---|---|
| YOLANDA M. BOSWELL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JAMARLO K. GUMBAYTAY, ) | CIVIL ACTION NO.: 2:07-cv-135 |
| d/b/a THE SLITE REAL ESTATE ) | |
| CONSULTING GROUP: ) | |
| MATTHEW W. BAHR ) | |
| ) | |
| Defendants. ) | |
| ) | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Matthew Bahr, a Defendant in the above – captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

　　　X　　This party is an individual, or

　　　　　　This party is a governmental entity, or

　　　　　　There are no entities to be reported, or

　　　　　　The following entities and their relationship to the party are hereby reported:

Reportable Entity　　　　　　　　　　　　　　Relationship to Party

　　　　　　　　　　　　　　　　S/ Benjamin E. Schoettker
　　　　　　　　　　　　　　　　Counsel

　　　　　　　　　　　　　　　　Matthew W. Bahr
　　　　　　　　　　　　　　　　Counsel for

　　　　　　　　　　　　　　　　1559 Amaryllis Circle Orlando, Florida 32825
　　　　　　　　　　　　　　　　Address

　　　　　　　　　　　　　　　　407-342-4918
　　　　　　　　　　　　　　　　Telephone Number

**CERTIFICATE OF SERVICE**

I, <u>Benjamin E. Schoettker,</u> do hereby Certify that a true and correct copy of the foregoing has been furnished by <u>Electronic mail</u> on this the <u>9</u>[th] day of <u>August 2007</u>, to:

Emily J. Martin
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004

Kenneth L. Lay
Legal Services Alabama, Inc.
P.O. Box 11765
Birmingham, AL 35202

Allison E. Neal
American Civil Liberties Union of Alabama
207 Montgomery Street, Suite 910
Montgomery, AL 36106

Jamario K. GumBayTay
4012 Tiffany Drive
Montgomery, AL 36110-3003