IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

YOLANDA BOSWELL,            )
                            )
       Plaintiff            )
                            )
v.                          )       2:07-cv-135-WKW
                            )
JAMARLO K. GUMBAYTAY, PH.D., ED.S )
DBA/ELITE REAL ESTATE CONSULTING GROUP )
REAL ESTATE MANAGEMENT, and )
MATHEW W BAHR               )
                            )
       Defendants           )

RECEIVED

2007 AUG -9 P 1:47

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## ANSWER

I, Jamarlo K. GumBayTay, do answer Plaintiff's Motion to Strike Defendant's answer, and again say that under #B287/ Act No. 2006 316. Division II Landlord remedies 35-9A-421, Noncompliance with Rental Agreement, Failure to pay rent, to obtain injunctive relief for noncompliance by the tenant with the Rental Agreement of Section 35-9A-301.

The tenant, Yolanda Boswell, has still not paid what is required in Paragraph 5. Rent Payment: which states "Tenant agrees to pay rent unto the Landlord during the term of this lease in equal monthly installments. Said installment for each month being due and payable on or before the 1st day of the month, the first full rent payment under this lease on the 1st day of February 07.

Tenant agrees that if rent is not paid in full on or before the 5th day of the month, Tenant will pay a late charge of $50.00 as allowed by applicable Alabama law. This has not happened as reflected by the records at the Legal Services Alabama. Therefore, we are asking for the Court to find the Plaintiff in breach of stated agreement (Case #2:07CV135-WKW) and grant request to terminate said lease and allow Defendant to file for eviction.

Defendant hereby requests that Court drop this pending suit on the grounds that the

1

Plaintiff of said suit deceived the Court into believing that the Defendant in that Case sexually harassed her because she claimed Defendant would not allow her to pay $450.00 monthly for rent instead of amount ($550.00) listed in the terms of her Lease Agreement. It has been indicated here by the Plaintiff's actions in this case that the Plaintiff is unable to pay $450.00 a month per the terms of her lease and the Court's requirements. She has been late every month, paid no late fees, and currently, has not made any payments on the June rent, with July fastly approaching. Plaintiff has still made to payments for June, no late payment for June, and has made no rental payment or late fee for July, 2007. Therefore, since Plaintiff has not of yet kept her part of court agreement, her Motion to Strike Defendant's Answer should not be allowed and her eviction proceeding should be allowed to go forth.

Therefore, we again ask the Court to give the Defendant permission to file an eviction notice against Ms. Yolanda Boswell at 904 North Gap Loop, Montgomery, Alabama 36110.

08/07/07
DATE

*Jamarlo K. GumBayTay* (signature)

Jamarlo K. GumBayTay
Elite Real Estate Consulting Group
Real Estate Management
4013 Tiffany Drive
Montgomery, AL 36110
Tel: 241-5986    Cell: 202-8676

2

*All parties listed below have been served by U.S. mail 08/09/07 /s/ Fernando K Gomby[?]*

*Faith E. Cooper*
*Central Alabama Fair Housing Center*
*1817 West Second Street*
*Montgomery, AL 36106*
*(334) 263-4663*

Connie J.M.C. Baker
4220 Carmichael Court North
Montgomery, AL 36106
US
334-260-0500
Fax: 334-260-5580
Email: cbaker@graingerlegal.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Emily J. Martin
American Civil Liberties Union Foundation Women's Rights Pro
125 Broad Street, 18th Floor
New York, NY 10004
US
212-549-2615
Fax: 212-549-2580
Email: EMartin@aclu.org
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Kenneth James Lay
Legal Services Alabama
P. O. Box 11765
Birmingham, AL 35202
205-397-6540
Fax: 205-328-3540
Email: klay@alsp.org
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Lenora M. Lapidus
American Civil Liberties Union Foundation Women's Rights Pro
125 Broad Street, 18th Floor
New York, NY 10004
US
212-549-2668
Fax: 212-549-2580
Email: LLapidus@aclu.org
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Allison Neal
207 Montgomery Street, Suite 825
Montgomery, AL 36104

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 AUG -9 P 1:46

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

YOLANDA BOSWELL,

    Plaintiff

v.     2:07-cv-135-WKW

JAMARLO K. GUMBAYTAY, PH.D., ED.S
DBA/ELITE REAL ESTATE CONSULTING GROUP
REAL ESTATE MANAGEMENT, and
MATHEW W BAHR,

    Defendants

## STATEMENT

I come before this court today in hopes of clearing my name and bringing forward the truth in the process. Thus, what I have and will provide today are the facts which counter every claim made by the Boswell family.

When I think of these fabricated and forged lies, I cannot help but think about cases before this one; Towanna Bowley, and most recently, the Duke College students case. The court of public opinion had the public in an uproar; they had all but convicted these men.

Therefore, I only ask that the court examine all the facts, documents, and contracts that will be presented today. In addition, with clear facts, stop these actions, and then allow my name to be cleared.

08/07/07
DATE

Jamarlo K. GumBayTay
Elite Real Estate Consulting Group
Real Estate Management
4013 Tiffany Drive
Montgomery, AL 36110
Tel: 241-5986    Cell: 202-867

1

## *Letter Perfect Business Services*

1847 Robison Hill Road ♦ Montgomery, Alabama 36106

July 17, 2007

To Whom It May Concern:

I work at home doing secretarial work for small businesses and others who need computer and typing services. In this capacity, I manage the paper work for Mr. Jamarlo GumBayTay's rental management company.

Ms. Yolanda Boswell and Ms. Jenette Boswell filled out individual applications for a house at 1215 Lake Street, a copy of which Mr. GumBayTay faxed to me and I made out the lease accordingly. The rent for this house was $550 monthly with a $250 security deposit. Since the house needed repairs before anyone could move in, Jamarlo K. GumBayTay, the Investor's representative and Ms. Yolanda Boswell agreed that the Boswells would do the repairs in lieu of a reduction in the rent of $100 monthly for six (6) months, making the monthly rent $450 for 6 months. The work was never done because they could not get one of their relatives who was a contractor to come over and help them, and they never moved in.

The house at 964 North Gap Loop became available and I was asked to change the Lease from 1215 Lake Street to 964 North Gap Loop for Ms. Yolanda Boswell. I changed the information in the lease to reflect the address as 964 North Gap Loop, but neglected to change the amount of the monthly rent from $450 to $550 which was the rent for this house. She signed the lease and I signed Mr. GumBayTay's name as representative of owner (I have his authority to do this.) and I sent a copy to Mr. GumBayTay. He called me and brought my attention to the fact that I had not changed the amount of the rent to $550.00. I made the correction and Mr. GumBayTay called Ms. Boswell and asked her to come back and sign the corrected lease. She never came back. Nevertheless, she understood that the rent was $550 instead of $450 because she paid $550 on her rent.

The only unit Elite Real Estate Consulting offered Ms. Boswell at the rate of $450 was 1215 Lake Street.

Sincerely,

*Lynn H. Norsworthy*
Lynn H. Norsworthy
Owner

Telephone: (334) 265-4466        Fax: (334) 264-8452        E-Mail: letterperfect@charter.net