IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 AUG -9 P 1:46

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

JAMARLO K. GUMBAYTAY, PH.D., ED.S )
DBA/ELITE REAL ESTATE CONSULTING GROUP )
REAL ESTATE MANAGEMENT )
)
       Plaintiff )
)
v. )   2:07CV135-WKW
)
Yolanda Boswell, )
Jenette Boswell )
)
       Defendants )

## MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff, Jamarlo K. GumBayTay dba Elite Real Estate Consulting Group, Real Estate Management, moves this Honorable Court for an order allowing him to proceed in this case without prepayment of fees, costs, or security therefore, and for grounds therefore submits the attached sworn affidavit in support of the motion.

*[signature]* 08/09/07
Jamarlo K. GumBayTay
Elite Real Estate Consulting Group
Real Estate Management
4013 Tiffany Drive
Montgomery, AL 36110
Tel: 241-5986   Cell: 202-8676

1