UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| BOSWELL | ) |
|     Plaintiff, | ) |
| v. | ) Case No. 2:07-cv-00135-WKW-TFM |
| GUMBAYTAY, et al. | ) |
|     Defendant | ) |

RECEIVED 2007 AUG 14 A 9:30

## SUGGESTION OF BANKRUPTCY
## (NOTICE OF BANKRUPTCY)

COME(S) NOW THE DEBTOR(S), known as, **GUMBAYTAY, et al**, and hereby offers this Suggestion Of Bankruptcy. In support thereof the Debtor states as follows:

1. A Chapter 13 Bankruptcy was filed on the behalf of **JAMARLO K. GUMBAYTAY**, in the United States Bankruptcy Court, Middle District of Alabama, Case Number 03-32624 on August 27, 2003.
2. The undersigned attorney is the Debtor's attorney only for the Bankruptcy action and no other action. This Suggestion of Bankruptcy is not intended to be construed as a notice of appearance in this court.

WHEREFORE THE ABOVE PREMISES CONSIDERED, the aforementioned Debtor(s) respectfully pray(s) the instant case be dismissed, placed on administrative docket, or otherwise disposed of through some similar means.

Respectfully submitted,

_____
Gary A.C. Backus
(BAC008)

OF COUNSEL:
BACKUS & ASSOC., LLC
Post Office Box 1804
Montgomery, Alabama 36102
(334) 265-0800
(334) 265-4567 FAX

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing instrument on the following, by placing same in the United States Mail, postage prepaid, and properly addressed on this the 9th day of August 2007.

Connie J.M.C. Baker, Esq.
4220 Carmichael Court North
Montgomery, AL 36106

Allison Neal, Esq.
207 Montgomery Street, Suite 825
Montgomery, AL 36104

Faith Rochelle Cooper, Esq.
1817 West Second Street
Montgomery, AL 36106

Kenneth Lay, Esq.
Legal Services Alabama
P.O. Box 11765
Birmingham, AL 35202

Emily J. Martin, Esq.
Lenora M. Lapidus, Esq.
ACLU
125 Broad Street, 18th Floor
New York, NY 10004

Charles William Barfoot, Esq.
Benjamin Edward Schoettker, Esq.
608 South Hull Street
Montgomery, AL 36104


_____
OF COUNSEL