IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| YOLANDA M. BOSWELL, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CIVIL CASE NO. CV-07-135-WKW |
| | ) |
| JAMARLO K. GUMBAYTAY, | ) |
| DBA/THE ELITE REAL ESTATE | ) |
| CONSULTING GROUP | ) |
| and, | ) |
| | ) |
| MATTHEW W. BAHR, | ) |
| | ) |
| DEFENDANTS. | |

## MOTION TO REMOVE ATTORNEY FROM CASE

COMES NOW, undersigned counsel, and files this to motion to remove attorney Connie Baker from this case, and in support of said Motion states the following:

1. That the Plaintiff is a client of Legal Services Alabama, Inc. The Plaintiff's complaint was filed by Kenneth J. Lay and Connie Baker on behalf of the Plaintiff. At the time this action was filed, Attorney Connie Baker was an employee of Legal services Alabama, Inc.

2. That Connie M. Baker is no longer employed by Legal Services, Alabama.

3. That Legal Services Alabama had asked attorney Connie Baker to withdraw from said case. She agreed to do so, but she has failed to withdraw.

4. That attorney Connie Baker is no longer representing the Plaintiff.

5. That Legal Services Alabama continues to represent the Plaintiff through

1

Attorney Kenneth J. Lay.

6. That the Plaintiff has adequate counsel to continue to litigate her case.

7. That no party will be prejudiced by the Court ordering the removal of attorney Connie Baker as attorney of record for the Plaintiff.

WHEREFORE PREMISES CONSIDERED, the undersigned counsel prays that the Court will grant this Motion and remove attorney Connie Baker as counsel of record for the Plaintiff.

RESPECTFULLY SUBMITTED:

KENNETH J. LAY
LEGAL SERVICES ALABAMA, INC.
P.O. BOX 11765
BIRMINGHAM, ALABAMA 35202
(205) 397-6540 EXT. 102
ATTORNEY FOR THE PLAINTIFF

2

## CERTIFICATE OF SERVICE

I hereby certify that on this the 29day of August, 2007, I have served the above foregoing Motion upon the following parties by placing copies of same in the U.S. Mail, postage prepaid, properly addressed as follows:

Jamario K. GumBayTay

4013 Tiffany Drive

Montgomery, AL 36110-3003

Matthew W. Bahr

1569 Amaryllis Circle

Orlando Florida 32825

Allison Neal

Alabama ACLU

207 Montgomery Street Suite 910

Montgomery AL 36104

Emily Martin

ACLU Foundation

125 Broad Street 18th Floor

New York, New York 10004

CONNIE J. M. C. BAKER.
GRAINGER LEGAL SERVICES, L.L.C.
4220 CARMICHAEL COURT NORTH
MONTGOMERY, ALABAMA 36106

Faith Cooper
Central Alabama Fair Housing Center
1817 W. Second Street
Montgomery, AL 36106

_____
KENNETH J. LAY

3