# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| YOLANDA M. BOSWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-135-WKW |
| | ) |
| JAMARLO K. GUMBAYTAY, | ) |
| D/B/A/ THE ELITE REAL ESTATE | ) |
| CONSULTING GROUP, and | ) |
| MATTHEW W. BAHR, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon consideration of the Motion to Remove Attorney from Case (Doc. #42) filed on August 29, 2007, requesting that attorney Connie Baker be removed from this case as she is no longer employed by Legal Services, Alabama, it is ORDERED that the motion is GRANTED.

DONE this 6th day of September, 2007.

                                            /s/   W.  Keith Watkins
                                            UNITED STATES DISTRICT JUDGE