IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| YOLANDA M. BOSWELL, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CIVIL CASE NO. CV-07-135-WKW |
| | ) |
| JAMARLO K. GUMBAYTAY, | ) |
| DBA/THE ELITE REAL ESTATE | ) |
| CONSULTING GROUP | ) |
| and, | ) |
| | ) |
| MATTHEW W. BAHR, | ) |
| | ) |
| DEFENDANTS. | |

## MOTION TO SET HEARING

COMES NOW, the Plaintiff, by and through her attorneys of record, and files this motion asking the Court to set a hearing on its previously filed motion for sanctions, and in support of said Motion states the following:

1. That the Plaintiff previously filed with Court a Motion for Sanction (Doc. # 22.) against the Defendant GumBayTay.

2. That the Court in its order entered on October 12, 2007 (Doc. # 44) ordered the Plaintiff to submit a notice to the Court in writing before October 29, 2007 informing the Court of her intentions regarding the pursuit of said motion.

3. That pursuant to the Court order, the Plaintiff hereby notifies the Court that she wishes to pursue the Motion for sanction she previously filed and requests that the Court set the matter for a hearing on the merits.

1

WHEREFORE PREMISES CONSIDERED, the Plaintiff prays that this Court will grant this Motion and set a hearing on the merits of her Motion for sanctions presently pending before the Court.

RESPECTFULLY SUBMITTED:

*[signature]*

KENNETH J. LAY
LEGAL SERVICES ALABAMA, INC.
P.O. BOX 11765
BIRMINGHAM, ALABAMA 35202
(205) 397-6540 EXT. 102
ATTORNEY FOR THE PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this the 25th day of October, 2007, I have served the above foregoing Motion upon the following parties by placing copies of same in the U.S. Mail, postage prepaid, properly addressed as follows:

Jamario K. GumBayTay

4013 Tiffany Drive

Montgomery, AL  36110-3003

Matthew W. Bahr

1569 Amaryllis Circle

Orlando Florida  32825

Allison Neal

Alabama ACLU

207 Montgomery Street Suite 910

Montgomery AL  36104

Emily Martin

ACLU Foundation

125 Broad Street  18th Floor

New York, New York  10004

Faith Cooper
Central Alabama Fair Housing Center
1817 W. Second Street
Montgomery, AL 36106

*[signature]*

KENNETH J. LAY

2