## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| YOLANDA M. BOSWELL,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>JAMARLO K. GUMBAYTAY,<br><br>D/B/A THE ELITE REAL ESTATE CONSULTING GROUP<br><br>AND<br><br>MATTHEW W. BAHR<br><br>　　　　　Defendants. | Civil Case No. 2:07-cv-135-WKW<br><br>**RENEWED MOTION TO STRIKE DEFENDANT GUMBAYTAY'S ANSWER AND FOR ENTRY OF DEFAULT JUDGMENT** |

　　　　Plaintiff Yolanda Boswell, by and through her attorneys of record, and pursuant to Federal Rule of Civil Procedure 55(b)(2), hereby renews her request that the Court strike Defendant Jamarlo K. GumBayTay's answer as nonresponsive and incompatible with the Court's October 12th, 2007 Order, and that it enter a default judgment against Defendant GumBayTay.

　　　　In its Order, this Court specifically instructed Defendant GumBayTay file an amended Answer that "among other things, specifically responds to the allegations made in the plaintiff's amended complaint (Doc. # 18) by referring to each separate numbered paragraph with a statement of admission, denial, or insufficient belief as to each." Defendant GumBayTay's Answer utterly fails to comply with this directive, merely repeats the blanket denial contained in his prior Answer, and improperly attempts to elicit the Court's sympathy by comparing Defendant GumBayTay to allegedly wronged figures at the national level and by referring to his *pro se* status.

For these reasons, the Plaintiff respectfully requests that the Court

a. Declare default judgment against Defendant GumBayTay on the grounds that he failed to timely answer the original Complaint and the First Amended Complaint or otherwise move or appear before the time for answering such Complaint expired; filed a late, unresponsive Answer; and then completely failed to comply with the Court's specific instructions to him in its October 12th Order;

b. Enter Judgment against Defendant GumBayTay in the amount of $125,000 in damages;

c. Award attorneys' fees and costs in the amount of $10,801.50; and

d. Grant such other and further relief as this Court deems just and proper under the circumstances.

Plaintiffs rely on the Memorandum of Law in Support Entry of Default Judgment and Damages and the accompanying exhibits and proposed Order that were submitted on July 9, 2007, as part of the original Motion to Strike Defendant GumBayTay's Answer.

Date: November 9, 2007

Respectfully Submitted,

s/s Kenneth J. Lay
_____
Kenneth J. Lay
Legal Services Alabama, Inc.
PO Box 11765
Birmingham, AL  35202
Tel: 205-397-6540, ext. 102

Faith R. Cooper
Central Alabama Fair Housing Center
1817 West Second Street
Montgomery, AL  36106
(334) 263-4663

Allison E. Neal (NEA008)
American Civil Liberties Union of Alabama
207 Montgomery Street, Suite 910
Montgomery, AL  36106
Tel: 334-265-2754
Fax: 334-269-5666

Emily Martin (EM-2924)
Lenora M. Lapidus (LL-6592)
Women's Rights Project
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel: 212-519-7816
Fax: 212-549-2580
**Attorneys for Plaintiff**
**Yolanda M. Boswell**

## CERTIFICATE OF SERVICE

I hereby certify that on November 9. 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Benjamin E. Schoettker (SCH091)
Charles W. Barfoot (BAR123)
Barfoot & Schoettker, L.L.C.
608 South Hull Street
Montgomery, AL  36104

I hereby certify that on November 9, 2007, I served the above response/reply upon the following party by placing a copy of the same in the U.S. Mail, postage prepaid, and properly addressed as follows:

Jamarlo K. GumBayTay
4013 Tiffany Drive
Montgomery, AL  36110-3003

Signed electronically
s/ Kenneth Lay
Kenneth Lay
Attorney for Plaintiff
Yolanda M. Boswell

3