IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern Division

RECEIVED
2008 JAN -4  A 10: 38

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

---

YOLANDA M. BOSWELL

        Plaintiff,

v.

JAMARLO K. GUMBAYTAY,
DBA/THE ELITE REAL ESTATE
CONSULTING GROUP

and,

MATTHEW W. BAHR,

        Defendants.

---

Civil Action No.
2:07-cv-135-WKW-TFM

## MOTION FOR ADMISSION OF ATTORNEY SANDRA S. PARK
## AS VISITING ATTORNEY, *PRO HAC VICE*

Pursuant to Rule 83.1(b) of the local rules of the United States District Court for the Middle District of Alabama, I, Sandra S. Park, move to be admitted *pro hac vice* to the bar of this court for the purpose of representing Plaintiff in this matter. In support of this motion, I submit a Declaration in Support of Motion for Admission *Pro Hac Vice* and a certificate of good standing from the bar of the Southern District of New York.

Dated: January 3, 2008					Respectfully submitted,

_____
Sandra S. Park, Esq. (SP-6817)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION WOMEN'S RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-7871 (telephone)
(212) 549-2580 (facsimile)
SPark@aclu.org

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on this date I served the foregoing Motion for Admission *Pro Hac Vice* on defendants by depositing a copy thereof in the United States mail first-class postage prepaid, addressed as follows:

Jamarlo K. Gumbaytay
4013 Tiffany Drive
Montgomery, AL 36110

Charles Williamson Barfoot
526 Herron Street
Montgomery, AL 36104

Benjamin Edward Schoettker
Barfoot & Schoettker LLC
608 South Hull Street
Montgomery, AL 36104

DATED this 3rd day of January, 2008.

                                          Sandra S. Park, Esq. (SP-6817)
                                          *Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern Division

YOLANDA M. BOSWELL

Plaintiff,

v.

JAMARLO K. GUMBAYTAY,
DBA/THE ELITE REAL ESTATE
CONSULTING GROUP

and,

MATTHEW W. BAHR,

Defendants.

Civil Action No.
2:07-cv-135-WKW-TFM

RECEIVED
2008 JAN -4 A 10: 38
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**DECLARATION OF ATTORNEY SANDRA S. PARK IN SUPPORT OF
MOTION FOR <u>ADMISSION AS VISITING ATTORNEY, *PRO HAC VICE*</u>**

I, Sandra S. Park, certify under penalty of perjury that to the best of my knowledge and recollection, the following is true and correct:

1. I am a Staff Attorney at the American Civil Liberties Union Foundation Women's Rights Project.

2. I was admitted to practice in the State of New Jersey in 2002 and in the State of New York in 2003. In addition to these bars, I am a member in good standing of the bar of the United States District Court for the Southern District of New York, the Eastern District of New York, the Eastern District of Michigan and the Court of Appeals for the Second Circuit. Attached is a certificate demonstrating my status as a member of good standing of the bar of the Southern District of New York.

3. I affirm that I am not now nor have I ever been subject to any disciplinary action by any state or federal bar association or administrative agency.

4. I affirm that criminal charges have never been instituted against me.

5. I do solemnly affirm that I will support the Constitution of the United States and that I will conduct myself uprightly and according to law and the recognized standards of ethics of the legal profession.

6. I do further solemnly affirm that I have read the Federal Rules of Civil Procedure, 28 U.S.C.; the Federal Rules of Criminal Procedure, 18 U.S.C.; the Federal Rules of Evidence, 28 U.S.C.; and the Local Rules of the United States District Court for the Middle District of Alabama, and that I am fully prepared to use and abide by them in my practice before this Court.

Executed this 3rd day of January, 2008.

Sandra S. Park, Esq.

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, __J. Michael McMahon__, Clerk of this Court, certify that

__SANDRA  SHIN-YOUNG  PARK__, Bar # __SP6817__

was duly admitted to practice in this Court on

__AUGUST 19th, 2003__, and is in good standing

as a member of the Bar of this Court.

Dated at __500 Pearl Street  New York, New York__   on __DECEMBER 21st, 2007__

__J. MICHAEL McMAHON__
Clerk

by: _____
Deputy Clerk

```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602002868
Cashier ID: cstrecke
Transaction Date: 01/04/2008
Payer Name: AMERICAN CIVIL LIBERTIES
--------------------------------
PRO HAC VICE
 For: SANDRA SHIN YOUNG PARK
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:         $50.00
--------------------------------
CHECK
 Remitter: AMERICAN CIVIL LIBERTIES
 Check/Money Order Num: 8771
 Amt Tendered:  $30.00
CHECK
 Remitter: AMERICAN CIVIL LIBERTIES
 Check/Money Order Num: 8680
 Amt Tendered:  $20.00
--------------------------------
Total Due:      $50.00
Total Tendered: $50.00
Change Amt:     $0.00
```

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern Division

---

YOLANDA M. BOSWELL

      Plaintiff,

v.

JAMARLO K. GUMBAYTAY,
DBA/THE ELITE REAL ESTATE
CONSULTING GROUP

and,

MATTHEW W. BAHR,

      Defendants.

Civil Action No.
2:07-cv-135-WKW-TFM

---

## ORDER

This matter having come before the Court on the motion of Sandra S. Park, Esq., attorney for Plaintiff Yolanda M. Boswell, for *pro hac vice* admission pursuant to Local Civ. R. 83.1(b); and the Court having considered the declaration in support of the application, which reflect that counsel satisfies the requirements set out in Local Civ. R. 83.1(b); and for good cause shown,

IT IS ON THIS ___ day of _____, 2008

ORDERED that the application for *pro hac vice* admission of counsel is granted.

---

                                                 **UNITED STATES DISTRICT JUDGE**