IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| YOLANDA M. BOSWELL, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   Case No. 2:07-cv-0135-WKW |
| | ) |
| JAMARLO K. GUMBAYTAY, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

## **ORDER**

Upon consideration of the motion for admission *pro hac vice* (Doc. # 49) by plaintiff's counsel, Sandra S. Park, it is ORDERED that the motion is GRANTED.

DONE this 8th day of January, 2008.

                                        /s/ W. Keith Watkins
                                  UNITED STATES DISTRICT JUDGE