**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| YOLANDA M. BOSWELL, | ) |
| | ) |
|     PLAINTIFF, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 2:07-cv-135 |
| | ) |
| JAMARLO K. GUMBAYTAY, | ) |
|   DBA/THE ELITE REAL ESTATE | ) |
|       CONSULTING GROUP | ) |
| and, | ) |
| | ) |
| MATTHEW W. BAHR, | ) |
| | ) |
|     DEFENDANTS. | |

## FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

COMES NOW, Plaintiff, YOLANDA M. BOSWELL, by and through undersigned Counsel, pursuant to Fed. R. Civ. P. 34, and requests that Defendant Matthew W. Bahr respond within 30 days to the following requests:

1. That Defendant Bahr produce and permit counsel for the plaintiff to inspect and copy each of the following documents:

    a. All documents concerning any rental unit owned by Defendant Bahr and managed by Defendant GumBayTay and/or the Elite Real Estate Consulting Group, including but not limited to, all communications between Defendants, all executed leases, and all documents establishing, setting out, or otherwise detailing the business relationship between the Defendants, such as an employment contract or any other contract.

b. All documents concerning or reflecting communications between Defendant Bahr and his past or current tenants, including but not limited to any communications setting out complaints about Defendant GumBayTay.

c. All documents concerning or reflecting communications between Defendant Bahr and the Montgomery Housing Authority relating to properties owned or managed by Defendant Bahr, including but not limited to communications addressing complaints about GumBayTay.

d. All documents concerning the tenancy of Yolanda Boswell in 964 North Gap Loop.

e. All documents reflecting any communication between Defendant Bahr and Yolanda Boswell.

RESPECTFULLY SUBMITTED:

Signed electronically
/s ALLISON E. NEAL_____
Allison E. Neal (NEA008)
American Civil Liberties Union of Alabama Foundation
207 Montgomery Street, Suite 910
Montgomery, AL  36104
Phone: (334) 265-2754, ext. 203
Fax: (334) 269-5666

Faith R. Cooper
Central Alabama Fair Housing Center
1817 West Second Street
Montgomery, AL  36106
(334) 263-4663

2

        Lenora M. Lapidus (LL-6592)
        Emily Martin (EM-2924)
        Women's Rights Project
        American Civil Liberties Union Foundation
        125 Broad Street, 18th Floor

        New York, NY 10004
        Tel: 212-519-7816
        Fax: 212-549-2580

        Kenneth J. Lay
        Legal Services Alabama, Inc.
        PO Box 11765
        Birmingham, AL  35202
        Tel: 205-397-6540, ext. 102

        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of April, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Benjamin E. Schoettker (SCH091)
Charles W. Barfoot (BAR123)
Barfoot & Schoettker, L.L.C.
608 South Hull Street
Montgomery, AL  36104

I hereby certify that on this 9th day of April, 2008, I have served the above foregoing

upon Defendant GumBayTay by placing copies of the same in the U.S. mail, postage

prepaid, properly addressed as follows:

Jamarlo K. GumBayTay
4013 Tiffany Drive
Montgomery, AL  36110-3003

Signed electronically
/s ALLISON E. NEAL_____
Allison E. Neal
Attorney for the Plaintiff