IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| YOLANDA M. BOSWELL, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 2:07-cv-135 |
| | ) |
| JAMARLO K. GUMBAYTAY, | ) |
| DBA/THE ELITE REAL ESTATE | ) |
| CONSULTING GROUP | ) |
| and, | ) |
| | ) |
| MATTHEW W. BAHR, | ) |
| | ) |
| DEFENDANTS. | |

## REQUEST FOR DISCOVERY

COMES NOW, Plaintiff, YOLANDA M. BOSWELL, by and through undersigned Counsel, pursuant to Fed. R. Civ. P. 34, and requests that Defendant Jamarlo K. GumBayTay respond within 30 days to the following requests:

1. That Defendant GumBayTay produce and permit counsel for the plaintiff to inspect and copy each of the following documents:

    a. All documents concerning any rental unit owned by Defendant Bahr and managed by Defendant GumBayTay and/or the Elite Real Estate Consulting Group, including but not limited to, documents setting out, establishing, or detailing the business relationship between the Defendants, such as any employment contract or other contract.

    b. All documents setting out, establishing, or otherwise detailing the business relationship between Defendant GumBayTay, the Elite Real

Estate Consulting Group, and Eric Crews.

c. All documents setting out, establishing, or otherwise detailing any business relationship between Defendant GumBayTay and/or the Elite Real Estate Consulting Group and the Montgomery Housing Authority, including any documents prepared by or for the Montgomery Housing Authority concerning rental units owned or managed by Defendant GumBayTay and/or the Elite Real Estate Consulting Group.

d. All documents concerning a housing unit owned or managed by Defendant GumBayTay and/or the Elite Real Estate Consulting Group sent to current, past, or prospective tenants of said unit.

e. All documents concerning any previous formal or informal complaint or allegation of sexual harassment, sexual abuse, or discrimination made against Defendant GumBayTay and/or Elite Real Estate Consulting Group, including but not limited to documents relating to any previous termination of employment on these bases.

f. All documents concerning any previous formal or informal complaint or allegation of improper practice made against Defendant GumBayTay in his capacity as a manager of rental properties and/or against Elite Real Estate Consulting Group.

g. All documents concerning the tenancy of Yolanda Boswell in 964 North Gap Loop.

h. All documents reflecting any communication between Defendants

GumBayTay and Yolanda Boswell.

RESPECTFULLY SUBMITTED:

Signed electronically
/s ALLISON E. NEAL_____
Allison E. Neal (NEA008)
American Civil Liberties Union of Alabama Foundation
207 Montgomery Street, Suite 910
Montgomery, AL  36104
Phone: (334) 265-2754, ext. 203
Fax: (334) 269-5666

Faith R. Cooper
Central Alabama Fair Housing Center
1817 West Second Street
Montgomery, AL  36106
(334) 263-4663

Lenora M. Lapidus (LL-6592)
Emily Martin (EM-2924)
Women's Rights Project
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor

New York, NY 10004
Tel: 212-519-7816
Fax: 212-549-2580

Kenneth J. Lay
Legal Services Alabama, Inc.
PO Box 11765
Birmingham, AL  35202
Tel: 205-397-6540, ext. 102

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of April, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Benjamin E. Schoettker (SCH091)
Charles W. Barfoot (BAR123)
Barfoot & Schoettker, L.L.C.
608 South Hull Street
Montgomery, AL  36104

I hereby certify that on this 9th day of April, 2008, I have served the above foregoing

upon Defendant GumBayTay by placing copies of the same in the U.S. mail, postage

prepaid, properly addressed as follows:


Jamarlo K. GumBayTay
4013 Tiffany Drive
Montgomery, AL  36110-3003


                                              Signed electronically
                                              /s ALLISON E. NEAL_____
                                              Allison E. Neal
                                              Attorney for the Plaintiff