# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| YOLANDA M. BOSWELL | ) |
| PLAINTIFF | ) |
| | ) |
| V. | ) CIVIL CASE NO. 2:07-cv-135 |
| | ) |
| DEFENDANTS | ) |
| JAMARLO K. GUMBAYTAY, | ) |
| DBA/THE ELITE REAL ESTATE | ) |
| CONSULTING GROUP | ) |
| AND | ) |
| MATTHEW W. BAHR | ) |

## NOTICE OF APPEARANCE

Please take notice of my appearance as counsel for defendant, JAMARLO K. GUMBAYTAY DBA /THE ELITE REAL ESTATE CONSULTING GROUP in the above styled case.

Respectfully submitted this the third day of June, 2008.

*Alfred T. Newell*
**ALFRED T NEWELL**
**ATTORNEY AT LAW**
**P.O. BOX 101432**
**BIRMINGHAM, ALABAMA  35210-6432**
**PHONE (205)956-8281**
**Fax 205-951-2855**

### CERTIFICATE OF SERVICE

I hereby certify that I have served a true copy of the above upon the opposing Attorneys through the U.S. Mail on this 3RD  day of June. 2008 .

*Alfred T. Newell*
**ALFRED T. NEWELL**