# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT COURT OF ALABAMA
### NORTHERN DIVISION

2008 JUN -3  P 3: 57

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

YOLANDA M. BOSWELL          )

                                 )

**PLAINTIFF**                )

                                 )

**V.**                           ) **CIVIL CASE NO. 2:07-cv-135**

                                 )

**JAMARLO K. GUMBAYTAY,**    )

**DBA/THE ELITE REAL ESTATE**   )

**CONSULTING GROUP**        )

      **AND**                  )

**MATTHEW W. BAHR**         )

## MOTION FOR CONTINUANCE OF  DEPOSITION

Comes now the defendant, Jamarlo K. Gumbaytay, in the above-styled action and asks this Honorable Court to grant a continuance until a reasonable time for the following reasons to wit :

A.    Counsel for defendant has a prior court appearance in DeKalb County scheduled at the same time as the proceedings and will be unable to attend.

B.    Attorney for defendant was retained only one day prior to the proceedings, and has not been given adequate time to review the case files and prepare for such depositions.

Respectfully submitted this the 3rd day of June, 2008.


**ALFRED T NEWELL**
**ATTORNEY AT LAW**
**P.O.BOX 101432**
**BIRMINGHAM, ALABAMA 35210**
**(205) 956-8281**


## CERTIFICATE OF SERVICE

I hereby certify that I have served a true copy of the foregoing upon the opposing attorneys this the 3rd day of June, 2008.

**ALFRED T NEWELL**