IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| YOLANDA M. BOSWELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:07-cv-135-WKW ) |
| JAMARLO K. GUMBAYTAY, *et al.*, | ) ) |
| Defendants. | ) |

## **ORDER**

Upon of review and consideration of Plaintiff's *Motion to Compel the Production of Documents and/or For Sanctions for the Destruction of Documents* and the brief in support (Docs. 61-62, filed June 6, 2008), it is **ORDERED** that Defendant Gumbaytay show cause why this motion should not be granted on or before **June 13, 2008**.

DONE this 6th day of June, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE