IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

YOLANDA M. BOSWELL,                )
                                   )
        Plaintiff,                 )
                                   )
v.                                 )     Case No. 2:07-cv-0135-WKW
                                   )
JAMARLO K. GUMBAYTAY, *et al.*,    )
                                   )
        Defendants.                )

## **ORDER**

Upon consideration of the plaintiff's motion (Doc. # 58) for an extension of her dispositive motion deadline and her deadline to disclose her trial witness list, it is ORDERED that the motion is GRANTED in part. The plaintiff's dispositive motion and trial witness list deadlines are extended from June 16, 2008, to **July 18, 2008**.

Furthermore, upon consideration of Defendant Matthew W. Bahr's Motion to Stay Civil Proceedings (Doc. # 60), it is ORDERED that the plaintiff shall file a written response **on or before June 13, 2008**.

In response to his request for guidance contained within his motion to stay (Doc. # 60, at 2), Defendant Bahr is DIRECTED that his presence at the June 18, 2008, hearing before the Magistrate Judge is not required.

DONE this 9th day of June, 2008.

        /s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE