IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| YOLANDA M. BOSWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:07-cv-0135-WKW |
| | ) |
| JAMARLO K. GUMBAYTAY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

It is ORDERED that the plaintiff's Motion to Compel Production of Documents and/or for Sanctions for the Destruction of Documents (Doc. # 61) is referred to Magistrate Judge Terry F. Moorer for appropriate proceedings and recommendation.

DONE this 16th day of June, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE