IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| YOLANDA M. BOSWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cv-135-WKW |
| | ) | |
| JAMARLO K. GUMBAYTAY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Pending before the Court is Plaintiff's *Motion to Compel the Production of Documents and/or for Sanctions for the Destruction of Documents* and brief in support (Docs. 61-62, filed June 6, 2008). The Court entered a Show Cause Order on June 6, 2008 indicating Defendant Gumbaytay should show cause why the motion should not be granted on or before June 13, 2008. No response was filed.

As such, it is **ORDERED** that the *Motion to Compel the Production of Documents* Doc. 61) is **GRANTED**. Defendant Gumbaytay shall provide the requested documentation on or before **June 23, 2008**. The *Motion for Sanctions* (Doc. 61) remains pending before the Court and shall be addressed at the scheduled hearing on June 18, 2008.

DONE this 16th day of June, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE