**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                 TELEPHONE (334) 954-3600

June 17, 2008

# NOTICE OF DEFICIENCY

To:     Attorney Allison Neal

From:   Clerk's Office

Case Style:   Boswell v. Gumbaytay, et al.

Case Number:   2:07-cv-00135-WKW

> Referenced Pleading:   RESPONSE in Opposition
> Docket Entry #65

**Notice is hereby given that the referenced deficient pleading was filed on June 13, 2008 by electronic means and is deficient for the following reason:**

*The pleading does not contain your electronic signatures.*

**The listed deficiency must be corrected within 10 days from the date of this notice. Please submit to the Clerk's office by <u>CONVENTIONAL</u> *(mail)* the signature pages of the referenced documents containing your electronic signatures as explained in the Civil Administrative Procedures, <u>ALONG WITH A COPY OF THIS NOTICE.</u>**

<u>*DO NOT E-FILE YOUR CORRECTION.......IT MUST BE MAILED TO THE CLERK'S OFFICE.*</u>