IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| YOLANDA M. BOSWELL, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>JAMARLO K. GUMBAYTAY, *et al.*, )<br>)<br>   Defendants. ) | CASE NO. 2:07-cv-135-WKW |

### ORDER

Pursuant to the Court's Order (Doc. 59, filed June 5, 2008), a hearing was held relating to Plaintiff's expenses in connection with the June 3, 2008 cancelled deposition.

Under Fed. R. Civ. P 30(d)(2) and Fed. R. Civ. P 37(d), Plaintiff shall be entitled to reasonable expenses for the cancelled deposition. The Court determined the appropriate sanction is for Defendant Gumbaytay to bear the cost of the cancelled deposition. As such, Defendant Gumbaytay shall reimburse Plaintiff for the cost of the court reporter's appearance and the time spent at the deposition by the two counsel in attendance. That cost, as determined in open court, amounts to $200.00.[1] Defense counsel is instructed to contact Plaintiff's counsel to determine the most appropriate form of payment. Payment shall be made **on or before July 1, 2008**.

---

[1] The Court reporter fee was $50.00. Counsel indicated they were present for half an hour that morning and their hourly rate is $150.00.

DONE this 18th day of June, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE