IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| YOLANDA M. BOSWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.  2:07-cv-135-WKW |
| | ) | |
| JAMARLO K. GUMBAYTAY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Pending before the Court is Plaintiff's *Motion for Sanctions for the Destruction of Documents* and brief in support (Docs. 61-62, filed June 6, 2008).  A hearing was held on the matter on June 18, 2008.  Pursuant to the Court's oral order, Plaintiff shall submit a proposed order relating to the requested sanctions for the Court's consideration **on or before July 7, 2008**.  The Court shall reserve ruling pending review of the proposed order.

Further, in light of defense counsel's extreme tardiness,[1] Mr. Newell shall tender payment to Plaintiff's counsel of $300.00.  The sanction shall be paid on or before **July 1, 2008**.  Defense counsel is instructed to contact Plaintiff's counsel to determine the most appropriate form of payment.

---

[1] The hearing was scheduled to begin at 10:00 a.m.  Defense counsel was an hour and fifteen minutes late.  While the Court is sympathetic to traffic delays, counsel is expected to anticipate some delays in traveling from Birmingham to Montgomery.  Of note, Plaintiff's counsel also came from Birmingham and was only a few minutes late as he arrived at 10:10 a.m.  Plaintiff's counsel indicated he left Birmingham at 8:10 a.m.  The only conclusion to be drawn from this information is that defense counsel did not allocate sufficient time to arrive in a timely manner.

DONE this 18th day of June, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE