**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| YOLANDA M. BOSWELL, | ) |
| | ) |
|    PLAINTIFF, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 2:07-cv-135 |
| | ) |
| JAMARLO K. GUMBAYTAY, | ) |
|   DBA/THE ELITE REAL ESTATE | ) |
|      CONSULTING GROUP | ) |
| and, | ) |
| | ) |
| MATTHEW W. BAHR, | ) |
| | ) |
|    DEFENDANTS. | |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

On June 30th, 2008, Plaintiff's Counsel met face-to-face with Counsel for Defendant Matthew Bahr in order to continue settlement negotiations that had been previously initiated by Plaintiff's Counsel. No settlement was reached during this meeting, although negotiations are ongoing. The parties believe that mediation between Plaintiff and Defendant Bahr would assist in resolving the case short of trial.

On June 30th, 2008, Plaintiff's Counsel also met face-to-face with Counsel for Defendant GumBayTay. No settlement was reached, and the parties do not believe that mediation between Plaintiff and Defendant GumBayTay will assist in resolving the case short of trial.

RESPECTFULLY SUBMITTED:

        /s/
Faith R. Cooper
Central Alabama Fair Housing Center
1817 West Second Street
Montgomery, AL  36106
(334) 263-4663

Kenneth J. Lay
Legal Services Alabama, Inc.
PO Box 11765
Birmingham, AL  35202
Tel: 205-397-6540, ext. 102

Allison E. Neal (NEA008)
American Civil Liberties Union of Alabama Foundation
207 Montgomery Street, Suite 910
Montgomery, AL  36104
Phone: (334) 265-2754, ext. 203
Fax: (334) 269-5666

Lenora M. Lapidus (LL-6592)
Emily Martin (EM-2924)
Women's Rights Project
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel: 212-519-7816
Fax: 212-549-2580

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of July, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Benjamin E. Schoettker (SCH091)
Charles W. Barfoot (BAR123)
Barfoot & Schoettker, L.L.C.
608 South Hull Street
Montgomery, AL  36104

I hereby certify that on this 3rd day of July, 2008, I have served the above foregoing by placing copies of the same in the U.S. mail, postage prepaid, and properly address to the following:

Alfred T. Newell
PO Box 101432
Birmingham, AL  35210

                                                                                 _____
                                                                                 Faith R. Cooper
                                                                                 Attorney for the Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| YOLANDA M. BOSWELL, | ) |
|     PLAINTIFF, | ) ) ) |
| v. | ) CIVIL CASE NO. 2:07-cv-135 |
| JAMARLO K. GUMBAYTAY, <br>  DBA/THE ELITE REAL ESTATE <br>    CONSULTING GROUP <br>and, | ) ) ) ) ) |
| MATTHEW W. BAHR, | ) ) |
|     DEFENDANTS. | |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

On June 30th, 2008, Plaintiff's Counsel met face-to-face with Counsel for Defendant Matthew Bahr in order to continue settlement negotiations that had been previously initiated by Plaintiff's Counsel. No settlement was reached during this meeting, although negotiations are ongoing. The parties believe that mediation between Plaintiff and Defendant Bahr would assist in resolving the case short of trial.

On June 30th, 2008, Plaintiff's Counsel also met face-to-face with Counsel for Defendant GumBayTay. No settlement was reached, and the parties do not believe that mediation between Plaintiff and Defendant GumBayTay will assist in resolving the case short of trial.

RESPECTFULLY SUBMITTED:

/s/ Faith R. Cooper
Faith R. Cooper
Central Alabama Fair Housing Center
1817 West Second Street
Montgomery, AL  36106
(334) 263-4663

Kenneth J. Lay
Legal Services Alabama, Inc.
PO Box 11765
Birmingham, AL  35202
Tel: 205-397-6540, ext. 102

Allison E. Neal (NEA008)
American Civil Liberties Union of Alabama Foundation
207 Montgomery Street, Suite 910
Montgomery, AL  36104
Phone: (334) 265-2754, ext. 203
Fax: (334) 269-5666

Lenora M. Lapidus (LL-6592)
Emily Martin (EM-2924)
Women's Rights Project
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel: 212-519-7816
Fax: 212-549-2580

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of July, 2008, I have served the above foregoing by placing copies of the same in the U.S. mail, postage prepaid, properly address to the following:

Benjamin E. Schoettker (SCH091)  Alfred T. Newell

Charles W. Barfoot (BAR123)  PO Box 101432

Barfoot & Schoettker, L.L.C.  Birmingham, AL  35210

608 South Hull Street

Montgomery, AL  36104

                                                                              /s/ Faith R. Cooper_____
                                                             Faith R. Cooper
                                                             Attorney for the Plaintiff