**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 11, 2008

# NOTICE OF DEFICIENCY

**To:** Alfred T. Newell, IV

**From:** Clerk's Office

**Case Style:** Boswell v. Gumbaytay, et al

**Case Number:** 2:07-cv-00135-WKW

**Referenced Pleading:** Motion for leave to amend - Doc. #79

**Notice is hereby given that the referenced deficient pleading was filed on 7/10/08 conventionally and is deficient for the following reason:**

**The pleading does not contain a certificate of service showing that all of the counsels for the opposing side has been served.**

**The listed deficiency must be corrected with 10 days from the date of this notice. Please submit to the Clerk's office by CONVENTIONAL (mail) the entire document with corrected certificate of service of the referenced documents as explained in the Civil Administrative Procedures, ALONG WITH A COPY OF THIS NOTICE.**

**DO NOT E-FILE YOUR CORRECTION.......IT MUST BE MAILED TO THE CLERK'S OFFICE.**

**The deficiency must be corrected within 10 days from the date of this notice.**

**Please submit to the Clerk's office by conventional means the corrected signed affidavit.**