IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| YOLANDA M. BOSWELL, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   Case No. 2:07-cv-0135-WKW |
| | ) |
| JAMARLO K. GUMBAYTAY, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

## **ORDER**

On July 10, 2008, Defendant GumBayTay filed a Motion for Leave to Amend (Doc. # 79) his counterclaim against Boswell. However, the deadline for filing motions to amend the pleadings and add parties has long since passed. (*See* Doc. # 52, § 4.) Therefore, it is ORDERED that the motion to amend (Doc. # 79) is DENIED.

DONE this 11th day of July, 2008.

                                            /s/ W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE