UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| YOLANDA M. BOSWELL,<br><br>Plaintiff,<br><br>v.<br><br>JAMARLO K. GUMBAYTAY,<br>D/B/ATHE ELITE REAL ESTATE<br>CONSULTING GROUP<br><br>AND<br><br>MATTHEW K. BAHR,<br><br>Defendants. | Civil Action No. 2:07-CV-135-WKW-TFM<br><br>Honorable W. Keith Watkins, U.S.D.J.<br><br>MOTION FOR ENLARGEMENT |

## MOTION FOR ENLARGEMENT OF DISPOSITIVE MOTION DEADLINE

Now comes the Plaintiff, Yolanda Boswell, by and through her attorneys, and respectfully moves this Court under Rule 6(b)(1) to enlarge the deadline for Plaintiff's dispositive motions from July 18, 2008, to July 28, 2008. In support of her motion, Plaintiff notes the following facts:

- In ordinary circumstances, Plaintiff's counsel would first seek a stipulation with opposing parties as to an extension. However, Defendant GumBayTay's attorney Al Newell has indicated by his attempted counterclaim against Plaintiff's counsel filed on July 10, 2008 that he has no intention of working professionally with Plaintiff's counsel;

- Plaintiff first noticed Defendant Bahr's deposition for June 3, 2008. However,

prior to June 3, counsel for Defendant Bahr indicated to Plaintiff's counsel that Defendant Bahr intended to ask the Court to block discovery pursuant to a Fifth Amendment privilege, and on June 6, 2008, Defendant Bahr filed a Motion to Stay Discovery. This motion prevented Plaintiff from attempting to schedule Defendant Bahr's deposition until the Court denied the motion on June 23, 2008.

- Plaintiff's counsel met with Defendant Bahr's counsel at the June 30, 2008 face-to-face settlement conference, and at that time the deposition was set for July 14, 2008 in order to accommodate the schedules of both parties and the fact that Defendant Bahr lives out of state;

- Although Defendant Bahr's deposition was taken on July 14, 2008 as planned, Plaintiff still does not have a copy of the deposition transcript, and Defendant Bahr's testimony is crucial for summary judgment purposes;

- Defendant GumBayTay's malfeasance with respect to the production of documents has increased Plaintiff's burden with respect to summary judgment. Defendant GumBayTay has continually insisted that all business documents other than the ones he produced at the June 18, 2008 hearing were destroyed in April 2008. However, his bookkeeper, Lynn Norsworthy, stated in her June 20, 2008 deposition that she turned over 3 boxes of documents to Defendant GumBayTay at some point in May 2008, at least 3 weeks after Plaintiff served her request for documents upon Defendant GumBayTay on April 8, 2008. The types of documents that Ms. Norsworthy testified she provided to Defendant GumBayTay were not among the documents provided to the Plaintiff at the hearing, and were documents with potentially enormous significance to summary judgment, such as contracts between Defendant GumBayTay and Defendant Bahr.

- Plaintiff's lead counsel as to dispositive motions has been out of the office for illness reasons for a good portion of the current week, and Plaintiff's co-counsel are not well positioned to complete the work given other litigation obligations.

Date:  July 17, 2008                             Respectfully submitted,

/s/ Faith Cooper_____

Faith R. Cooper
Central Alabama Fair Housing Center
1817 West Second Street
Montgomery, AL  36106
(334) 263-4663

Kenneth J. Lay
Legal Services Alabama, Inc.
PO Box 11765
Birmingham, AL  35202
Tel: 205-397-6540, ext. 102

Allison E. Neal (NEA008)
American Civil Liberties Union of Alabama
207 Montgomery Street, Suite 910
Montgomery, AL  36104
Tel: 334-265-2754
Fax: 334-269-5666

Lenora M. Lapidus (LL-6592)
Emily Martin (EM-2924)
Women's Rights Project
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel: 212-519-7816
Fax: 212-549-2580

**Attorneys for Plaintiff Yolanda M. Boswell**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of July, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Benjamin E. Schoettker (SCH091)
Charles W. Barfoot (BAR123)
Barfoot & Schoettker, L.L.C.
608 South Hull Street
Montgomery, AL  36104

Alfred T. Newell
PO Box 101432
Birmingham, AL  35210


        /s/ Faith Cooper_____
        Faith R. Cooper
        Attorney for the Plaintiff