IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| YOLANDA M. BOSWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:07-cv-0135-WKW |
| | ) |
| JAMARLO K. GUMBAYTAY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the plaintiff's Motion for Enlargement of Dispositive Motion Deadline (Doc. # 83), it is ORDERED that the motion is GRANTED. The plaintiff's dispositive motion deadline is extended from July 18, 2008, to **July 28, 2008**.

DONE this 17th day of July, 2008.

                                  /s/ W. Keith Watkins
                              UNITED STATES DISTRICT JUDGE