UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| YOLANDA M. BOSWELL,<br><br>  Plaintiff,<br><br>v.<br><br>JAMARLO K. GUMBAYTAY,<br>D/B/A THE ELITE REAL ESTATE<br>CONSULTING GROUP<br><br>AND<br><br>MATTHEW K. BAHR,<br><br>  Defendants. | Civil Action No. 2:07-CV-135-WKW-TFM<br><br>Honorable W. Keith Watkins, U.S.D.J.<br><br>**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS TO DEFENDANT GUMBAYTAY'S COUNTERCLAIM** |

**MOTION FOR SUMMARY JUDGMENT ON DEFENDANT GUMBAYTAY'S COUNTERCLAIM**

Based upon the accompanying Memorandum of Law, the Declaration of Faith Cooper attached hereto, and all prior pleadings and papers filed in this action, and pursuant to Federal Rule 56, Plaintiff respectfully moves this Court for summary judgment as to Defendant GumBayTay's counterclaim.[1]

Date: July 18, 2008        Respectfully submitted,

          /s/ Faith Cooper

---

[1] Plaintiff will be moving separately and at a later date for summary judgment as to her claim against Defendants GumBayTay and Bahr.

Faith R. Cooper
Central Alabama Fair Housing Center
1817 West Second Street
Montgomery, AL  36106
(334) 263-4663

Allison E. Neal (NEA008)
American Civil Liberties Union of Alabama
207 Montgomery Street, Suite 910
Montgomery, AL  36106
Tel: 334-265-2754
Fax: 334-269-5666

Kenneth J. Lay
Legal Services Alabama, Inc.
PO Box 11765
Birmingham, AL  35202
Tel: 205-397-6540, ext. 102

Lenora M. Lapidus (LL-6592)
Emily Martin (EM-2924)
Women's Rights Project
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel: 212-519-7816
Fax: 212-549-2580

**Attorneys for Plaintiff Yolanda M. Boswell**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Benjamin E. Schoettker (SCH091)
Charles W. Barfoot (BAR123)
Barfoot & Schoettker, L.L.C.
608 South Hull Street
Montgomery, AL  36104


Alfred Newall
Attorney At Law
P.O. Box 101432
Birmingham, AL 35210

    Signed electronically
    <u>s/ Faith Cooper</u>
    Faith Cooper
    Attorney for Plaintiff
    Yolanda M. Boswell