IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| YOLANDA M. BOSWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:07-cv-0135-WKW |
| ) | |
| JAMARLO K. GUMBAYTAY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the pending motions before the court, it is ORDERED that:

1. To the extent the court has not done so already, GumBayTay's Motion for Continuance of Deposition (Doc. # 57) is DENIED as moot;

2. GumBayTay's Motion for Summary Judgement (Doc. # 79-3) is STRICKEN because it was filed out of time without leave of the court;[1]

3. Counsel for GumBayTay shall file a written response to the plaintiff's Motion for Attorney Disqualification and Other Sanctions (Doc. # 87) **on or before July 30, 2008**.

DONE this 23rd day of July, 2008.

                                          /s/ W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE

---

[1] The Modified Scheduling Order (Doc. # 52) states that dispositive motions shall be filed no later than June 16, 2008. While the plaintiff timely requested and received dispositive motion deadline extensions on two occasions (Docs. # 64 and # 84), GumBayTay never requested an extension, never received an extension, and filed his motion almost a month after his deadline had expired.