IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2008 JUL 28 P 12: 14

YOLANDA M. BOSWELL, )
)
PLAINTIFF )
)
VS. ) CIVIL CASE NO.
) 2:07-cv-135
)
JAMARLO K. GUMBAYTAY )
DBA/THE ELITE REAL ESTATE CONSULTING GROUP )
)
DEFENDANT )
)

## MOTION TO STRIKE

    Comes now, Attorney Alfred T. Newell in the above styled cause and asks this honorable court to by motion strike under Federal Rule 12 (f) of civil procedure, and have any redundant, immaterial, impertinent, or scandalous allegations stricken from the complaint and this litigation.
    Attorney Allison Neal has exceeded all known authority and law; all known rules of professional responsibility, and has unceasingly and illegally continued harassing Attorney Alfred T. Newell and this court for insignificant, untrue allegations.
    Since 1980, Mr. Newell has never received one complaint from the Alabama State Bar, or any client, and those are the only people who would have standing to even challenge any such intra-judicial qualifications.
    If the rule were otherwise, no client could ever hire an attorney, because the other side would dismiss him as soon as they went to court ad infinitium; nor would there be any need for a state bar ethics and/or licensing.

**Mr. Newell, without further particularity of delineation about Allison Neal's filing of an "on-line court law clerk copy for a disqualification of attorney" form are for the WRONG PARTY; are untrue and illegal; and are contrary to law if being filed by Neal:**

1. Allison Neal, opposing counsel, has no standing to file any complaint against attorney Alfred T. Newell.
2. The defendant, my client has the right to an attorney.
3. No client has ever filed any criminal, civil or State Bar complaints against me.
4. My client does not concur with Allison Neal on disqualification. He is the only one who has standing for filing such a document.
5. I was hired one day prior to depositions and given short notice to appear; and after depositions again given short notice to appear at hearing.
6. I offered apologies, due to conflicts in schedules and traffic problems commuting from Birmingham to Montgomery.
7. Both appearances occurred prior to my even being able to fully acclimate myself to the gravity of the case; so drawing on experience I did what I could to zealously defend my client and was right to do so.
8. In depositions, I pointed out the flaws in their "evidence" which further angered Neal, especially when I told her we would play that recording for the judge.
9. I was not allowed to even question relevancy regarding ACLU's questions to my client and was subjected to rude treatment and threats by and from Neal.
10. I do hereby apologize to this honorable court for being late to the hearing.
11. According to Neal, my "crimes," making me into "Public Enemy # 1" include me being RIGHT and me being LATE!!!

Attorney Allison Neal now knows she has no chance of winning this case. Mr. Newell also has a long list of felonies he could have already filed against Neal. Mr. Newell has been trying to ignore her disrespectful comments and mistakes.

She is guilty of framing the Defendant, my client and actually aiding and abetting her client Yolanda Boswell in this act. Together, they have ruined my client's life and livelihood for two years now, and I can prove this in court as well as anything I have said regarding these matters.

Attorney Newell thinks the actions and behaviors of Allison Neal are reprehensible and absolutely ridiculous and he further asks this honorable court to keep her from wasting this court's time; and to stop her from filing these personal attacks on Mr. Newell; and to cite Allison Neal for Contempt for continually harassing him and his client.

American Civil Liberties Union (ACLU), and especially attorney Allison Neal should be cited for contempt, including but not limited to a default, costs, attorney fees for continually wasting this court's time and those involved; including completely ruining the lives of innocent people; and for framing another innocent life; and for unconscionably and continually harassing and insulting this court and one of its members.

**RESPECTFULLY SUBMITTED**

*Alfred T. Newell*

**ALFRED T. NEWELL**
**ATTORNEY AT LAW**
P.O. BOX 101432
BIRMINGHAM, AL 35210
(205) 956-8281
FAX (205) 951-2855

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon opposing attorneys or parties by placing a copy of same in the U.S. Mail, properly addressed and postage prepaid this 28th day of July, 2008.

*Alfred T. Newell*

**ALFRED T. NEWELL**
ATTORNEY AT LAW
P. O. BOX 101432
BIRMINGHAM, AL 35210
(205) 956-8281
FAX (205) 951-2855

ALLISON E. NEAL
AMERICAN CIVIL LIBERTIES UNION
OF ALABAMA FOUNDATION
207 MONTGOMERY STREET, SUITE 910
MONTGOMERY, AL 36104

FAITH R. COOPER
CENTRAL ALABAMA
FAIR HOUSING AUTHORITY
1817 WEST SECOND STREET
MONTGOMERY, AL 36106

KENNETH J. LAY
LEGAL SERVICES OF ALABAMA, INC.
P.O. BOX 11765
BIRMINGHAM, AL 35202

LENORA LAPIDUS
WOMEN'S RIGHTS PROJECT
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 BROAD STREET 18TH FLOOR
NEW YORK, NY 10004

**EMILY MARTIN**
**WOMEN'S RIGHTS PROJECT**
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
**125 BROAD STREET 18TH FLOOR**
**NEW YORK, NY 10004**

**ATTORNEYS FOR PLAINTIFF**