UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2008 JUL 28  P 4· 26

|  |  |
|---|---|
| YOLANDA M. BOSWELL,<br><br>Plaintiff,<br><br>v.<br><br>JAMARLO K. GUMBAYTAY,<br>D/B/ATHE ELITE REAL ESTATE<br>CONSULTING GROUP<br><br><br>AND<br><br><br>MATTHEW K. BAHR,<br><br>Defendants. | Civil Action No. 2:07-CV-135-WKW-TFM<br><br>Honorable W. Keith Watkins, U.S.D.J.<br><br><br>**PLAINTIFF'S MOTION FOR<br>SUMMARY JUDGMENT<br>AS TO HER CLAIMS** |

## MOTION FOR SUMMARY JUDGMENT

Based upon the accompanying Memorandum of Law and all prior pleadings and papers filed in this action, and pursuant to Federal Rule 56, Plaintiff respectfully moves this Court for summary judgment against Defendants GumBayTay and Bahr with respect to her claims in the instant case.

Date:  July 28, 2008

Respectfully submitted,

_Allison Neal_

Allison E. Neal (NEA008)
American Civil Liberties Union of Alabama
207 Montgomery Street, Suite 910
Montgomery, AL  36106

Tel: 334-265-2754
Fax: 334-269-5666

Kenneth J. Lay
Legal Services Alabama, Inc.
1820 7th Ave. North
Birmingham, AL  35203
Tel: 205-397-6540, ext. 102

Faith R. Cooper
Central Alabama Fair Housing Center
1817 West Second Street
Montgomery, AL  36106
(334) 263-4663

Lenora M. Lapidus (LL-6592)
Emily Martin (EM-2924)
Women's Rights Project
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel: 212-519-7816
Fax: 212-549-2580

**Attorneys for Plaintiff Yolanda M. Boswell**

# CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of July, 2008, I have served the foregoing by placing copies of the same in the U.S. mail, postage prepaid, and properly addressed to the following:

Benjamin E. Schoettker (SCH091)
Charles W. Barfoot (BAR123)
Barfoot & Schoettker, L.L.C.
608 South Hull Street
Montgomery, AL  36104

Alfred Newell
Attorney At Law
P.O. Box 101432
Birmingham, AL 35210

Signed

Allison Neal
Attorney for Plaintiff
Yolanda M. Boswell

3