# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

2008 AUG 14  P 4: 38

YOLANDA M. BOSWELL,                                          )

                         DEBRA P. HACKETT, CLK
**PLAINTIFF**             U.S. DISTRICT COURT       )
               MIDDLE DISTRICT ALA      )

VS.                                       ) CIVIL CASE NO.
                                       ) 2:07-cv-135
                                     )

JAMARLO K. GUMBAYTAY              )
DBA/THE ELITE REAL ESTATE CONSULTING GROUP   )
                                     )
**DEFENDANT**                              )
                                     )

## MOTION FOR DISMISSAL

Comes now Defendant, Jamarlo K. Gumbaytay, by and through his attorney of record, Alfred T. Newell, under Rule 41 of Civil Procedure asking this honorable court for a Motion for Dismissal, as the Plaintiff's original complaint and other actions were brought against defendant while he was protected under the Federal Bankruptcy Act, and there is in effect an automatic stay, due to his filing of Bankruptcy (Case #03-32624-PHW-013 ). Defendant Gumbaytay continues to pay on this Bankruptcy, therefore Plaintiff is in violation of the Bankruptcy Act in trying to collect damages and costs from Defendant.

Said automatic stay prohibits any parties from attempting to collect any monies, filing any suits, or prosecuting Defendant Gumbaytay, as alleged sexual harassment and discrimination charges are not intentional tort or fraud.

The facts in this case are as follows:

1. Defendant Jamarlo K. Gumbaytay is in Bankruptcy, case #03-32624-PHW-013, and the automatic stay is a federal injunction which should have prevented any further civil actions or criminal prosecution of this Defendant, as he is not charged with any intentional tort or fraud.

2. The Federal Bankruptcy Act Title 28 U.S.C. Sec. 362, enjoins this court from prosecuting Gumbaytay, as because he has an automatic stay in Bankruptcy; and this is a Federal Injunction, thereby enjoining Legal Services, American Civil Liberties Union (ACLU) and/or the Central Alabama Fair Housing Authority

(CAFHA) from any/all filing of claims, prosecution, and/or trying to collect any money or debts, or costs of their litigation from the Defendant.

3. ACLU and the CAFHC and Legal Services of Alabama, Inc. are violating the Bankruptcy Act by trying to collect on the complainant's law suit and their costs of litigation from Gumbaytay and his former real estate investor clients.

4. Gumbaytay has not discriminated against anyone in respect to granting or denying of housing as regards to sexual favors. Gumbaytay challenges the U.S. Attorney, the ACLU and the Housing Authority to have any of these complainants and/or witnesses to take lie detector tests and explain exactly how they were sexually harassed and/or discriminated against, stalked and/or exactly how any of them were threatened with anything other than regular eviction notices for not paying their rent and specifically how they suffered any damages as a result of his behavior.

5. Defendant Gumbaytay further challenges these claimants to produce a list of viable witnesses, who can substantiate their claims as regards to sexual harassment and/or stalking and/or denial of housing and any of these other alleged complaints.

6. Gumbaytay is only guilty of taking care of business (as regards to repairs and collecting rents in undesirable neighborhoods). He did, however, make the mistake of trying to reach out and help some of these tenants turn their lives around with the Lutheran faith. Inviting people to church or dinner, and trying to find out how he could help them. That is what he does as a Christian, while practicing and sharing his faith.

7. Gumbaytay has suffered the misfortune of having to deal with disreputable, dishonest and unreliable tenants who are trying to take what this man stands for and what he said and distort it into sexual harassment and stalking charges.
8. There is no law against a single man politely inviting a single woman to dinner or on a trip to Seminary Training, nor is there a law against a man asking if he could spend time getting to know someone better before offering assistance or Christian counseling.

9. Even if such alleged sexual harassment actions did exist, Gumbaytay challenges the claimants to come forward and prove how they were damaged by these alleged actions. He's an outgoing confident man who offers a dinner invitations, handshakes, hugs and very often prays with the people he meets. He's been known to give strangers a hug when they seem troubled, as because he genuinely cares about people. It stretches the imagination to figure out how such innocent acts can become alleged sexual harassment and/or discrimination. Defendant Gumbaytay denies all these allegations.

Therefore, Defendant Gumbaytay respectfully asks this court for a Motion for Contempt against ACLU's Allison Neal and her client, Yolanda Boswell for continuing to harass him and his former clients and for wasting this honorable court's valuable time in pursuit of these matters.

Furthermore, Gumbaytay asks this court for a Motion to Dismiss, as the original "evidence" is manufactured and untruthfully depicted on transcripts; and as because the original complainant was disreputable, unreliable and has irresponsibly ruined this man's life and reputation for the past two years by continuing to pursue these false claims and charges.

Under Federal and State of Alabama Rules, Defendant Gumbaytay's Counterclaim, timely pleaded, can remain pending for independent adjudication by this honorable court.

RESPECTFULLY SUBMITTED

ALFRED T. NEWELL
ATTORNEY AT LAW
P.O. BOX 101432
BIRMINGHAM, AL 35210
(205) 956-8281
FAX (205) 951-2855

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon opposing attorneys or parties by placing a copy of same in the U.S. Mail, properly addressed and postage prepaid this 14th day of August, 2008.

*Alfred T Newell*

ALFRED T. NEWELL
ATTORNEY AT LAW
P. O. BOX 101432
BIRMINGHAM, AL 35210
(205) 956-8281
FAX (205) 951-2855

ALLISON E. NEAL
AMERICAN CIVIL LIBERTIES UNION OF ALABAMA FOUNDATION
207 MONTGOMERY STREET, SUITE 910
MONTGOMERY, AL 36104

FAITH R. COOPER
CENTRAL ALABAMA FAIR HOUSING AUTHORITY
1817 WEST SECOND STREET
MONTGOMERY, AL 36106

KENNETH J. LAY
LEGAL SERVICES OF ALABAMA, INC.
P.O. BOX 11765
BIRMINGHAM, AL 35202

EMILY MARTIN
LENORA LAPIDUS
WOMEN'S RIGHTS PROJECT
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 BROAD STREET 18TH FLOOR
NEW YORK, NY 10004

ATTORNEYS FOR PLAINTIFF