**RECEIVED**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

AUG 1 9 2008

|  |  |  |
|---|---|---|
| YOLANDA M. BOSWELL, | ) | CLERK |
|  | ) | U.S. DISTRICT COURT |
| PLAINTIFF, | ) | MIDDLE DIST. OF ALA. |
|  | ) |  |
| v. | ) | CIVIL CASE NO. 2:07-cv-135 |
|  | ) |  |
| JAMARLO K. GUMBAYTAY, | ) |  |
| DBA/THE ELITE REAL ESTATE | ) |  |
| CONSULTING GROUP | ) |  |
| and, | ) |  |
|  | ) |  |
| MATTHEW W. BAHR, | ) |  |
|  | ) |  |
| DEFENDANTS. |  |  |

## NOTICE OF EVIDENTIARY SUBMISSION

Plaintiff Yolanda Boswell hereby notices her submission of original,

signed copies of the following Exhibits referenced in Plaintiff's Brief in Support

of Motion for Summary Judgment:

1.    Plaintiff's Exhibit F, transcript of recorded conversation between

Yolanda Boswell and Jamarlo Gumbaytay on October 11, 2006, and

2.    Plaintiff's Exhibit I, transcript of recorded conversation between

Yolanda Boswell and Defendant Jamarlo Gumbaytay on October 17, 2006.

RESPECTFULLY SUBMITTED:

Faith R. Cooper
Central Alabama Fair Housing Center
1817 West Second Street
Montgomery, AL  36106
(334) 263-4663

1

Kenneth J. Lay
Legal Services Alabama, Inc.
PO Box 11765
Birmingham, AL 35202
Tel: 205-397-6540, ext. 102

Allison E. Neal (NEA008)
American Civil Liberties Union of Alabama
Foundation
207 Montgomery Street, Suite 910
Montgomery, AL 36104
Phone: (334) 265-2754, ext. 203
Fax: (334) 269-5666

Lenora M. Lapidus (LL-6592)
Emily Martin (EM-2924)
Women's Rights Project
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel: 212-519-7816
Fax: 212-549-2580

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of August, 2008, I have served the above foregoing by placing copies of the same in the U.S. mail, postage prepaid, properly address to the following:

Benjamin Schoettker (SCH091)          Alfred T. Newell

Charles W. Barfoot (BAR123)           PO Box 101432

Barfoot & Schoettker, L.L.C.          Birmingham, AL 35210

608 South Hull Street

Montgomery, AL 36104

2

Faith R. Cooper
Attorney for the Plaintiff



**EQUAL HOUSING OPPORTUNITY**

# ⌐⌐ Central Alabama Fair Housing Center

2008 JUG 14 P 3: 46

1817 West Second Street
Montgomery, AL 36106
(334) 263-4663 [voice]
(334) 263-4664 [facsimile]
fairhousing@cafhc.org [email]

Clerk of Court
U.S. District Court
One Church Street
Montgomery, AL 36104

August 14, 2008

To the Clerk of the Court:

Enclosed are the following additions to Document 93 (Brief in Support of Summary Judgment) in *Boswell v. GumBayTay*, Case # 2:07-CV-0135-WKW. The first two could not be electronically filed because we were instructed to turn in these originals when they became available to us, ~~and the third document was not in our possession at the time we filed our motion~~:

- The original of Exhibit F;
- The original of Exhibit I;
- ~~A copy of the unpublished case *Shellhammer v. Lewallen*.~~

Please let me know if you have any questions.

Sincerely,

*Faith Cooper*

Faith Cooper
Central Alabama Fair Housing Center
Counsel for Plaintiff Yolanda Boswell

1

-----------------------------------------

TRANSCRIPT OF RECORDED CONVERSATION

BETWEEN

YOLANDA BOSWELL & JAMARLO K. GUMBAYTAY

-----------------------------------------

Transcribed by:

**SUZANNE HAND & ASSOCIATES**

One South Bay Avenue, Islip, New York  11751

631-277-9771

Certified
Original

| | |
|---|---|
| 1 | MS. BOSWELL: Yeah. |
| 2 | UNIDENTIFIED VOICE: He may never come. |
| 3 | MS. BOSWELL: (Inaudible) know him. |
| 4 | MR. GUMBAYTAY: Shit, damn. All right I'm gonna call |
| 5 | him right now and see what's going on with that all right. |
| 6 | MS. BOSWELL: Okay and, um, whatever, I had I'm |
| 7 | gonna see you. Okay with that lease. |
| 8 | MR. GUMBAYTAY: Right. |
| 9 | MS. BOSWELL: Let leave it alone. I ain't forgot, um, I'm |
| 10 | gonna get over there but with the lease with, with (inaudible). |
| 11 | MR. GUMBAYTAY: Right. |
| 12 | MS. BOSWELL: (Inaudible) actually understand and all |
| 13 | the lease now okay the lease that I'm gonna sign the one that |
| 14 | I'm gonna go there and sign I'm not gonna bring that thing |
| 15 | home. |
| 16 | MR. GUMBAYTAY: The one that you want you want the |
| 17 | one for 6, the for the 550 lease got to go to that landlord. I |
| 18 | can't, you know I can't rent that house and tell him I'm renting |
| 19 | that house for no 450. |
| 20 | MS. BOSWELL: Exactly, exactly. |
| 21 | MR. GUMBAYTAY: But that 550 lease goes to him, that |
| 22 | 450 lease you can take over to a DHR to do what you got to do. |
| 23 | MS. BOSWELL: Okay. |

| | |
|---|---|
| 1 | MR. GUMBAYTAY: And that's also your lease, uh, for |
| 2 | you and I for, uh, to what we had talked about, uh, we had |
| 3 | worked, we're gonna work with okay? |
| 4 | MS. BOSWELL: Okay. |
| 5 | MR. GUMBAYTAY: But I got to send that lease down to |
| 6 | him for his records. |
| 7 | MS. BOSWELL: Okay. |
| 8 | MR. GUMBAYTAY: So he'll know exactly what, what |
| 9 | that approximate lease is for based on what it is already listed |
| 10 | for. |
| 11 | MS. BOSWELL: Exactly, exactly. |
| 12 | MR. GUMBAYTAY: So, so you need to sign that one so |
| 13 | if she can go ahead and get that to him and um, send in that |
| 14 | 450 and stuff for all she knows that's for DHR. |
| 15 | MS. BOSWELL: Okay. |
| 16 | MR. GUMBAYTAY: `Cause I have folks that all the time |
| 17 | `cause if you, if I can't help you get what you want then I can't |
| 18 | get what I want and that's the rent paying on time. |
| 19 | MS. BOSWELL: Exactly, exactly. |
| 20 | MR. GUMBAYTAY: So, I got papers to tie in with you |
| 21 | know putting that lease for the utilities and stuff like that, you |
| 22 | know. |
| 23 | MS. BOSWELL: Yeah. |
| 24 | MR. GUMBAYTAY: Little small things. |
| 25 | MS. BOSWELL: Yeah. |

4

1    MR. GUMBAYTAY: So, uh, you just just, uh, you want

2    me to call or do you want to call them and let them know you

3    gonna go there and take care of that?

4    MS. BOSWELL: You should call `cause that way if its no

5    paying right now just let them know, um, I haven't forgotten its

6    just I'm been trying to get everybody moved, situated and make

7    sure everybody you know is straight.

8    MR. GUMBAYTAY: Hm, hm, And then, and that's why I

9    been trying to catch up with ya, before I know when you get

10    settled down all and all that you gonna come and see me.

11    MS. BOSWELL: Yeah, um.

12    MR. GUMBAYTAY: So, you know just come and see me

13    when you get yourself settled down focused and rest so I say at

14    this time next week sometime you know come and spend a little

15    time with me.

16    MS. BOSWELL: Yeah, I'm trying to get situated in that

17    house now.

18    MR. GUMBAYTAY: And I don't have no problem with

19    hanging out and putting no pressure on her, no I never told

20    nobody else that I rent the house for you all for 450 cause you

21    know that's the straight thing that came out your very mouth.

22    MS. BOSWELL: Yeah.

23    MR. GUMBAYTAY: (Inaudible).

24    MS. BOSWELL: Well yeah I ain't no, I ain't no (inaudible)

25    getting the house around the street you know what I'm saying.

| | |
|---|---|
| 1 | MR. GUMBAYTAY: Yeah you should never, but don't |
| 2 | never `cause that girl in there used to come around and tell the |
| 3 | girl that I, that we went over and looked at the house when she |
| 4 | was down at the house she was gonna get it for 4, he was |
| 5 | gonna get it for 450. |
| 6 | MS. BOSWELL: He did? |
| 7 | MR. GUMBAYTAY: First thing yeah, first thing that came |
| 8 | out of her mouth, see sometimes black folks you got to, if |
| 9 | somebody doing something for you, doing you a favor you can't |
| 10 | worry about knowing of your business. |
| 11 | MS. BOSWELL: Yeah, yeah. |
| 12 | MR. GUMBAYTAY: So we can't keep no secrets, you |
| 13 | and me can't keep no damn secrets, ain't nobody in the world |
| 14 | gonna rent that kind of house for no $450 a month. |
| 15 | MS. BOSWELL: Exactly. Exactly. |
| 16 | MR. GUMBAYTAY: I don't care what part of the |
| 17 | neighborhood is there but that's a nice darn house. |
| 18 | MS. BOSWELL: Yeah. Yeah. |
| 19 | MR. GUMBAYTAY: And once you get settled in and |
| 20 | settled down then I want you, you know you and I and you and |
| 21 | mom settled down about you buying your house not that but |
| 22 | buying a house. |
| 23 | MS. BOSWELL: Exactly. |
| 24 | MR. GUMBAYTAY: So you kid can have them a home |
| 25 | that they can fall back on if something happen to momma. |

| | |
|---|---|
| 1 | MS. BOSWELL: Yeah. Yeah. |
| 2 | MR. GUMBAYTAY: So I can get you in that program |
| 3 | with Nackda (phonetic) which you and I talked about, we need |
| 4 | to set you up with that so you can get started and all something |
| 5 | but I want you to come and see me next week so we can go out |
| 6 | to lunch or something first and just sit down and get your plans |
| 7 | and get your game together what you want out of life. |
| 8 | MS. BOSWELL: Okay. |
| 9 | MR. GUMBAYTAY: See how Gumbaytay can help you |
| 10 | do that? So when you get off from work serving all the other |
| 11 | folks at work you know so let me know Monday when we can sit |
| 12 | down and go to lunch. |
| 13 | MS. BOSWELL: Okay. |
| 14 | MR. GUMBAYTAY: You know or go to dinner, go to a |
| 15 | movie or something, we just need to -- or have cocktails. |
| 16 | MS. BOSWELL: Yeah, yeah. |
| 17 | MR. GUMBAYTAY: We just need to sit down and talk so |
| 18 | we can handle your business and so I can keep your business |
| 19 | tight over there I don't want you to fall by the wayside because |
| 20 | you didn't talk to me. |
| 21 | MS. BOSWELL: Exactly. |
| 22 | MR. GUMBAYTAY: Do you understand what I'm saying, |
| 23 | understanding is the best thing in the world, communication is |
| 24 | the best thing in the world. I mean you feel that you can handle |

| | |
|---|---|
| 1 | it by yourself over there you don't need my, my, my favors in |
| 2 | the, in the long just (inaudible) just bring me 550 over. |
| 3 | MS. BOSWELL:  Okay. |
| 4 | MR. GUMBAYTAY:  As long as you have all that all day |
| 5 | long as long as you living over there I'm gonna do what I said |
| 6 | I'm gonna do if you do what you said you're gonna do. |
| 7 | MS. BOSWELL:  Okay. |
| 8 | MR. GUMBAYTAY:  And uh, we, we, we are two |
| 9 | consenting adults and, uh, and, uh, you know we, we talked |
| 10 | about that and you had no problem with that so if you ever have |
| 11 | a problem with that just let me know. |
| 12 | MS. BOSWELL:  Yeah. |
| 13 | MR. GUMBAYTAY:  I ain't got no problem with you |
| 14 | seeing brother (inaudible) in Citrus (phonetic). |
| 15 | MS. BOSWELL:  (Inaudible). |
| 16 | MR. GUMBAYTAY:  I ain't gonna push. |
| 17 | MS. BOSWELL:  Hm, hm. |
| 18 | MR. GUMBAYTAY:  I'm a grown man. |
| 19 | MS. BOSWELL:  Yeah. |
| 20 | MR. GUMBAYTAY:  You know but I just want to help a |
| 21 | young black woman trying to get her act together you know |
| 22 | sometimes a woman has to do what a woman has to do in order |
| 23 | to feed her family and live a comfortable lifestyle for her and her |
| 24 | family so I just saw the opportunity to extend that invitation to |
| 25 | you. |

8

1           MS. BOSWELL:  Yeah.

2           MR. GUMBAYTAY:  But especially when I'm in the

3    position to do so.

4           MS. BOSWELL:  Yeah, yeah.

5           MR. GUMBAYTAY:  You understand what I'm saying, so

6    I'll take you to lunch, we can go to dinner or we can go out of

7    town some weekend.

8           MS. BOSWELL:  Hm, hm.

9           MR. GUMBAYTAY: You know one weekend a month we

10   can go out of town and do somethings girl.  We don't  just have

11   to come over there and just get up under me all the time you

12   know you can come under and we'll sit down and have a

13   conversation and get some understanding, get some

14   understanding and keep that, keep a bond going hey, you know

15   we just got to keep bonding.

16          MS. BOSWELL:  Yeah.

17          MR. GUMBAYTAY:  I have to feel ya.  I got to feel you.  I

18   ain't trying to being your kin folk all the time I ain't trying to be

19   your boyfriend, I ain't trying to, to put no locks on you or watch

20   you where you going and getting and all ignorant and stupid that

21   ain't my story.  That you do what you want to do you a grown

22   woman come and go and where you want to go.  You know that

23   kind of thing but talking about what we're gonna do is just

24   always a good thing.  You understand what I'm saying sister

25   Boswell?

9

| | |
|---|---|
| 1 | MS. BOSWELL: Yeah, I hear, yeah. |
| 2 | MR. GUMBAYTAY: Not the, not the, you know I'm just |
| 3 | trying to help a young black woman out. |
| 4 | MS. BOSWELL: Yeah. I hear ya. |
| 5 | MR. GUMBAYTAY: But we definitely need to sit down |
| 6 | and talk about buying the house the, uh, eight houses so we |
| 7 | can get you some programs. |
| 8 | MS. BOSWELL: Okay, well I still got that paperwork that |
| 9 | you gave me. I was looking at it last night. But I was working on |
| 10 | getting me a computer over here. |
| 11 | MR. GUMBAYTAY: Now I be going out of town next |
| 12 | weekend so you know if you get your mom to keep the kids you |
| 13 | know and ride with me. |
| 14 | MS. BOSWELL: Yeah. |
| 15 | MR. GUMBAYTAY: I'm riding to Mississippi one |
| 16 | weekend a month you know you can ride down there with me |
| 17 | just give you a chance to get away from the kids. Just relax. I'd |
| 18 | love to have your company. |
| 19 | MS. BOSWELL: Hey, I hear ya (phonetic). |
| 20 | MR. GUMBAYTAY: That fair enough? |
| 21 | MS. BOSWELL: Yeah, I hear ya. Well, um. |
| 22 | MR. GUMBAYTAY: So. |
| 23 | MS. BOSWELL: (Inaudible) some where, um, don't well - |
| 24 | - let me get on off the phone with you now so that you can call |

10

1          Lynn and call the man about the water and stuff and you just

2          call me back when you finished.

3                    MR. GUMBAYTAYL:  Okay.  I'll do it.

4                    MS. BOSWELL:  Okay.

5                    MR. GUMBAYTAY:  Bye.

6                    MS. BOSWELL:  Bye.

7               *    *    *    *    *

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

CERTIFICATE OF TRANSCRIBER

STATE OF NEW YORK        )
                          ) ss.:
COUNTY OF SUFFOLK        )


I, JOANNE VAILLANCOURT, state that I transcribed
the recording of the foregoing proceeding pages fully
and accurately to the best of my ability and the
foregoing typewritten pages constitute the full and
complete transcript of said recordings.

Witness our hand on this date: 7/28/08

Transcriber

Joanne Vaillancourt


Sworn to before me on:

7/28/08

Notary Public


Janet Reardon
Notary Public, State of New York
No. 01RE6074687
Qualified in Suffolk County
Term Expires May 20, 2010

---------------------------------------

TRANSCRIPT OF RECORDED CONVERSATION

BETWEEN

YOLANDA BOSWELL & JAMARLO K. GUMBAYTAY

---------------------------------------

Transcribed by:

**SUZANNE HAND & ASSOCIATES**
One South Bay Avenue, Islip, New York   11751
631-277-9771

Certified
Original

2

1          MS. BOSWELL:  In the stores or.

2          MR. GUMBAYTAY:  Can you talk or do you

3     want to call him back when you get out of

4     there?

5          MS. BOSWELL:  Yeah, I can talk.

6          MR. GUMBAYTAY:  All right I'm just calling

7     to see when I can start to working on my rent

8     part of it for next month.

9          MS. BOSWELL:  I mean what you all, what

10    you all mean.

11         MR. GUMBAYTAY:  I want to see, I want to

12    see you sometime between 9 a.m. this month.

13         MS. BOSWELL:  Hm.

14         MR. GUMBAYTAY:  If you can get away I'd

15    certainly would appreciate it.

16         MS. BOSWELL:  Let me see what kind of work

17    cause I just, I was misunderstanding you.

18         MR. GUMBAYTAY:  Okay.  All right.  You

19    miss, you must misunderstood me.

20         MS. BOSWELL:  Yeah, I did.

21         MR. GUMBAYTAY:  I said, I said I was gonna

22    help you uh, as much as I possibly could over

3

1              there if you needed my help.  Uh, your rent

2              won't be 550 it'll be 450, I'll take care of

3              $550.  Uh, was that - wasn't that clear?  I'll

4                  take care of $100.00 of that.

5                  MS. BOSWELL:  I mean, yeah.

6                  MR. GUMBAYTAY:  If I could see you.  If I

7              could see you every once in a while.

8                  MS. BOSWELL:  Yeah, but what I'm saying is

9              help me understand by seeing me cause you came

10             to my house Saturday and saw me and shit.

11                 MR. GUMBAYTAY:  No, I don't.

12                 MS. BOSWELL:  Yeah, I want, I ain't,

13             evidently like I'm saying understanding you

14             because you know.

15                 MR. GUMBAYTAY:  That's the, that's, that's

16             the, does the word sugar daddy has had, did I

17             put that out there anywhere.

18                 MS. BOSWELL:  Yeah, but you know me I be,

19             I mean, I have a lot people make pass, a lot of

20             men make pass at me you see what I'm saying.

21                 MR. GUMBAYTAY:  Oh, okay.

4

1        MS. BOSWELL:  So I laugh, you know, I hear

2        and don't hear and I don't paying no attention

3        cause I figure their just saying (inaudible)

4        cause I really do that all the time.

5        MR. GUMBAYTAY:  Oh.  Okay.

6        MS. BOSWELL:  But I mean like I

7        (inaudible) I had been misunderstood I was just

8        figuring that you was just trying to help me

9        because of the situation in and that's why you

10        were gonna knock the $100 of the rent.

11        MR. GUMBAYTAY:  Uh, huh, well, uh, well

12        you definitely misunderstood me but now it, you

13        know I told that man that house is $550 over.

14        Ain't no way in the world I can rent that house

15        for no $450.  I suppose you need some help from

16        time to time with the utility bills and I pay

17        that for you, you know just let me be your

18        sugar daddy once in a while and you said hey, I

19        understand I see how and I don't have no

20        problem with this so I felt we were clear on

21        that.

22        MS. BOSWELL:  No, I (inaudible).

5

1            MR. GUMBAYTAY:  `Cause if we're not well

2       that's no problem, you know your mom you all

3       can handle it over there, I uh, I, I, hey if

4       you misunderstood I have no problem with that,

5       I'm not gonna be about harassing nobody uh,

6       bothering nobody if you don't want to me

7       bothered and I told you that, you're a grown

8       woman.

9            MS. BOSWELL:  Hm.

10           MR. GUMBAYTAY:  Um, but I guess you all

11               just do uh, what it be 425, 525 a

12      piece.

13           MS. BOSWELL:  525 a piece?

14           MR. GUMBAYTAY:  Uh, yeah, 250 divided by

15      two between you and your mom.

16           MS. BOSWELL:  Hm, hm, so that mean I have

17      to pay the 550 now?

18           MR. GUMBAYTAY:  Yeah, well that's what it,

19      it was in your contract.  Remember I told you

20      it was two, I, you know come on, now you know

21      you uh, well, you, I know you darn well, you

22      ain't that slow.

6

1          MS. BOSWELL:  No, uh, uh, see what.

2          MR. GUMBAYTAY:  I said that's right cause

3     I says well I don't.

4          MS. BOSWELL:  But listen.

5          MR. GUMBAYTAY:  Oh.

6          MS. BOSWELL:  You didn't understand it

7     then, that I was getting cause I just explained

8     to you the understanding that I (inaudible).

9          MR. GUMBAYTAY:  You can't rent that damn

10    house for no you know I can't rent that main

11    house no $450 you know cause no one else is

12    paying $450.  Meanwhile I was going knock off

13    that for your daddy because he was gonna go in

14         there and work on that house and put it,

15    put it, put in sweat equity into it and I was

16    gonna knock off so much a month for so many

17    months and then that'll bring it down to 450.

18    And that's the same thing as you and I was

19    gonna do over there at Lake (phonetic) Street

20    so that could've been, you could have got that

21    house for 450 if you put your, your folks went

22    in and put $3,000 of labors in there then I was

1        gonna do that for you at that particular house

2        but this particular house well that's that much

3        to do over there, I said but I still be able to

4        help you out and I thought that was perfectly

5        clear that's why I said we got to have two

6        leases. I got to send him a lease for 550 you

7        can take that 450 lease and take that over to

8        the DHR and do what you go to do baby girl.

9        But its no problem you can just pay me the 450

10       for the, for the first month and I am not gonna

11       bother about that if you miss understand that

12       there come the following month.  Then you all,

13       you and your mom since she should have her

14       social security in by then and you all can go

15       ahead and start paying the full out 550.  I

16       ain't I, if you misunderstood I, I right that.

17              Is that fair enough?

18              MS. BOSWELL:  Yeah, but I don't know.

19              MR. GUMBAYTAY:  I don't want to put you in

20                 that kind of pressure sister,

21       cause I, if, if, if you didn't

8

1      understand, if that wasn't, if I didn't

2      make that clear, clear then I apologize

3      cause.

4           MS. BOSWELL:  Yeah, that's what I

5      mean.

6           MR. GUMBAYTAY:  `Cause I tell you I

7      was gonna (inaudible) if you ask me to

8      help you out, if you, yeah, cause I

9      think I said (inaudible) utility bills

10     even once in a while let me know.

11          MS. BOSWELL:  Yeah, right.

12          MR. GUMBAYTAY:  Yeah, I said I

13     don't want, I want to make sure you live

14     a comfortable lifestyle over there so I

15     was extending the invitation to you to

16     be more than just a friend and

17     acquaintance that's if, if you don't

18     have any problem with it.

19          MS. BOSWELL:  So what, so what, so

20     what

9

1          you saying is if I came over there, I

2          mean, I mean, both of us grown, had sex,

3          it'd be $100 off the rent.

4                  MR. GUMBAYTAY:  Meaning if you come

5          over here and uh, let me put it this

6          way.

7                  MS. BOSWELL:  Yeah, I mean help me

8          understand what you saying.

9                  MR. GUMBAYTAY: Right, no, the law,

10         I don't want to put it that bluntly but

11         uh, in, um.  God will do everything.

12         God and Gumbaytay do everything we

13         possibly can to help you out over there.

14                 MS. BOSWELL:  Yeah.

15                 MR. GUMBAYTAY:  That's all I got

16         yeah, I tell you, you have to pay help

17         you pay your lights and.  You're a very

18         attractive African American female

19         that's all I got to say.  I would have

20         helped you with your light bills every

21         once in a while and help you with your

22         gas bills every once and a while so I

10

1          don't want to put it that blunt and that

2          blank because it sound like its, its,

3          its, its just harassment.  It sound like

4          you go to do this and offer me to do

5          that.  Its not that way.  Uh, I don't

6          want it to be taken that way because

7          that's border line of sexual harassment

8          and I don't want to get caught up in

9          that so I rather say it to you uh let

10         your conscience be your guide, let me

11         address it that way.

12              MS. BOSWELL:  Hm, hm.  (Inaudible).

13              MR. GUMBAYTAY:  I all I got to say

14         (inaudible) but I, I personally don't

15         want you to feel that way that that's

16         what its all about but if you

17         misunderstood and that was a terrible

18         misunderstanding I will take care of the

19         first month rent next month and I have

20         no problem with that and then you and

21         your mom you all just pool you all

11

1          resources together that's 275 a piece.

2          And we'll just move on.

3                    MS. BOSWELL:  Hm, hm.

4                    MR. GUMBAYTAY:  I mean if you, I

5          mean because I, I thought I made it

6          perfectly clear but don't use that word

7          that bluntly like that because that,

8          that's borderline sexual harassment and

9          I don't want nobody to say well this man

10         said if I don't do this with him if I

11         don't do that with him then I got to pay

12         450, 550 a month, no I'm not saying that

13         so I be willing to help you out if you

14         needed the help over there and there

15         will be a base that at the same time uh,

16         we can both benefit in more ways then

17         one but it, putting the way you putting

18         it, it just sound too, too, too harsh.

19                    MS. BOSWELL:  No, I mean no,

20         I'm not putting it like (inaudible).

21                    MR. GUMBAYTAY:  You know if

22         you don't want to give me no sex, if you

12

1          don't have sex with me then you can't

2          live there for no 450 I, I don't

3          (inaudible).

4                  MS. BOSWELL:  I mean it.

5                  MR. GUMBAYTAY:  That's got to be.

6          I, I, I.

7                  MS. BOSWELL: I mean what I'm saying

8          cause (inaudible) I'm trying cause to

9          look at it like you saying I meant to

10         get it so I'm trying how let me see

11

12          actually.

13                 MR. GUMBAYTAY:  (Inaudible)

14         somebody else or somebody else around

15         you?

16                 MS. BOSWELL:  Oh, no.  Ain't

17         nobody, no, ain't no body around me.

18         No.

19                 MR. GUMBAYTAY:  Okay but lets go

20         back to square, when I first met you, I

21         said yes, I'll rent this house for you

22         at 1250 then cause there's a lot of work

| | |
|---|---|
| 1 | to be done.  And the first thing came |
| 2 | out your mouth we can do that.  I got |
| 3 | cousin, niece and nephew (inaudible) |
| 4 | I'll tell you what, what let, let all |
| 5 | your cousins tell me what it gonna take |
| 6 | cause the done and would knock if off |
| 7 | your rent and I'll rent you the house so |
| 8 | that's 600 and I'll rent that for you |
| 9 | for 550 a month and I'll just take $100 |
| 10 | a month off and your uncle say well that |
| 11 | may, may, may be more than that well you |
| 12 | tell me what it's gonna cost to get it |
| 13 | done. |
| 14 | MS. BOSWELL:  Exactly. |
| 15 | MR. GUMBAYTAY:  Then I just called |
| 16 | the landlord and we just take $100 a |
| 17 | month off for a year. |
| 18 | MS. BOSWELL:  Yeah. |
| 19 | MR. GUMBAYTAY:  I would've make, I |
| 20 | would have and if that didn't work out |
| 21 | now so look I got another house so that |
| 22 | was that and that didn't work over there |

1                    then you all go ahead and clean up,

2                    clean up.  And then we'll take off all

3                    of this for you, for utilities, we'll

4                    take off this for your first month rent

5                    cause you and your mom you all went in

6                    and cleaned it up.  I said okay we'll

7                    just cut that in half and we'll just

8                    take off clear off some your deposit

9                    money.  But other than that there wasn't

10                   any other thing that could be done in

11                   that house that's gonna carry you for

12                   six months or carry you 12 months, I

13                   couldn't negotiate with the landlord.

14                   That's what I said I gotta turn that

15                   lease into him but I said to you using a

16                   nice way if you need some help from a,

17                   from a, you know a fine young lady like

18                   you don't have no business goin' broke

19                   and goin' through no change and struggle

20                   over there.  I said let me help you out,

21                   you waiting for me to help you out so I

22                   helped you, you waiting for me to help

1              you out and you know I helped you out

2              and at the same time just come and see

3              me every once and a while okay. I hear

4              yeah, I understand.  But suddenly the

5              way you put it that's kind of really

6              blunt and direct and I don't want you

7              thinking that way so you know just to,

8              the only things up you misunderstood

9              that, the (inaudible) I take care of the

10             first two months rent at no cost you

11             gotta do nothing cause I ain't, I'm not

12             the kind of brother that harass nobody

13             or, or bother nobody I don't want a

14             female to think that you can't live in

15             one of my houses unless you have sex

16             with me.  I'm not Ray Charles.

17                  MS. BOSWELL:  Hm, hm.  Yeah.

18                  MR. GUMBAYTAY:  You know, you know

19             well Ray Charles say you know you what

20             (inaudible) Ray let you go you got, got

21

22             to (inaudible) Ray.

1                    MS. BOSWELL:  Hm, hm.

2                    MR. GUMBAYTAY:  No, I ain't Ray

3            Charles I'll pay for the next two months

4            `cause I want to back up outta this if

5            that's what you thought and that's what

6            you assume because I am a respectful

7            feeling of that way.

8                    MS. BOSWELL:  Hm, Hm.

9                    MR. GUMBAYTAY:  But I thought it

10           was a mutually but here again you know

11           its not what I said, what you said and

12           what we thought each other said, the

13           indication but I'm gonna clear that up

14           right now.

15                   MS. BOSWELL:  Yeah.

16                   MR. GUMBAYTAY:  But Gumbaytay

17           trying to hurt nobody I told you that,

18           you ain't gotta do anything you don't

19           want to do you a female, I respect

20           females, I ain't trying to harass

21           nobody, ain't trying to have nobody say

22           you come and get up under me, I'll take

17

1     care of your rent, I don't want it to be

2     like that.

3          MS. BOSWELL:  Exactly.

4          MR. GUMBAYTAY:  I'll take care of

5     it for the next two months you ain't

6     gonna worry about it doing nothing for

7     me or coming to see me but that's when

8     that third month you and your mom just

9     get your act together and you know what

10    I'm saying.  Just before with that kind

11    of problem I don't need that kind of

12    problem.

13         MS. BOSWELL:  Hm, hm.

14         MR. GUMBAYTAY:  `Cause I ain't that

15    kind of brother.

16         MS. BOSWELL:  Yeah, well lets try

17    cause I miss, you know, like men make

18    pass at me and I, you know, what I'm

19    saying.

20         MR. GUMBAYTAY:  Well that was

21    really strong then girlfriend  that's

22    (inaudible) its like you got no business

1       struggling.  Let a brother help a sister

2       out over there.  And I said yeah your

3       (inaudible) with ya, I know you need a

4       sugar daddy.

5           MS. BOSWELL:  Hm.

6           MR. GUMBAYTAY:  And I said I'll let

7       you, you know, I, I'll let you, I'll pay

8       your rent for you, you know pay part of

9       your rent.

10          MR. BOSWELL:  Yeah.

11          MR. GUMBAYTAY:  But you, and your

12      mother was sitting there cause your ma

13      saying it, when I was, we were sitting

14      there together I knew (inaudible) find

15      me one.

16          MS. BOSWELL:  Yeah.

17          MR. GUMBAYTAY:  You know so that

18      was cause I, cause after mom I find

19      little sister you don't mind if I take

20      care of your daughter if she grown.

21          MS. BOSWELL:  Yeah, you know but

22      like I say I rode that road everyday.

1          MR. GUMBAYTAY:  But ain't nobody

2      really gonna put it in writing but I put

3      it in writing and I said you 450 lease

4      and there's a 550 lease that's why I

5      went on saying about the 550 one you got

6      to sign on off on it cause I can send

7      that man that lease.

8          MS. BOSWELL:  Hm.

9          MR. GUMBAYTAY:  But please don't

10     let no one every think its, that, that

11     kind of a demand that kind of pressure

12     on my sister over there you have to do

13     anything that you don't want to do

14     beyond your (inaudible) I can't, that

15     ain't my style.

16         MS. BOSWELL:  Yeah.

17         MR. GUMBAYTAY:  You know all

18     sweating off a sister like little

19     (inaudible) no women like that you know

20     I ain't never said, ain't never did

21     nothing like that the ways said nothing

22     to a woman that way but if I'm gonna get

1            fresh and old man's gonna get fresh but

2            that was a real sincere offer because

3            you a nice lookin' lady.

4                 MS. BOSWELL:   Yeah.

5                 MR. GUMBAYTAY:   You if a man that

6            want to help take care of you and your

7            kids so that's you offering a little

8            (inaudible) you know what I'm saying.

9            That you, you may not need that kind of

10           help but I don't have no problem with

11           that uh, uh, uh, Yolanda.

12                MS. BOSWELL:   Hm, hm.

13                MR. GUMBAYTAY:   No problem with the

14           manager, you can call me and say

15           (inaudible).

16                MS. BOSWELL:   Hm, hm.

17                MR. GUMBAYTAY:   So that.  We do

18           have an understanding when I say I back

19           all that up baby, you misunder

20           (phonetic), I misunderstood but I hope

21           you, that we, we, we, we gonna fall off

22           and be no bad terms but talking

1      occasions the best thing in the world

2      and that like and I don't have no

3      problem with men the big (inaudible)

4      over there.  I ain't go no business

5      getting up in your business where you go

6      when you coming back, who you been with

7      and I ain't gonna sweat a sister like

8      that.

9           MS. BOSWELL:  Yeah.

10          MR. GUMBAYTAY: But if you don't

11     then

12     I misunderstood I promise you I take

13     care of your rent for the next two

14     months at 450 rate on that third month,

15     then I, I'm gonna leave it up to you for

16     a minute.  But I, I, I, so I make up for

17     that for the two months you should be

18     able to get it together I hope.

19          MS. BOSWELL:  Hm.

20          MR. GUMBAYTAY:  `Cause I'm saving

21     you 200 this next two months.

22          MS. BOSWELL:  Yeah.

23          MR. GUMBAYTAY:  You know $10 that

24     you can put aside, $20 you know 25

1       there, so when you come when it be

2       October and it'll be November, it be

3       January and your money should be coming

4       in by then.  She should have some sort

5       of income coming in and you only talking

6       about (Inaudible) dollars a month

7       between you and you mom.

8               MS. BOSWELL:  Yeah.

9               MR. GUMBAYTAY:  But I can't, I

10      can't afford to pay them all that, that,

11      too, a hundred for more then that

12      darling.  But if I ask you for fringe

13      benefit well hey I be on.  The kids

14      (inaudible) the man, kids motivate himto

15      do things that he wouldn't normally do.

16              MS. BOSWELL:  Hm, hm.

17              MR. GUMBAYTAY:  Is, is we.

18              MS. BOSWELL:  Yeah.  (Inaudible).

19              MR. GUMBAYTAY:  You know if,

20      if that's what, that interests you now

21      you (inaudible) just say yes and no.  I

22      ain't gonna be mad at you.

23              MS. BOSWELL:  Hm. yeah, I don't

24      know (inaudible).

```
1                    MR. GUMBAYTAY:  Well just go.
2                    MS. BOSWELL:  I ain't gonna be.
3                    MR. GUMBAYTAY:  Well I ain't
4          begging you for anything.  See.
5                    MS. BOSWELL:  Yeah.
6                    MR. GUMBAYTAY:  I got no problem
7          with it come January and its 2007 uh,
8          you know that, that, that 550 in there
9          and you got to hear from me if there's
10         any problems over there.
11                   MS. BOSWELL:  Oh.
12                   MR. GUMBAYTAY:  `Cause I, I want to
13         make sure I ain't tryin' to harass
14         nobody like that.
15                   MS. BOSWELL:  Yeah, yeah, but I'm
16         gonna call you when I.
17                   MR. GUMBAYTAY:  Okay.
18              All right later.
19                   MS. BOSWELL: Okay.
20              *       *       *       *       *       *
21
22
23
24
```

24

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

CERTIFICATE OF TRANSCRIBER

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF SUFFOLK      )


I, JOANNE VAILLANCOURT, state that I transcribed

the recording of the foregoing proceeding pages fully

and accurately to the best of my ability and the

foregoing typewritten pages constitute the full and

complete transcript of said recordings.


Witness our hand on this date: 7/28/08

                                     Transcriber


Joanne Vaillancourt


Sworn to before me on:

7/28/08

Notary Public


Janet Reardon
Notary Public, State of New York
No. 01RE6074687
Qualified in Suffolk County
Term Expires May 20, 2010