IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

YOLANDA M. BOSWELL,               )
                                   )
        Plaintiff,                 )
                                   )
    v.                             )    CASE NO. 2:07-cv-0135-WKW
                                   )
JAMARLO K. GUMBAYTAY, *et al.*,    )
                                   )
        Defendants.                )

## **ORDER**

On August 12, 2008, August 15, 2008, and August 16, 2008, Alfred T. Newell, IV,

counsel for Defendant Jamarlo K. GumBayTay, sent e-mails to the undersigned's work

e-mail address and attached to those e-mails a compilation of documents. The e-mails total

six. Some contain subject lines, such as, "RE: SIGNATURE NEWELL GUMBATAY [sic]

DISSMISLE [sic], WITH PERMISSION," and "MR GUMBAYTAY HAD MY FULL

AUTHORITY TO SING FOR AS THEY."[1]  (*See* Ct. Attachs. # 2 & 5.)  Four include

attachments comprising, among others, copies of at least two pleadings which Mr. Newell

previously filed, random pages of partial text from other filed pleadings, a page setting out

the undersigned's mailing and e-mail addresses at the courthouse, a page depicting a blank

e-mail screen, and files which upon opening generate only cryptic notations. The e-mails and

attached documents are affixed to this Order as Attachments 1, 2, 3, 4, 5 and 6.

---

[1] Assuming that "SING" contains a typographical error and, instead, should read "SIGN," this caption appears to be in response to the clerk's docket entry that, "while in [the] clerk's office," Mr. GumBayTay signed Mr. Newell's name on a pleading and presented it for filing. (*See* Doc. # 96.)

No explanation is provided by Mr. Newell as to the purpose for submitting these e-mails or why he sent these e-mails to the undersigned's work e-mail address which is published neither on the court's CM/ECF electronic filing system nor on the Alabama Middle District of Alabama's website.[2]  Mr. Newell's acts of sending these e-mails to the undersigned's work e-mail address are inappropriate and in violation of the rules of this court for filing pleadings.  Consequently, none of the attachments to this Order is deemed filed with the clerk.

Based on the foregoing, it is ORDERED as follows:

(1)  Mr. Newell is DIRECTED to cease sending e-mails to the undersigned's e-mail address for any purpose; and

(2) Mr. Newell is DIRECTED to file all pleadings electronically in compliance with the court's Administrative Procedures for Filing, Signing, and Verifying Pleadings and Documents in the District Court under the Case Management/Electronic Case Files (CM/ECF) System.  These Administrative Procedures are available on the Middle District of Alabama's website, www.almd.uscourts.gov, under the Rules & Procedure section.

Done this 27th day of August, 2008.

UNITED STATES DISTRICT JUDGE

---

[2] The court notes that only the judges' "proposed order" e-mail addresses are included on the court's website, and those addresses are provided solely for the purpose of receiving from attorneys, by way of an attachment to an e-mail, a WordPerfect version of any filed proposed order.

2



**NEWELLA@bellsouth.net**
08/12/2008 09:56 PM

To  keith_watkins███████████████

cc

Subject  Request for leave of court re: time bar

-------------- Forwarded Message: --------------
From: webmail@bellsouth.net (Webmail Postmaster)
To: NEWELLA@bellsouth.net
Subject: Returned mail: User unknown
Date: Tue, 12 Aug 2008 22:18:37 +0000

The following addresses had fatal errors:
turenne.@elitehomemtg: 550 [PERMFAIL] destination not valid within DNS

WARNING! Attached message is truncated.  gumbaytay leave of court re time barred motions.doc

gumbaytay motion for summary judgement.doc  motion to strike-gumbaytay.doc

8/12/08 Email
9:56 p.m.

Attachment 1
1 of 15

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **YOLANDA M. BOSWELL,** | ) |
| | ) |
| **PLAINTIFF** | ) |
| | ) |
| **VS.** | ) **CIVIL CASE NO.** |
| | ) **2:07-cv-135** |
| | ) |
| **JAMARLO K. GUMBAYTAY** | ) |
| **DBA/THE ELITE REAL ESTATE CONSULTING GROUP** | ) |
| | ) |
| **DEFENDANT** | ) |

# REQUEST FOR LEAVE OF COURT

Comes now Defendant Jamarlo K. Gumbaytay, by & through his attorney of record, Alfred T. Newell requesting leave of court for an extension of time as regards to filings of motions, sanctions, writs and pleadings in the above styled cause.

This honorable court has been dismissing Mr. Gumbaytay's briefs, writs and pleadings as being time-barred, while accepting and filing most of opposing counsel Neal's, which **constitutes discrimination against an innocent and bankrupt defendant.**

Opposition is trying to get Mr. Newell discharged from the case and disbarred when they have no standing to do so. Therefore opposing counsel refuses to agree to an extension of our time line.

Allison Neal and her staff are capriciously and blatantly and **illegally filing** such briefs, writs, motions and illegal, absurd pleadings for a crack whore plaintiff, who's same, said legal filings are time-barred.

Due to Gumbaytay's lengthy delay in finding an attorney to defend himself, and his financial difficulties in hiring an attorney, by the time Mr. Newell's services were acquired in June, time had run out for filing most everything on defense. In fact, Neal and Lay both informed Mr. Newell at ACLU's depositions, time had run out for defense discovery and depositions.

2 of 15

Furthermore, due to the client's misunderstanding of the ramifications of this case, he thought he was hiring Newell for slander, when he in fact needed a defense attorney.

In fact, ACLU and CAFHA and Legal Services were **aggressively trying to put this innocent man in jail right after his deposition**, for a number of Housing Act violations and **untrue claims and charges brought to them by a disreputable plaintiff who had outstanding warrants for her arrest.**

Gumbaytay is in Bankruptcy, case # 03-32624-DHW-C13, and this judge knows this as does the honorable Judge Moorer down the hall. There is in effect an automatic stay:

**ADMINISTRATIVE POWERS 8606 – 362a.** Automatic stay for bankruptcy cases filed after October 7, 1984. Page 8625 CCH Explanation: The automatic stay in bankruptcy is the equivalent of a temporary **federal injunction against virtually all creditors.**

Additionally, with the shut down of his business due to the Real Estate Commission's order, he is surviving on military disability, and in trying to reestablish disability, is in process of appeal for social security. **These facts alone constitute extreme financial hardship**.

Furthermore, ACLU's Neal is trying to collect her costs and legal fees from an innocent man who cannot possibly be made to pay.

Defendant was not financially able to hire an attorney any sooner, and was foolishly trying to defend himself against all these government factions and the like. Neal with the ACLU has numerous attorneys, paralegals and clerks at her disposal, researching and plugging into their filings enough **erroneous law citings** to fill a book.

Mr. Newell is semi-retired, facing abdominal surgery, suffering from other medical problems, and has only one part-time paralegal at his disposal. He finds it tiresome to keep on top of Neal's **illegal and erroneous filings**, much less that of the Housing Authority and now the Justice Department Civil Rights Division's suit against Gumbaytay and his former clients.

Gumbaytay was finally able to hire Newell in June, 2008, after ACLU and CAFHA together had filed over 90 documents with this honorable court regarding this matter. In their most recent document alone, **many of the cases they cite as a point in their favor, the courts ruled against them!** So they are swamping this honorable court and Defendant Gumbaytay and now Mr. Newell with paperwork that has to be answered and/or countered and it's a waste of everybody's time and an insult to this honorable court.

**It is quite ironic that a well educated black man's life and livelihood and reputation has been put in the toilet by evidence that is, in fact nothing more than "toilet calls" on a wiretap** (ACLU plaintiff's manufactured evidence where their client, established by professional investigator as a disreputable crack whore, leads Gumbaytay on, and **she never says no to his advances** when he politely asks her to dinner and later invites her on a trip to attend Lutheran SEMINARY training with him and she says, "Men pay me for that!")

3 of 15

Mr. Gumbaytay was actually trying to approach her thinking he could convert her to the Lutheran faith, wanting to help her find ways to turn her life around; his intentions were not sexual. He was conned by her regarding the lease agreement and was trying to figure a way to get her to do the right thing. As far as sexual advances, Gumbaytay unequivocally states, "She's not my type!"

Plaintiff and her counsel have twisted his intentions, building a case that does not exist around these phone conversations. Plaintiff's housing issues are used to compound the whole thing, but she still was evicted for non-payment of rent. She simply delayed that longer by filing her complaint.

The plaintiff's cell phone bill reflects approximately 6 calls in several months from Gumbaytay **all in response to her calling him numerous times**. It hardly constitutes harassment on his part, sexual or otherwise. And if she can pay a $380 cell phone bill to stay in touch with her johns, why couldn't she pay her rent? Newell and his investigator know it's because she was setting up Gumbaytay, framing him so she could get a lump sum of money or a free place to live!

Mr. Newell is forwarding a copy of the DVD which ACLU sent Gumbaytay, and by the way, they had a CD of the wiretap at depositions, so why was he given a DVD? It's a clear break in the chain of evidence.

Four of the seven media files on the prosecution's real or alleged evidence are, in fact, **toilet calls**. Further, Mr. Newell has circumstantial evidence that this disk was manufactured as part of their perfect frame, which still yielded nothing substantial. So Newell is forwarding a copy of said disk simultaneously herewith via overnight mail, and a copy of the plaintiff's cell phone bill.

ACLU's Neal **does not want you to hear these recordings**. They make the plaintiff look bad, so they prefer you just read their transcripts of the wiretap, which they've **colored in their favor with "indecipherables".**

Furthermore, there are other people named in this U.S. Justice Department suit Mr. Gumbaytay has never even met nor heard of, much less done business with, so how could he possibly be involved. The alias they've tagged him with is apparently a case of identity theft noted on his credit report over twenty years ago as a name of some individual using his social security number to get credit. Tagging him with an alias makes him look like a fraud when he is not. Gumbaytay is one of Montgomery's finest, and was even named "Man of the Year" for his accomplishments.

Defendant Gumbaytay is an innocent man whose **admirable life achievements deem him worthy of special consideration** in these matters. Otherwise, we will wind up **wasting this court's precious time in a jury trial on a case that should never have gone this far without being dismissed**.

4 of 15

Therefore, a time extension as regards to filings is absolutely critical to Mr. Gumbaytay's defense. Mr. Newell asks this honorable court to lift the time bar on defense filings so we can re-file all our motions and attempt to save this court some time. Otherwise, please consider time-barring the opposition's illegal filings as well which would at least give Mr. Newell a chance to prepare adequate defense for jury trial.

## RESPECTFULLY SUBMITTED

---

## ALFRED T. NEWELL
### ATTORNEY AT LAW
**P.O. BOX 101432**
**BIRMINGHAM, AL 35210**
**(205) 956-8281**
**FAX (205) 951-2855**

## CERTIFICATE OF SERVICE


I hereby certify that a copy of the foregoing has been served upon opposing attorneys or parties by placing a copy of same in the U.S. Mail, properly addressed and postage prepaid this 12th day of August, 2008.


_____

**ALFRED T. NEWELL**
**ATTORNEY AT LAW**
**P. O. BOX 101432**
**BIRMINGHAM, AL 35210**
**(205) 956-8281**
**FAX (205) 951-2855**

**ALLISON E. NEAL**
**AMERICAN CIVIL LIBERTIES UNION**
**OF ALABAMA FOUNDATION**
**207 MONTGOMERY STREET, SUITE 910**
**MONTGOMERY, AL 36104**

**FAITH R. COOPER**
**CENTRAL ALABAMA**
**FAIR HOUSING AUTHORITY**
**1817 WEST SECOND STREET**
**MONTGOMERY, AL 36106**

**KENNETH J. LAY**
**LEGAL SERVICES OF ALABAMA, INC.**
**P.O. BOX 11765**
**BIRMINGHAM, AL 35202**

**LENORA LAPIDUS**
**WOMEN'S RIGHTS PROJECT**
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
**125 BROAD STREET 18TH FLOOR**
**NEW YORK, NY 10004**

6 of 15

EMILY MARTIN
WOMEN'S RIGHTS PROJECT
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 BROAD STREET 18TH FLOOR
NEW YORK, NY 10004

ATTORNEYS FOR PLAINTIFF

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| YOLANDA M. BOSWELL, | ) |
| | ) |
| PLAINTIFF | ) |
| | ) |
| VS. | ) CIVIL CASE NO. |
| | ) 2:07-cv-135 |
| | ) |
| JAMARLO K. GUMBAYTAY | ) |
| DBA/THE ELITE REAL ESTATE CONSULTING GROUP | ) |
| | ) |
| DEFENDANT | ) |

## MOTION FOR SUMMARY JUDGEMENT

    Comes now the Defendant, Jamarlo K. Gumbaytay, by counsel, and hereby moves this Court pursuant to Federal R. Civ. P. 56 to grant summary judgment in his favor as to each count asserted by the Plaintiffs in the Complaint as grounds for this motion, the Defendant states as follows:

    Mr. Gumbaytay has been professionally framed by one Allison Neal through a conspiracy with a crack whore, Yolanda Boswell. The facts are indisputable. No genuine issues of them still exist, except those which will be tried in the counterclaim.

    We are only asking for summary judgment as to this original claim of Yolanda Boswell. Mr. Newell intends to try the counterclaim.

**RESPECTFULLY SUBMITTED**

_____

## ALFRED T. NEWELL
### ATTORNEY AT LAW
**P.O. BOX 101432**
**BIRMINGHAM, AL 35210**
**(205) 956-8281**
**FAX (205) 951-2855**

8 of 15

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon opposing attorneys or parties by placing a copy of same in the U.S. Mail, properly addressed and postage prepaid this 9th day of July, 2008.

_____

**ALFRED T. NEWELL**
**ATTORNEY AT LAW**
**P. O. BOX 101432**
**BIRMINGHAM, AL 35210**
**(205) 956-8281**
**FAX (205) 951-2855**

**ALLISON E. NEAL**
**ACLU OF ALABAMA FOUNDATION**
**207 MONTGOMERY STREET**
**SUITE 910**
**MONTGOMERY, AL 36104**

**FAITH R. COOPER**
**CAFHA HOUSING AUTHORITY**
**1817 WEST SECOND STREET**
**MONTGOMERY, AL 36106**

**KENNETH J. LAY**
**LEGAL SERVICES OF ALA. INC.**
**P.O. BOX 11765**
**BIRMINGHAM, AL 35202**

**LENORA LAPIDUS**
**WOMEN'S RIGHTS PROJECT**
**ACLU FOUNDATION**
**125 BROAD STREET 18TH FLOOR**
**NEW YORK, NY 10004**

9 of 15

EMILY MARTIN
WOMEN'S RIGHTS PROJECT
ACLU FOUNDATION
125 BROAD STREET 18TH FLOOR
NEW YORK, NY 10004

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| YOLANDA M. BOSWELL, | ) |
| | ) |
| PLAINTIFF | ) |
| | ) |
| VS. | ) CIVIL CASE NO. |
| | ) 2:07-cv-135 |
| | ) |
| JAMARLO K. GUMBAYTAY | ) |
| DBA/THE ELITE REAL ESTATE CONSULTING GROUP | ) |
| | ) |
| DEFENDANT | ) |
| | ) |

# MOTION TO STRIKE

Comes now, Attorney Alfred T. Newell in the above styled cause and asks this honorable court to by motion strike under Federal Rule 12 (f) of civil procedure, and have any redundant, immaterial, impertinent, or scandalous allegations stricken from the complaint and this litigation.

Attorney Allison Neal has exceeded all known authority and law; all known rules of professional responsibility, and has unceasingly and illegally continued harassing Attorney Alfred T. Newell and this court for insignificant, untrue allegations.

Since 1980, Mr. Newell has never received one complaint from the Alabama State Bar, or any client, and those are the only people who would have standing to even challenge any such intra-judicial qualifications.

If the rule were otherwise, no client could ever hire an attorney, because the other side would dismiss him as soon as they went to court ad infinitium; nor would there be any need for a state bar ethics and/or licensing.

11 of 15

**Mr. Newell, without further particularity of delineation about Allison Neal's filing of an "on-line court law clerk copy for a disqualification of attorney" form are for the WRONG PARTY; are untrue and illegal; and are contrary to law if being filed by Neal:**

1. Allison Neal, opposing counsel, has no standing to file any complaint against attorney Alfred T. Newell.
2. The defendant, my client has the right to an attorney.
3. No client has ever filed any criminal, civil or State Bar complaints against me.
4. My client does not concur with Allison Neal on disqualification. He is the only one who has standing for filing such a document.
5. I was hired one day prior to depositions and given short notice to appear; and after depositions again given short notice to appear at hearing.
6. I offered apologies, due to conflicts in schedules and traffic problems commuting from Birmingham to Montgomery.
7. Both appearances occurred prior to my even being able to fully acclimate myself to the gravity of the case; so drawing on experience I did what I could to zealously defend my client and was right to do so.
8. In depositions, I pointed out the flaws in their "evidence" which further angered Neal, especially when I told her we would play that recording for the judge.
9. I was not allowed to even question relevancy regarding ACLU's questions to my client and was subjected to rude treatment and threats by and from Neal.
10. I do hereby apologize to this honorable court for being late to the hearing.
11. According to Neal, my "crimes," making me into "Public Enemy # 1" include me being RIGHT and me being LATE!!!

12 of 15

**Attorney Allison Neal now knows she has no chance of winning this case. Mr. Newell also has a long list of felonies he could have already filed against Neal. Mr. Newell has been trying to ignore her disrespectful comments and mistakes.**

**She is guilty of framing the Defendant, my client and actually aiding and abetting her client Yolanda Boswell in this act. Together, they have ruined my client's life and livelihood for two years now, and I can prove this in court as well as anything I have said regarding these matters.**

**Attorney Newell thinks the actions and behaviors of Allison Neal are reprehensible and absolutely ridiculous and he further asks this honorable court to keep her from wasting this court's time; and to stop her from filing these personal attacks on Mr. Newell; and to cite Allison Neal for Contempt for continually harassing him and his client.**

**American Civil Liberties Union (ACLU), and especially attorney Allison Neal should be cited for contempt, including but not limited to a default, costs, attorney fees for continually wasting this court's time and those involved; including completely ruining the lives of innocent people; and for framing another innocent life; and for unconscionably and continually harassing and insulting this court and one of its members.**

### RESPECTFULLY SUBMITTED

---

### ALFRED T. NEWELL
**ATTORNEY AT LAW**
**P.O. BOX 101432**
**BIRMINGHAM, AL 35210**
**(205) 956-8281**
**FAX (205) 951-2855**

13 of 15

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon opposing attorneys or parties by placing a copy of same in the U.S. Mail, properly addressed and postage prepaid this 28th day of July, 2008.

---

**ALFRED T. NEWELL**
**ATTORNEY AT LAW**
**P. O. BOX 101432**
**BIRMINGHAM, AL 35210**
**(205) 956-8281**
**FAX (205) 951-2855**

**ALLISON E. NEAL**
**AMERICAN CIVIL LIBERTIES UNION**
**OF ALABAMA FOUNDATION**
**207 MONTGOMERY STREET, SUITE 910**
**MONTGOMERY, AL 36104**

**FAITH R. COOPER**
**CENTRAL ALABAMA**
**FAIR HOUSING AUTHORITY**
**1817 WEST SECOND STREET**
**MONTGOMERY, AL 36106**

**KENNETH J. LAY**
**LEGAL SERVICES OF ALABAMA, INC.**
**P.O. BOX 11765**
**BIRMINGHAM, AL 35202**

**LENORA LAPIDUS**
**WOMEN'S RIGHTS PROJECT**
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
**125 BROAD STREET 18TH FLOOR**
**NEW YORK, NY 10004**

14 of 15

EMILY MARTIN
WOMEN'S RIGHTS PROJECT
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 BROAD STREET 18TH FLOOR
NEW YORK, NY 10004

ATTORNEYS FOR PLAINTIFF

15 of 15



NEWELLA@bellsouth.net
08/15/2008 03:20 PM

To  keith_watkins⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
cc  Hon. William Keith Watkins
bcc
Subject  MR GUMBAYTAY  HAD MY FULL AUTHORITY TO SING FOR  AS THEY

# ALFRED T NEWELL
# ATTORNEY AT LAW
# P.O.BOX 101432
# BIRMINGHAM, ALABAMA 35210
# (205) 956-8281 PH.
# (205)951-2855 FA

## TO :

**Hon. William Keith Watkins**

**U. S. District Court, Middle District of Alabama**

**U S Courthouse**
**1 Church St Ste E-300**
**Montgomery , AL 36104-4018**

   **MR GUMBAYTAY  HAD MY FULL AUTHORITY TO SIGN  FOR  MR NEWELL AS THEY  WERE EMAILED AND MR NEWELL HAD TO BE IN 2 OTHER COURTS WHICH IS WHY MR. GUMBAYTAY WAS EMAILING THEM ,TO MR. GUMBAYTAY INSTEAD OF BEING  FAXED TO MR GUNBAYTAY  BECAUSE MR. GUMBAYTAY'S FAX  MACHINE  HAD AN EMPTY INK RIBBON . THEREFORE, MR. GUMBAYTAY WAS PROPERLY AUTHORIZED BY MR. NEWELL TO DO SO.**

**YOURS TRULY**

Attachment 2
1 of 4

8/15/08 Email 3:20pm

**ALFRED NEWELL**

EXPLAINEMAILTOWATKINS.mht     EXPLAINEMAILTOWATKINS.mht

2 of 4

# Compose

E-mail ID: **NEWELLA@be**

| Send | Cancel | Save Draft | Spell Check | Address Look-Up |
|------|--------|------------|-------------|-----------------|

Separate multiple addresses with a comma. [?]

**Short-List** [?]

**To:**

**Cc:**

**Bcc:**

**Subject:**

HELEN
MICHELLE197811
DAVIS, DANA
mary, shelby
walker, sharon
Williams, Matt

**Save to AB:**

**Priority:** Normal

None

**Attach File:**          Browse...

Attach more files below

**Signature:** None   ☐ **Copy to Sent Mail folder**   ☐ **Copy to INBOX**   ☐ **Request Return Receipt**

**Message:**

`<div></div>`

**Additional Attachments:**

Browse...

Browse...

Browse...

Browse...

| Send | Cancel | Save Draft | Spell Check |
|------|--------|------------|-------------|

*First Attachment*
*8/15/08 Email*
*3:20 PM*

*3 of 4*

# Compose

E-mail ID: **NEWELLA@be**

| Send | Cancel | Save Draft | Spell Check | Address Look-Up |

Separate multiple addresses with a comma. [?]

**Short-List** [?]

**To:**

**Cc:**

**Bcc:**

**Subject:**

**Priority:** Normal

HELEN
MICHELLE197811
DAVIS, DANA
mary, shelby
walker, sharon
Williams, Matt

**Save to AB:**

None

**Attach File:** [ Browse... ]

Attach more files below

**Signature:** None   ☐ **Copy to Sent Mail folder**   ☐ **Copy to INBOX**   ☐ **Request Return Receipt**

**Message:**

```
<div></div>
```

**Additional Attachments:**

[ Browse... ]
[ Browse... ]
[ Browse... ]
[ Browse... ]

| Send | Cancel | Save Draft | Spell Check |

*Second Attachment*
*8/15/08 Email*
*3:20 pm*

*4 of 4*



Allaw08@aol.com
08/15/2008 05:54 PM

To  keith_watkins

cc

bcc

Subject  RE ; gumbaytay dimiss signature

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

YOLANDA M. BOSWELL, )
)
PLAINTIFF )
)
VS. ) CIVIL CASE NO.
) 2:07-cv-135
)
JAMARLO K. GUMBAYTAY )
DBA/THE ELITE REAL ESTATE CONSULTING GROUP )
)
DEFENDANT )
)

MOTION FOR DISMISSAL

Comes now Defendant, Jamarlo K. Gumbaytay, by and through his attorney of record, Alfred T. Newell,
under Rule 41 of Civil Procedure asking this honorable court for a Motion for Dismissal, as the Plaintiff's
original complaint and other actions were brought against defendant while he was protected under the
Federal Bankruptcy Act, and there is in effect an automatic stay, due to his filing of Bankruptcy (Case
#03-32624-PHW-013 ). Defendant Gumbaytay continues to pay on this Bankruptcy, therefore Plaintiff is in
violation of the Bankruptcy Act in trying to collect damages and costs from Defendant.
Said automatic stay prohibits any parties from attempting to collect any monies, filing any suits, or
prosecuting Defendant Gumbaytay, as alleged sexual harassment and discrimination charges are not
intentional tort or fraud.


The facts in this case are as follows:

1. Defendant Jamarlo K. Gumbaytay is in Bankruptcy, case #03-32624-PHW-013, and the automatic stay
is a federal injunction which should have prevented any further civil actions or criminal prosecution of this
Defendant, as he is not charged with any intentional tort or fraud.
2. The Federal Bankruptcy Act Title 28 U.S.C. Sec. 362, enjoins this court from prosecuting Gumbaytay,
as because he has an automatic stay in Bankruptcy; and this is a Federal Injunction, thereby enjoining
Legal Services, American Civil Liberties Union (ACLU) and/or the Central Alabama Fair Housing Authority
(CAFHA) from any/all filing of claims, prosecution, and/or trying to collect any money or debts, or costs of
their litigation from the Defendant.
3. ACLU and the CAFHC and Legal Services of Alabama, Inc. are violating the Bankruptcy Act by trying to
collect on the complainant's law suit and their costs of litigation from Gumbaytay and his former real estate
investor clients.
4. Gumbaytay has not discriminated against anyone in respect to granting or denying of housing as
regards to sexual favors. Gumbaytay challenges the U.S. Attorney, the ACLU and the Housing Authority to
have any of these complainants and/or witnesses to take lie detector tests and explain exactly how they
were sexually harassed and/or discriminated against, stalked and/or exactly how any of them were
threatened with anything other than regular eviction notices for not paying their rent and specifically how

*Attachment 3*

*8/15/08 Email  5:54 p.m.*
*1 of 10*

they suffered any damages as a result of his behavior.

5. Defendant Gumbaytay further challenges these claimants to produce a list of viable witnesses, who can substantiate their claims as regards to sexual harassment and/or stalking and/or denial of housing and any of these other alleged complaints.

6. Gumbaytay is only guilty of taking care of business (as regards to repairs and collecting rents in undesirable neighborhoods, a job not even the property owners wanted to do for themselves). He did, however, make the mistake of trying to reach out and help some of these tenants turn their lives around with the Lutheran faith. Inviting people to church or dinner, and trying to find out how he could help them. That is what he does as a Christian, while practicing and sharing his faith.

7. Gumbaytay has suffered the misfortune of having to deal with disreputable, dishonest and unreliable tenants who are trying to take what this man stands for and what he said and distort it into sexual harassment and stalking charges.

8. There is no law against a single man politely inviting a single woman to dinner or on a trip to Seminary Training, nor is there a law against a man asking if he could spend time getting to know someone better before offering assistance or Christian counseling.

9. Even if such alleged sexual harassment actions did exist, Gumbaytay challenges the claimants to come forward and prove how they were damaged by these alleged actions. He's an outgoing confident man who offers a dinner invitations, handshakes, hugs and very often prays with the people he meets. He's been known to give strangers a hug when they seem troubled, as because he genuinely cares about people. It stretches the imagination to figure out how such innocent acts can become alleged sexual harassment and/or discrimination. Defendant Gumbaytay denies all these allegations.

Therefore, Defendant Gumbaytay respectfully asks this court for a Motion for Contempt against ACLU's Allison Neal and her client, Yolanda Boswell for continuing to harass him and his former clients and for wasting this honorable court's valuable time in pursuit of these matters.

Furthermore, Gumbaytay asks this court for a Motion to Dismiss, as the original "evidence" is manufactured and untruthfully depicted on transcripts; and as because the original complainant was disreputable, unreliable and has irresponsibly ruined this man's life and reputation for the past two years by continuing to pursue these false claims and charges.

Under Federal and State of Alabama Rules, Defendant Gumbaytay's Counterclaim, timely pleaded, can remain pending for independent adjudication by this honorable court.

RESPECTFULLY SUBMITTED

_____

ALFRED T. NEWELL
ATTORNEY AT LAW
P.O. BOX 101432
BIRMINGHAM, AL 35210
(205) 956-8281
FAX (205) 951-2855

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon opposing attorneys or parties by placing a copy of same in the U.S. Mail, properly addressed and postage prepaid this 14th day of August, 2008.

_____

ALFRED T. NEWELL
ATTORNEY AT LAW

2 of 10

P. O. BOX 101432
BIRMINGHAM, AL 35210
(205) 956-8281
FAX (205) 951-2855

ALLISON E. NEAL
AMERICAN CIVIL LIBERTIES UNION OF ALABAMA FOUNDATION
207 MONTGOMERY STREET, SUITE 910
MONTGOMERY, AL 36104

FAITH R. COOPER
CENTRAL ALABAMA FAIR HOUSING AUTHORITY
1817 WEST SECOND STREET
MONTGOMERY, AL 36106

KENNETH J. LAY
LEGAL SERVICES OF ALABAMA, INC.
P.O. BOX 11765
BIRMINGHAM, AL 35202

EMILY MARTIN
LENORA LAPIDUS
WOMEN'S RIGHTS PROJECT
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 BROAD STREET 18TH FLOOR
NEW YORK, NY 10004

ATTORNEYS FOR PLAINTIFF


**************

Looking for a car that's sporty, fun and fits in your budget? Read reviews on AOL Autos. (
http://autos.aol.com/cars-Volkswagen-Jetta-2009/expert-review?ncid=aolaut000300000



00007 ) gumbaytaydissmissle.ZIP

9. Even if such alleged sexual harassment actions did exist, Gumbaytay challenges the claimants to come forward and prove how they were damaged by these alleged actions. He's an outgoing confident man who offers a dinner invitations, handshakes, hugs and very often prays with the people he meets. He's been known to give strangers a hug when they seem troubled, as because he genuinely cares about people. It stretches the imagination to figure out how such innocent acts can become alleged sexual harassment and/or discrimination. Defendant Gumbaytay denies all these allegations.

Therefore, Defendant Gumbaytay respectfully asks this court for a Motion for Contempt against ACLU's Allison Neal and her client, Yolanda Boswell for continuing to harass him and his former clients and for wasting this honorable court's valuable time in pursuit of these matters.

Furthermore, Gumbaytay asks this court for a Motion to Dismiss, as the original "evidence" is manufactured and untruthfully depicted on transcripts; and as because the original complainant was disreputable, unreliable and has irresponsibly ruined this man's life and reputation for the past two years by continuing to pursue these false claims and charges.

Under Federal and State of Alabama Rules, Defendant Gumbaytay's Counterclaim, timely pleaded, can remain pending for independent adjudication by this honorable court.

## RESPECTFULLY SUBMITTED

_Alfred T. Newell_

**ALFRED T. NEWELL**
**ATTORNEY AT LAW**
**P.O. BOX 101432**
**BIRMINGHAM, AL 35210**
**(205) 956-8281**
**FAX (205) 951-2855**

CHARLOTTE TARWATER                                    CHARLOTTE
TARWATER

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **YOLANDA M. BOSWELL,** | ) |
| | ) |
| **PLAINTIFF** | ) |
| | ) |
| **VS.** | ) **CIVIL CASE NO.** |
| | ) **2:07-cv-135** |
| | ) |
| **JAMARLO K. GUMBAYTAY** | ) |
| **DBA/THE ELITE REAL ESTATE CONSULTING GROUP** | ) |
| | ) |
| **DEFENDANT** | ) |
| | ) |

# MOTION FOR DISMISSAL

Comes now Defendant, Jamario K. Gumbaytay, by and through his attorney of record, Alfred T. Newell, under Rule 41 of Civil Procedure asking this honorable court for a Motion for Dismissal, as the Plaintiff's original complaint and other actions were brought against defendant while he was protected under the Federal Bankruptcy Act, and there is in effect an automatic stay, due to his filing of Bankruptcy (Case #03-32624-PHW-013 ). Defendant Gumbaytay continues to pay on this Bankruptcy, therefore Plaintiff is in violation of the Bankruptcy Act in trying to collect damages and costs from Defendant.

Said automatic stay prohibits any parties from attempting to collect any monies, filing any suits, or prosecuting Defendant Gumbaytay, as alleged sexual harassment and discrimination charges are not intentional tort or fraud.

The facts in this case are as follows:

1. Defendant Jamarlo K. Gumbaytay is in Bankruptcy, case #03-32624-PHW-013, and the automatic stay is a federal injunction which should have prevented any further civil actions or criminal prosecution of this Defendant, as he is not charged with any intentional tort or fraud.

7 of 10

2. The Federal Bankruptcy Act Title 28 U.S.C. Sec. 362, enjoins this court from prosecuting Gumbaytay, as because he has an automatic stay in Bankruptcy; and this is a Federal Injunction, thereby enjoining Legal Services, American Civil Liberties Union (ACLU) and/or the Central Alabama Fair Housing Authority (CAFHA) from any/all filing of claims, prosecution, and/or trying to collect any money or debts, or costs of their litigation from the Defendant.

3. ACLU and the CAFHC and Legal Services of Alabama, Inc. are violating the Bankruptcy Act by trying to collect on the complainant's law suit and their costs of litigation from Gumbaytay and his former real estate investor clients.

4. Gumbaytay has not discriminated against anyone in respect to granting or denying of housing as regards to sexual favors. Gumbaytay challenges the U.S. Attorney, the ACLU and the Housing Authority to have any of these complainants and/or witnesses to take lie detector tests and explain exactly how they were sexually harassed and/or discriminated against, stalked and/or exactly how any of them were threatened with anything other than regular eviction notices for not paying their rent and specifically how they suffered any damages as a result of his behavior.

5. Defendant Gumbaytay further challenges these claimants to produce a list of viable witnesses, who can substantiate their claims as regards to sexual harassment and/or stalking and/or denial of housing and any of these other alleged complaints.

6. Gumbaytay is only guilty of taking care of business (as regards to repairs and collecting rents in undesirable neighborhoods, a job not even the property owners wanted to do for themselves). He did, however, make the mistake of trying to reach out and help some of these tenants turn their lives around with the Lutheran faith. Inviting people to church or dinner, and trying to find out how he could help them. That is what he does as a Christian, while practicing and sharing his faith.

7. Gumbaytay has suffered the misfortune of having to deal with disreputable, dishonest and unreliable tenants who are trying to take what this man stands for and what he said and distort it into sexual harassment and stalking charges.

8. There is no law against a single man politely inviting a single woman to dinner or on a trip to Seminary Training, nor is there a law against a man asking if he could spend time getting to know someone better before offering assistance or Christian counseling.

9. Even if such alleged sexual harassment actions did exist, Gumbaytay challenges the claimants to come forward and prove how they were damaged by these alleged actions. He's an outgoing confident man who offers a dinner invitations, handshakes, hugs and very often prays with the people he meets. He's been known to give strangers a hug when they seem troubled, as because he genuinely cares about people. It stretches the imagination to figure out how such innocent acts can become alleged sexual harassment and/or discrimination. Defendant Gumbaytay denies all these allegations.

Therefore, Defendant Gumbaytay respectfully asks this court for a Motion for Contempt against ACLU's Allison Neal and her client, Yolanda Boswell for continuing to harass him and his former clients and for wasting this honorable court's valuable time in pursuit of these matters.

Furthermore, Gumbaytay asks this court for a Motion to Dismiss, as the original "evidence" is manufactured and untruthfully depicted on transcripts; and as because the original complainant was disreputable, unreliable and has irresponsibly ruined this man's life and reputation for the past two years by continuing to pursue these false claims and charges.

Under Federal and State of Alabama Rules, Defendant Gumbaytay's Counterclaim, timely pleaded, can remain pending for independent adjudication by this honorable court.

## RESPECTFULLY SUBMITTED

---

**ALFRED T. NEWELL**
**ATTORNEY AT LAW**
**P.O. BOX 101432**
**BIRMINGHAM, AL 35210**
**(205) 956-8281**
**FAX (205) 951-2855**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon opposing attorneys or parties by placing a copy of same in the U.S. Mail, properly addressed and postage prepaid this 14th day of August, 2008.

_____

**ALFRED T. NEWELL**
ATTORNEY AT LAW
P. O. BOX 101432
BIRMINGHAM, AL 35210
(205) 956-8281
FAX (205) 951-2855

ALLISON E. NEAL
AMERICAN CIVIL LIBERTIES UNION OF ALABAMA FOUNDATION
207 MONTGOMERY STREET, SUITE 910
MONTGOMERY, AL 36104

FAITH R. COOPER
CENTRAL ALABAMA FAIR HOUSING AUTHORITY
1817 WEST SECOND STREET
MONTGOMERY, AL 36106

KENNETH J. LAY
LEGAL SERVICES OF ALABAMA, INC.
P.O. BOX 11765
BIRMINGHAM, AL 35202

EMILY MARTIN
LENORA LAPIDUS
WOMEN'S RIGHTS PROJECT
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 BROAD STREET 18TH FLOOR
NEW YORK, NY 10004

ATTORNEYS FOR PLAINTIFF

10 of 10



**NEWELLA@bellsouth.net**

08/15/2008 05:57 PM

To   keith_watkins███████████████

cc   RE: SIGNATURE NEWELL GUMBATAY DISSMISLE WITH
     PERMISSION

bcc

Subject

Attachment 5        8/15/08  5:57
                      Email

1 of 1



NEWELLA@bellsouth.net
08/16/2008 09:52 AM

To  keith_watkins█████████████

cc  legal research update against neals summary judgement

bcc

Subject

History:        ⤵ This message has been forwarded.

# ALFRED T NEWELL
# ATTORNEY AT LAW
## P.O.BOX 101432
## BIRMINGHAM, ALABAMA 35210
## (205) 956-8281 PH.
# (205)951-2855 FA


LEGAL RESEARCH
OF NEALS

CASES  AND THE LIKE

### 1United States 10th Circuit Court of Appeals Reports

X

HONCE v. VIGIL, 1 F.3d 1085 (10th Cir. 1993)
No. 92-2074.
August 2, 1993. Rehearing Denied August 25, 1993.

[1] Plaintiff-appellant Elizabeth A. Honce appeals the dismissal of her Fair Housing Act suit

plaintiff lost

2.

X

ABRAXIS BIOSCIENCE, INC. v. NAVINTA LLC (N.J. 7-31-2008)
CIVIL ACTION NO. 07-1251 (JAP).
July 31, 2008

Presently before the Court is a motion to dismiss pursuant to Federal Rules of Civil Procedure 8(a),
12(b)(1), and 12(b)(2) brought by Plaintiff Abraxis Bioscience, Inc. ("Plaintiff"). Plaintiff seeks the Court to
dismiss Counterclaims VI, VII, VIII, IX, and X asserted by Defendant Navinta LLC ("Defendant"). In the
alternative, Plaintiff moves for a bifurcation of those Counterclaims from the remainder of the action and
for a stay of discovery as to those Counterclaims. Defendant opposes the motion to dismiss, but does not

*Attachment 6*
*1 of 2*

*8/16/08 Email 9:52 a.m.*

oppose a bifurcation. For the reasons set forth herein, the Court denies Plaintiff's motion to dismiss, but grants the motion to bifurcate and stay discovery as to Defendant's Counterclaims VI, VII, VIII, IX, and X.


Plaintiff  lost and not on point


3.    GRIEGER v. SHEETS, (N.D.III. 1988)
No. 87 C 6567.
June 21, 1988.

Plaintiffs Gina Grieger and Ezekial Carter have filed this action against defendant Walter Sheets for sexual harassment in alleging violation of Title VIII of the Civil Rights Act of 1968, the Fair Housing Act, 42 U.S.C. § 3601-3631 (West Supp. 1988).[fn1] Currently before the Court is Sheet's motion to dismiss Count I for lack of subject matter jurisdiction, statute of limitations violations and failure to state a claim upon which relief can be granted. Fed.Civ.P. 12(b)(2) and 12(b)(6). For the reasons noted below, we deny the motion


Is  about sexual harassment   not  sex discrimination  and not on point either .


4.All of the  other cases cited  in neals summary judgement  do not exist  on louislaw
or westlaw  most of  previous cases  were in office settings.



**AL NEWELL**
**<allaw972001@yahoo.com>**

08/15/2008 05:57 PM

To   keith_watkins

cc

bcc

Subject

  

gumbaytay motion for dismissal re automatic stay.zip   gumbaytaydissmissle.doc   gumbyatayjudgesfederal.doc

Attachment 4            8/15/08 Email 5:57 p.m.

1 of 4

| Name | Size | Date | Time |
|---|---|---|---|
| ~$mbaytay leave of court re t... | 162 | 8/5/2008 | 10:41:00 AM |
| gumbaytay motion for dismis... | 38400 | 8/14/2008 | 2:32:00 AM |

2. The Federal Bankruptcy Act Title 28 U.S.C. Sec. 362, enjoins this court from prosecuting Gumbaytay, as because he has an automatic stay in Bankruptcy; and this is a Federal Injunction, thereby enjoining Legal Services, American Civil Liberties Union (ACLU) and/or the Central Alabama Fair Housing Authority (CAFHA) from any/all filing of claims, prosecution, and/or trying to collect any money or debts, or costs of their litigation from the Defendant.

3. ACLU and the CAFHC and Legal Services of Alabama, Inc. are violating the Bankruptcy Act by trying to collect on the complainant's law suit and their costs of litigation from Gumbaytay and his former real estate investor clients.

4. Gumbaytay has not discriminated against anyone in respect to granting or denying of housing as regards to sexual favors. Gumbaytay challenges the U.S. Attorney, the ACLU and the Housing Authority to have any of these complainants and/or witnesses to take lie detector tests and explain exactly how they were sexually harassed and/or discriminated against, stalked and/or exactly how any of them were threatened with anything other than regular eviction notices for not paying their rent and specifically how they suffered any damages as a result of his behavior.

5. Defendant Gumbaytay further challenges these claimants to produce a list of viable witnesses, who can substantiate their claims as regards to sexual harassment and/or stalking and/or denial of housing and any of these other alleged complaints.

6. Gumbaytay is only guilty of taking care of business (as regards to repairs and collecting rents in undesirable neighborhoods, a job not even the property owners wanted to do for themselves). He did, however, make the mistake of trying to reach out and help some of these tenants turn their lives around with the Lutheran faith. Inviting people to church or dinner, and trying to find out how he could help them. That is what he does as a Christian, while practicing and sharing his faith.

7. Gumbaytay has suffered the misfortune of having to deal with disreputable, dishonest and unreliable tenants who are trying to take what this man stands for and what he said and distort it into sexual harassment and stalking charges.

8. There is no law against a single man politely inviting a single woman to dinner or on a trip to Seminary Training, nor is there a law against a man asking if he could spend time getting to know someone better before offering assistance or Christian counseling.

| | |
|---|---|
| Name: | **Hon. William Keith Watkins** |
| Firm: | **U. S. District Court, Middle District of Alabama** |
| Address: | **U S Courthouse**<br>**1 Church St Ste E-300**<br>**Montgomery , AL 36104-4018** |
| E-mail: | **keith_watkins** |
| Phone: | **(334) 954-3760** |
| Fax: | **(334) 954-3769** |
| Date Admitted: | **September 27, 1976** |
| Law School: | **Alabama, University of** |

| | |
|---|---|
| Name: | **Mr. Terry Fitzgerald Moorer** |
| Firm: | **United States Magistrate Judge** |
| Address: | **Frank M Johnson Jr U S Courthouse Complex**<br>**1 Church St Ste 4-A**<br>**Montgomery , AL 36104-4018** |
| E-mail: | |
| Phone: | **(334) 954-3740** |
| Fax: | **(334) 954-3741** |
| Date Admitted: | **April 28, 1987** |
| Law School: | **Alabama, University of** |

4 of 4