IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| YOLANDA M. BOSWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:07-cv-0135-WKW |
| | ) |
| JAMARLO K. GUMBAYTAY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On July 3, 2008, the parties filed a Notice Concerning Settlement Conference and Mediation, stating that mediation between Plaintiff Yolanda M. Boswell and Defendant Matthew W. Bahr "would assist in resolving the case short of trial." (Doc. # 75 at 1.) Accordingly, it is ORDERED that the parties participate in a mediation on or before **October 15, 2008**, and notify the court telephonically on or before **October 22, 2008**, as to the result of the mediation.[1]

DONE this 28th day of August, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE

---

[1] The court reminds the parties that the Magistrate Judge assigned to this case can serve as a mediator at no charge.