IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| YOLANDA M. BOSWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:07-cv-0135-WKW |
| | ) |
| JAMARLO K. GUMBAYTAY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

It is ORDERED that on or before **September 4, 2008**, Plaintiff Yolanda M. Boswell submit or mail paper courtesy copies <u>to the chambers of the undersigned</u> of her brief and supporting evidence filed in support of her Motion for Summary Judgment (Docs. # 92 & 93). The paper courtesy copy shall be **bound in a three-ring binder and tabbed.**

DONE this 28th day of August, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE