UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| YOLANDA M. BOSWELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMARLO K. GUMBAYTAY,<br>D/B/ATHE ELITE REAL ESTATE<br>CONSULTING GROUP<br><br>AND<br><br>MATTHEW W. BAHR,<br>　　　　　Defendants. | Civil Action No. 2:07-CV-135-WKW-TFM<br><br>Honorable W. Keith Watkins, U.S.D.J.<br><br>**OPPOSITION TO DEFENDANT GUMBAYTAY'S MOTION FOR DISMISSAL** |

**OPPOSITION TO DEFENDANT GUMBAYTAY'S MOTION FOR DISMISSAL**

Plaintiff Yolanda Boswell respectfully submits this opposition to Defendant Jamarlo K. GumBayTay's Motion for Dismissal submitted on August 14, 2008, as it is not properly filed and entirely frivolous. For the reasons set out below, the motion must be denied:

1. Attorney Al Newell is counsel of record for Defendant GumBayTay, and the Motion was submitted as having been submitted and signed by Mr. Newell. However, the CM/ECF system states that "Attorney Newell did not sign this pleading. Newell's name was signed by defendant Gumbaytay while in clerk's office." Defendant GumBayTay's fraudulent signing of his attorney's name violates Rule 11(a), which states that "Every … motion …

shall be signed by at least one attorney of record in the attorney's individual name …", and the pleading should be stricken accordingly.

2. Defendant GumBayTay's deadline for filing dispositive motions, such as a Motion to Dismiss, was June 16, 2008. As a result, this Motion is not timely filed and must be dismissed. Plaintiff notes that this is the second time that Defendant GumBayTay has attempted to file an untimely motion. His Motion for Leave to Amend and for Summary Judgment was untimely filed on July 10, 2008. These Motions were denied by this Court on July 11, 2008, and July 23, 2008.

3. The Motion attempts to re-raise the issue of a stay of proceedings due to bankruptcy, but this Court already denied an identical motion to stay proceedings based on the same bankruptcy in its Order issued on October 12, 2007.

For the reasons set out above, Plaintiff respectfully requests that this Honorable Court deny Defendant GumBayTay's Motion for Dismissal and award Plaintiff reasonable attorney's fees and costs for having to respond to this frivolous motion.

Date:  August 28, 2008                     Respectfully submitted,

/s/ Emily J. Martin

Lenora M. Lapidus (LL-6592)
Emily J. Martin (EM-2924)
Women's Rights Project
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel: 212-519-7816
Fax: 212-549-2580

Faith R. Cooper
Central Alabama Fair Housing Center
1817 West Second Street

Montgomery, AL  36106
(334) 263-4663

Allison E. Neal (NEA008)
American Civil Liberties Union of Alabama
207 Montgomery Street, Suite 910
Montgomery, AL  36106
Tel: 334-265-2754
Fax: 334-269-5666

Kenneth J. Lay
Legal Services Alabama, Inc.
PO Box 11765
Birmingham, AL  35202
Tel: 205-397-6540, ext. 102

**Attorneys for Plaintiff Yolanda M. Boswell**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2008, I electronically filed the foregoing with the Clerk of the

Court using the CM/ECF system, which will send notification of such filing to the following:


Benjamin E. Schoettker (SCH091)
Charles W. Barfoot (BAR123)
Barfoot & Schoettker, L.L.C.
608 South Hull Street
Montgomery, AL  36104


Alfred Newell
Attorney At Law
P.O. Box 101432
Birmingham, AL 35210


                                              Signed electronically
                                              /s/ Emily J. Martin
                                              Emily J. Martin
                                              Attorney for Plaintiff
                                              Yolanda M. Boswell