IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| YOLANDA M. BOSWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:07-cv-0135-WKW |
| | ) |
| JAMARLO K. GUMBAYTAY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

On August 7, 2008, the Magistrate Judge filed a Recommendation. (Doc. # 94.) Defendant Jamarlo K. GumBayTay filed an Objection on August 20, 2008. (Doc. # 98.) Upon an independent and *de novo* review of the Recommendation, it is ORDERED as follows:

1. Mr. GumBayTay's Objection (Doc. # 98) is OVERRULED.

2. The Recommendation of the Magistrate Judge (Doc. # 94) is ADOPTED.

3. Plaintiff Yolanda M. Boswell's Motion for Sanctions for the Destruction of Documents (Doc. # 61) is DENIED *at this time* as to the request for default judgment.[1]

4. Ms. Boswell's Motion for Sanctions for the Destruction of Documents (Doc. # 61) is GRANTED as to the other requests.

---

[1] A hearing will be scheduled with respect to the conduct in these proceedings of Mr. GumBayTay and his counsel, with proper notice, in due time.

5. Mr. GumBayTay's counterclaim for "defamation, libel, and slander" is DISMISSED with prejudice.

6. Mr. GumBayTay is barred from introducing into evidence, relying upon in testimony, or referring to in motions or responses any documents not provided to Ms. Boswell as of June 30, 2008.

7. The jury shall be instructed that a rebuttable presumption exists that at all times relevant to this case, Mr. GumBayTay acted as the agent for Defendant Matthew W. Bahr.

8. On or before **September 12, 2008**, Mr. Alfred T. Newell, IV, counsel for Mr. GumBayTay, is DIRECTED to pay $500 to Ms. Boswell's counsel for his willful disregard of the court's June 18, 2008, oral order to have a conference with his client by June 23, 2008, (*see* June 18 H'rg Tr. at 45 (Doc. # 89)), and the consequent delay it caused Ms. Boswell's counsel.

9. Mr. GumBayTay shall pay reasonable attorney's fees for all time spent on the matter of the production of documents subsequent to the Request for Discovery being served on April 8, 2008. A hearing on reasonable costs shall be set at a future date.

Done this 28th day of August, 2008.

                                              /s/  W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE