IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| YOLANDA M. BOSWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-0135-WKW |
| | ) |
| JAMARLO K. GUMBAYTAY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Before the court is Plaintiff Yolanda M. Boswell's Motion for Summary Judgment on Defendant Jamarlo K. GumBayTay's Counterclaim. (Doc. # 85.) In an Order entered this same date, the court adopted the Recommendation of the Magistrate Judge and dismissed Mr. GumBayTay's counterclaim. Accordingly, it is ORDERED that Ms. Boswell's motion (Doc. # 85) is DENIED as moot.

Done this 28th day of August, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE