IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| YOLANDA M. BOSWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-0135-WKW |
| | ) |
| JAMARLO K. GUMBAYTAY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

It is ORDERED that the trial of this cause, presently set on **October 20, 2008**, is CONTINUED to the term of court commencing on **March 2, 2009**, in Montgomery, Alabama.

It is ORDERED that the pretrial conference of this cause, presently set on **September 15, 2008**, is CONTINUED to **February 9, 2009**, in Montgomery, Alabama.

The deadlines set forth in Sections 9, 10 and 11 of the Modified Scheduling Order (Doc. No. 52) are EXTENDED to **February 4, 2009**. All other deadlines in the Modified Scheduling Order shall remain in full force and effect.

Done this 28th day of August, 2008.

                                        /s/  W. Keith Watkins
                                   UNITED STATES DISTRICT JUDGE