IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| YOLANDA M. BOSWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CASE NO. 2:07-cv-0135-WKW |
| | ) |
| JAMARLO K. GUMBAYTAY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Before the court is Defendant Jamarlo K. GumBayTay's Motion for Dismissal (Doc. # 96).[1] As grounds for dismissal, Mr. GumBayTay relies on a bankruptcy petition which he filed in 2003. (*Id.*) Mr. GumBayTay raised the same argument in a previous filing (Doc. # 40), and the court rejected that argument in an Order entered on October 12, 2007 (Doc. # 44 at 2-3). Accordingly, for the reasons set forth in the court's October 12 Order, it is ORDERED that Mr. GumBayTay's Motion for Dismissal (Doc. # 96) is DENIED.

Done this 28th day of August, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE

---

[1] Mr. GumBayTay signed his attorney's name to this motion in the presence of the intake clerk. (*See* Doc. # 96, docket entry notation.) The court will sort this event out when it is placed in the context of all the conduct of Mr. GumBayTay and his attorney in these proceedings. A hearing will be scheduled on the conduct issues, with proper notice, in due time.