IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| YOLANDA M. BOSWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-0135-WKW |
| | ) |
| JAMARLO K. GUMBAYTAY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of Defendant Jamarlo K. GumBayTay's Motion to Strike (Doc. # 90), it is ORDERED that the motion is DENIED.

Done this 28th day of August, 2008.

    /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE