**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 28, 2008

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style: Yolanda M. Boswell v. Jamarlo K. Gumbaytay, et al.
Case Number:  2:07-cv-135-WKW

Pleading : Attachment #4 to #99 Order

Notice of Correction is being  filed this date to advise that  the referenced Order was e-filed on 8/27/2008 with information in attachment 4 which should not have been made available through CM/ECF. Said document has been replaced with the redacted version. Copy of which is attached to this notice.

 **AL NEWELL**
<allaw972001@yahoo.com>
08/15/2008 05:57 PM

To keith_watkins

cc

bcc

Subject

 

gumbaytay motion for dismissal re automatic stay.zip   gumbaytaydissmissle.doc   gumbyatayjudgesfederal.doc

Attachment A    8/15/08 Email 5:57 p.m.

1 of 4

| Name | Size | Date | Time |
|---|---|---|---|
| ~$mbaytay leave of court re t... | 162 | 8/5/2008 | 10:41:00 AM |
| gumbaytay motion for dismis... | 38400 | 8/14/2008 | 2:32:00 AM |

2. The Federal Bankruptcy Act Title 28 U.S.C. Sec. 362, enjoins this court from prosecuting Gumbaytay, as because he has an automatic stay in Bankruptcy; and this is a Federal Injunction, thereby enjoining Legal Services, American Civil Liberties Union (ACLU) and/or the Central Alabama Fair Housing Authority (CAFHA) from any/all filing of claims, prosecution, and/or trying to collect any money or debts, or costs of their litigation from the Defendant.

3. ACLU and the CAFHC and Legal Services of Alabama, Inc. are violating the Bankruptcy Act by trying to collect on the complainant's law suit and their costs of litigation from Gumbaytay and his former real estate investor clients.

4. Gumbaytay has not discriminated against anyone in respect to granting or denying of housing as regards to sexual favors. Gumbaytay challenges the U.S. Attorney, the ACLU and the Housing Authority to have any of these complainants and/or witnesses to take lie detector tests and explain exactly how they were sexually harassed and/or discriminated against, stalked and/or exactly how any of them were threatened with anything other than regular eviction notices for not paying their rent and specifically how they suffered any damages as a result of his behavior.

5. Defendant Gumbaytay further challenges these claimants to produce a list of viable witnesses, who can substantiate their claims as regards to sexual harassment and/or stalking and/or denial of housing and any of these other alleged complaints.

6. Gumbaytay is only guilty of taking care of business (as regards to repairs and collecting rents in undesirable neighborhoods, a job not even the property owners wanted to do for themselves). He did, however, make the mistake of trying to reach out and help some of these tenants turn their lives around with the Lutheran faith. Inviting people to church or dinner, and trying to find out how he could help them. That is what he does as a Christian, while practicing and sharing his faith.

7. Gumbaytay has suffered the misfortune of having to deal with disreputable, dishonest and unreliable tenants who are trying to take what this man stands for and what he said and distort it into sexual harassment and stalking charges.

8. There is no law against a single man politely inviting a single woman to dinner or on a trip to Seminary Training, nor is there a law against a man asking if he could spend time getting to know someone better before offering assistance or Christian counseling.

| | |
|---|---|
| Name: | Hon. William Keith Watkins |
| Firm: | U. S. District Court, Middle District of Alabama |
| Address: | U S Courthouse<br>1 Church St Ste E-300<br>Montgomery, AL 36104-4018 |
| E-mail: | keith_watkins |
| Phone: | (334) 954-3760 |
| Fax: | (334) 954-3769 |
| Date Admitted: | September 27, 1976 |
| Law School: | Alabama, University of |

| | |
|---|---|
| Name: | Mr. Terry Fitzgerald Moorer |
| Firm: | United States Magistrate Judge |
| Address: | Frank M Johnson Jr U S Courthouse Complex<br>1 Church St Ste 4-A<br>Montgomery, AL 36104-4018 |
| E-mail: | |
| Phone: | (334) 954-3740 |
| Fax: | (334) 954-3741 |
| Date Admitted: | April 28, 1987 |
| Law School: | Alabama, University of |

4 of 4