# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

2008 SEP -5  A 10: 22

EBRA P. HACKETT,
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

YOLANDA M. BOSWELL,  )
PLAINTIFF  )
 )
 )
 )
 )
V.  ) CIVIL CASE No.
 ) 2:07-cv-00135-WKW-TFM
 )
 )
JAMARLO K. GUMBAYTAY,  )
DEFENDANT  )
 )

## MOTION FOR A MODIFICATION OF THE JUDGE'S ORDER ON DOCUMENT #103, ITEM #8

Mr. Newell did not "violate or otherwise willfully disregard" an oral order to have a conference with his client by June 23, 2008, and such an accusation or allegation is probably perjury.

Mr. Newell had already conferred with his client about same said matter; and thereafter, was reminded of this again at deposition by Neal, whereafter he once again consulted his client about this matter; whereby his client informed him that they had already discussed this matter at length. Mr. Newell then replied, "Well, I thought so, but I just wanted to make sure as we were both just reminded of this order to confer in the deposition."

And please find attached copies of two witnesses' statements filed herewith, both of whom attended same said deposition and knew of this matter.

Therefore we respectfully ask for this Item # 8 to be stricken from the Judge's order on August 28, 2008.

**RESPECTFULLY SUBMITTED**

**ALFRED T. NEWELL**
**ATTORNEY AT LAW**
**P.O. BOX 101432**
**BIRMINGHAM, AL 35210**
**(205) 956-8281**
**FAX (205) 951-2855**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon opposing attorneys or parties by placing a copy of same in the U.S. Mail, properly addressed and postage prepaid this 2nd day of September, 2008.

*Alfred T. Newell*

**ALFRED T. NEWELL**
ATTORNEY AT LAW
P. O. BOX 101432
BIRMINGHAM, AL 35210
(205) 956-8281
FAX (205) 951-2855

**ALLISON E. NEAL**
AMERICAN CIVIL LIBERTIES UNION OF ALABAMA FOUNDATION
207 MONTGOMERY STREET, SUITE 910
MONTGOMERY, AL 36104

**FAITH R. COOPER**
CENTRAL ALABAMA FAIR HOUSING AUTHORITY
1817 WEST SECOND STREET
MONTGOMERY, AL 36106

**KENNETH J. LAY**
LEGAL SERVICES OF ALABAMA, INC.
P.O. BOX 11765
BIRMINGHAM, AL 35202

**LENORA LAPIDUS &**
**EMILY MARTIN**
WOMEN'S RIGHTS PROJECT
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 BROAD STREET 18TH FLOOR
NEW YORK, NY 10004

**ATTORNEYS FOR PLAINTIFF**

# ALFRED T. NEWELL
## ATTORNEY AT LAW
### P. O. BOX 101432
### BIRMINGHAM, AL 35210
### (205) 956-8281
### FAX (205) 951-2855

## STATEMENT

As Mr. Newell's paralegal, I attended the deposition of Jamarlo K. Gumbaytay in Montgomery in June, where I heard Mr. Gumbaytay and Mr. Newell discussing the fact Mr. Newell was ordered to confer with Gumbaytay by June 23rd regarding a matter they had already discussed in a previous meeting. I heard Mr. Gumbaytay state they had already discussed the matter at length, at which point Mr. Newell stated he thought so, but wanted to be sure, since they were reminded in deposition of the judge's order.

I recall their conference prior to June 23rd and can state without any doubt that Mr. Newell complied with the judge's order, then reviewed the same subject again briefly during lunch on the day of deposition.

Date: Sept. 1, 2008

Charolette Tarwater
P.O. Box 101511
Birmingham, AL 35210
(205) 821-6788

**ALFRED T. NEWELL**
**ATTORNEY AT LAW**
**P. O. BOX 101432**
**BIRMINGHAM, AL 35210**
**(205) 956-8281**
**FAX (205) 951-2855**

**STATEMENT**

I, Jamarlo Gumbaytay have knowledge of this matter, in that Mr. Newell did in fact confer with me (his client) on the day following the hearing where he was ordered to do so. There was no willful disregard or violation of the court's order because Mr. Newell complied as soon as possible. We discussed the matter at length prior to June 23. Then since we were reminded of the order at deposition, Mr. Newell and I briefly conferred again during a break from depositions. Mr. Newell insisted he thought we'd already complied with this order, but wanted to be sure, so we discussed the same matter again.

Date: 09/03/08

Jamarlo K. Gumbaytay
4013 Tiffany Drive
Montgomery, AL 36110
(334) 241-5986